Name: FESTUS O. OHAN
1280

Mailing address: FESTUS O. OHAN MD, JDetc
1280 E. 17TH AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

Telephone: (360) 390-8921

RECEIVED
OCT 04 2022
Clerk, U.S. District Court
Fairbanks AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

FESTUS OKWUDILI OHAN,
(Full name of plaintiff in this action)
Plaintiff,

vs.

ABN AMRO MOTGAGE GROUP,
LEE BACA SHERIFF LA COUNTY,
JACKIE LACEY LA DISTRICT ATTORNEY,

(Full names of ALL defendant(s) in this action.
Do NOT use et al.)
Defendant(s).

Case No. 3:22-cv-00212-RRB
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:
(1) DIVERSITY JURISDICTION EXIST. (2) I AM BEING MEDICALLY TREATED IN ALASKA (3) MY SAFETY CONCERN (4) HAS JURISDICTION OVER COMPLAINT (5) WRIT JURISDICTION AND ARBITRATION CLAUSE (6) ABN AMRO HAS ALREADY ADMITTED ERRONEOUS FORCLOSURE (7) I WAS LOCKED UP IN A CALIFORNIA JAIL FOR 5+ MONTHS AND RELEASED ON THE STREETS FOR NO APPERENT REASONS. (8) I WAS PHYSICALLY AND VERY SERIOUSLY INJURED WITH A SKATE BOARD AS I WAS OPENING DOOR TO MY APARTMENT.

PS22

B. Parties

1. The Plaintiff is _FESTUS OKWUDILI OHAN_, who presently
resides at _1280 E. 17th AVENUE, #121, ANCHORAGE, AK 99501_
(Address)

2. Defendants:

Defendant No. 1, _ABN AMRO_, is a
citizen of _TROY, MICHIGAN_, who works as a
_MORGAGE FINANCING GROUP_ for _ABN AMRO FINANCIAL INSTITUTION_
(Job Title, if applicable) (Employer/agency, if applicable)

Defendant No. 2, _LEE BACA_, is a
citizen of _LOS ANGELES, CALIFORNIA_, who works as a
_LA COUNTY SHERIFF_ for _COUNTY OF LOS ANGELES, CA_
(Job Title, if applicable) (Employer/agency, if applicable)

Defendant No. 3, _JACKIE LACEY_, is a
citizen of _LOS ANGELES, CALIFORNIA_, who works as a
_LA COUNTY DISTRICT ATTORNEY_ for _COUNTY OF LOS ANGELES, CA_
(Job Title, if applicable) (Employer/agency, if applicable)
(City and State)

Defendant No. 4, _____, is a
citizen of _____, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable) (Employer/agency, if applicable)

Defendant No. 5, _____, is a
citizen of _____, who works as a
(City/State)
_____ for _____.
(Job Title, if applicable) (Employer/agency, if applicable)

C. **Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

Claim 1: On or about **February 18th, 2006 AND SINCE 1960**, AS I WAS DETAINED IN TRENTON PSYCHIATRIC WARD HOSPITAL IN NEW JERSEY, ABN AMRO MOTGAGE GROUP AND LA COUNTY SHERIFF LEE BACA COMPLETED THERE THREAT TO FORCLOSE MY HOME ON 18727 MALDEN STREET, NORTHRIDGE, CALIFORNIA. IT WAS ABN AMRO THAT MADE A WRITTEN THREAT. THEY CLAIMED UNPAID PROPERTY TAX THAT WAS NOT IN OUR CONTRACT. UPON RETURNING FROM NEW JERSEY, I CHECKED WITH THE LOS ANGELES OFFICE OF ASSESSORS OFFICE AND WAS TOLD THAT $7,000 CREDIT WAS AWARDED TO ME TO COVER 2 YEARS OF PROPERTY TAX WHILE THEY FIGURUE OUT MY TAX EXEMPTIONS. THEY SHOWED ME IN THERE COMPUTER WHERE CREDIT WAS RECORDED. AFTER WRITING UP WHAT HAPPENED AND PROVIDING ALL NEED EVIDENCE, IT WAS PROVEN THAT ABN AMRO AND IT'S LAW FIRM CALLED MELMET DEFAULT COMPANY WERE AT FAULT. ABN AMRO CLAIMED THAT IT WAS ALL ERRORNEOUS. THEN, THEY HIRED DUNCAN AND DUNCAL LAW FIRM THAT IMMEDIATELY BECAME DUNCAN AND DUNCAN LAW CORPORATION WITH 53 LICENSED LAWYERS. THEY APPOINTED A TRIAL LAWYER CALLED ATTORNEY FRENICH OF ORANGE COUNTY TO REPRESENT THEM. THE LAWYER THAT I HIRED WAS ATTORNEY RONALD LEWIS OF ENCINO, CALIFORNIA WHO TOO CLAIMED TO BE A FORMER U.S. MILITARY JUDGE. HE TOOK BRIBE AND EXCLUDED HIMSELF FROM THE CASE AFTER COLLECTING OVER $13,000 FROM ME. HE CEASED ESSENCIAL DOCUMENTS AND STARTED AVOIDING ME. CASE WAS IN ARBITRATION FOR SETTLEMENTS. I THEN HIRED A LAW OFFICES OF CALLISTUS CHIJIOKE ANYAETO TO COMPLETE THE BARGAIN BUT HE TOO ABANDONED THE CASE AFTER COLLECTING $5,000 AND BEGAN TO AVOID ME COMPLETELY. THEN I CALLED ABN AMRO TRIAL ATTORNEY FRENICH WHO ASSURED ME IT WILL BE ALRIGHT AND THAT ABN AMRO MORTGAGE GROUP NEED A "DEPOSITION" FROM ME — TO ENSURE THAT IT WAS REALLY ME. THAT THEY WANT IMMEDIATE SETTLEMENT AND AFFORDABLE AMOUNT. DEPOSITION WAS SET TO OCCURE HALF WAY (LOS ANGELES DOWNTOWN) BUT WAS CANSELED AND FRENICH TOLD ME THAT IT WAS UNNECESSARY. I WAS RESIDING IN HOTELS AND MY LIFE WAS TREATENED ON SEVERAL OCCASIONS AND IT HAD VERY SERIOUS ESPECIALLY SINCE THEN. I TRIED TO GET BACK TO ABN AMRO'S COURT OFFICIAL COURT TRIAL ATTORNEY FOR ABN AMRO TO NO AVAIL AFTER I WAITED 6 MONTHS TO SECURE MYSELF AND OUT OF CALIFORNIA. DUNCAN AND DUNCAN NOW HAS CHANGED IT'S STATUS FROM LAW CORPORATION BACK TO LAW FIRM AND ABN AMRO PULLED OUT OF THE USA BUT NOW COMPLAINT RETURNED TO MERGE WITH CITI BANK BRINGING IN OVE $280 BILLIONS. THEY ALSO HAS BEEN AVOIDING ME EVENTHOUGH I VISITED THEM IN AMSTERDAM WHERE THEY SUPPOSED TO SETTLE WHEN ARBITRATION WAS STILL OPEN. ALTHOUGH IT HAS LESSENED, I HAD PAID ASSASSINS TRACKING ME GLOBALLY AND SETTING ME HOMELESS FOR EASY PREYING

Claim 2: On or about FEB 18th, 2006 and since 1960, SHERIFF LEE BACA AFTER
(Date or Period of Time)   (Supporting facts)

LOSING SHERIFF ELECTION TO SHERMAN BLOCK WHO DIED IMMEDIATELY AFTER WINNING BECAME THE SHERIFF FOR THE COUNTY OF LOS ANGELES. HE THEN AUCTIONED MY HOME ON A "SHERIFF SALE" IN ORANGE COUNTY'S UNKNOWN LOCATION. IN THE PAST AS I WORKED WITH LA COUNTY PROBATION DEPARTMENT, ALL MY VEHICLES WERE REGISTERED WITH THE SHERIFF AND WHEN POLICE OFFICERS ENTER MY PLATE NUMBERS IN COMPUTER OR CALL INS, IT SAYS "SHERIFF" WITH NO PERSONAL INFORMATION. ON JULY 1st, 2004, THE DEPARTMENT DECIDED TO SEPARATE FROM ME AND AS ALWAYS, THE COUNTY USED MY PROGRAMS GLOBALLY ALL ALONG WITHOUT PAYING ME EVENTHOUGH I WAS WORKING 16 HOURS PER DAY FOR AT LEAST 16 YEARS AT LINE STAFF SALARY. LIKE ANYTHING ELSE, I THOUGHT THE REASON WAS TAXES AND NIGERIAN DOOM, CILIARY ACCOUNT IMPLANTS THAT ARE WAITING FOR HERITAGE. I AM 100% TAX EXEMPTED FROM CHILDHOOD AND MY BIOLOGICAL FAMILY WAS EXEMPTED FROM ALL TAXES. I WAS PHYSICALLY ABDUCTED FROM MY FAMILY BEFORE THE AGE OF 5 AND I HAVE NOT SEEN MY FAMILY SINCE. THE SAME IS APPLICABLE FOR ALL MY INVENTIONS AND COPYRIGHTS AS WELL AS INHERITANCE.

I DO HAVE PERMANENT SCARS ESPECIALLY ON MY LEFT LEG THAT THEY WANT AMPUTATED BEFORE THE AGE OF 10. I WENT THROUGH 3 SURGERIES TO MY LEFT LEG AND PERFORMED 2 ON MY OWN. THEY WERE INJECTING LARGE SRINGES OF PUBLIC LATRINE FLUIDS UNDER ANESTHESIA MIXED WITH DDT OF MOSQUITO FLEET. MY HEALTH PROFESSIONAL LICENSE NUMBER AT AGE 10 WAS MDCNR56,322/66 AND NIGERIAN MEDICAL ASSOCIATION HAS RECORDS. IT IS A GLOBAL NUMBER.

MY VEHICLES FROM 2007 WERE BEING TOWED AND AUCTIONED IN CALIFORNIA WITHOUT NOTICE EVENTHOUGH IN MOST OCCASIONS, I WAS HOMELESS AND WAS SLEEPING IN MY CARS. NOW DMV HAS GIVEN ME A NUMBER REG TAG FOR MY LICENSE PLATE AFTER I WAS STOPPED BY AN "ALL BLACK UNIFORMED" POLICE IN ANCHORAGE, ALASKA. THE GLOBALLY USED "ALL BLACK UNIFORMS" BY LAW ENFORCEMENT STAFF WAS MY APPROVED SECURITY GUARD'S UNIFORM SINCE 1976 AND I WAS THE ONLY STAFF FOR MY COMPANY AS ALWAYS. NO RESPECT, SOME OF THE OFFICERS INCONVINIENT ME, TOW MY VEHICLES AND IN NEWARK-NEW JERSEY AIRPORT, TRIED TO KILL ME.

I OWN MOST PATENTS ESPECIALLY THOSE ORIGINATING FROM THE WORLD. TOTAL PATENTS GLOBALLY ARE ABOUT 106 BILLIONS (IE BILLIONS WITH 9 ZEROS). AMERICANS AND BRITAIN BACKDATED EVERYTHING AND FORMULATED HISTORY AROUND THEM, claiming all and ENJOYING THE PRODUCT OF MY ENDEVOUR, THE MATERIALIZATION OF MY INVENTIVE GENIUS AND MY INHERITANCE. JUSTICE MUST PREVAIL REMNA SCENT OF NUMBERS. AMERICAN CONSTITUTION AND AMENDMENTS ARE ADHOC FOR EXPERIMENTAL/RESEARCH. A LOT WERE COOKED AFTER SUMMER OF 1981. THEY HAVE CLAUSES THAT HELP UNDERSTAND EVENTHOUGH BACK DATED WITH CONGRESS HISTORY AND BIOGRAPHS!

COMPLAINT

Claim 3: On or about LATE JANUARY 2016 SINCE 1960, LA COUNTY DISTRICT
(Date or Period of Time)    (Supporting facts)

ATTORNEY JAKIE LACEY et al LOCKED ME UP IN LA DOWNTOWN "TWIN TOWER" JAIL WITHOUT TRIAL AND RELEASE ME ON THE STREET WITHOUT COMPENSATIONS etc AND KEEPING HOMELESS FOR 2 YEARS. I WAS DETAINED IN JAIL FOR 5 MONTH ENDING FIRST WEEK OF JULY 2016 EVENTHOUGH I WROTE 160 PAGES OF SEVERAL "SPECIAL INCIDENT REPORT TO COURT AND THE SHERIFF. THE LA COUNTY DISTRICT ATTORNEY REPEATED WHAT ESSEX COUNTY, NJ SHERIFF ARMANDO B. FONTOURA AND HIS PROSECUTOR PAULA T. DOW, NOW A NEW JERSEY JUDGE DID TO ME IN ESSEX COUNTY EARLIER. IN 200 FROM OCTOBER 13, 2005 TO JUNE 2007. THEY USED PSYCHIATRY ON ME AS WELL EVENTHOUGH I WAS GLOBALLY THE HIGHEST RANKED PHYSICIAN AND SURGEON AND DID MOST WORK USED IN PSYCHIATRY TODAY SINCE CHILDHOOD. CASE IN ESSEX COUNTY, NEW JERSEY IS NUMBER 2:09-CV-0177-FSH-PS. BRITAIN, MAINLAND EUROPE AND NIGERIA FOLLOWED THEIR STEPS.

AS ALWAYS, THEY HAVE NOT WORKED, THEY ARE NOT WORKING AND THEY WILL NEVER WORK — AT LEAST NOT LINEARLY MY DIRECTION. THEY ARE DRILLING AND MINNING USING EXPLOSIVE TO DESTROY THE GALAXY ESPECIALLY THE WORLD EVEN CRUSHING THE EARTH'S CRUST WITHOUT CONSCIENCE. THEY ARE VERY CANNISBALISTIC AND DO CUT OPEN AND FORK AND KNIFE THE BRAIN OF VICTIMS WHILE THEY PRAY FOR QUICK DEATH. REFERENCE THE GUINEES OF ASIA AND AFRICA, THE KURU'S OF EAST AFRICA AND THE KRUSHEV'S OF EASTERN EUROPE. JUST LIKE MYSELF, THEY ROUND VICTIM UP AND MAKE HIM A FAMILY MEMBER AND WHEN THEY GET WHAT THEY WANT, THEY VERY MUTINICALLY KILL AND EAT VICTIM AND GO AFTER VICTIMS FAMILY IF NOT KILLED FIRST. THEY KILL NATURALS AND USE THEIR REPRO GAMETES TO CREATE AND PROCREATE THEMSELVES. I HAVE PHYSICALLY SEEN THEM PROCESSING FOR MEAL, BODIES OF THEIR CLAIMED ENERMIES AND AS A CHILD BODY PARTS OF ACCLAIMED FAMILY MEMBER IN THE BOILING SOUP. IN THE PRESENT GHANA AROUND 1961, I SAW BLACKS LINED UP OUTSIDE AROUND A LADY THAT WAS FRYING BODY PARTS OF AN ENERMY/ACCLAIMED FAMILY MEMBER. THEREFORE, ACCRA, THE CAPITAL OF GHANA MEAN AKARA OF ENERMIES FRIED "MEAT BALL". THUS IN "BLACK HERITAGE" THEY MAKE SURE THAT THEY INHERIT FOREVER. IN 1981, THEY GOT TOGETHER WITH OTHER RACES AND SHARED TECHNIQUES OF INHERITANCE ETC! THEY COPY COMMUNICATION CHARACTERISTICS OF VICTIMS TO GET TO HIS FAMILY. AMONG THE IGBO'S OF NIGERIA, THEIR LAST NAMES ARE USUALLY THE NAMES OF THEIR VICTIMS THAT THE ATE AND INHERIT. I AM HEARING FROM THEM 24/7 VIA THE ELECTRONIC ELECTRODE RELAY ABOVE MY LEFT EAR THAT WAS ILLEGALLY+SECRETLY IMPLANTED IN ME AUGUST, 1983 — COLLECT EQUIPMENTS! "THE NEW WORLD" AND "NEW WORLD ORDER" BY YOUR WORLD AND USA FOUNDERS "THE NEW DEAL". REAL PROPERTIES ARE NOT SOLD BECAUSE THEY ARE TRANSFERRED FROM GENERATION TO GENERATION.

COMPLAINT
5

D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $100,000,000,000

2. Punitive damages in the amount of $ IN QUADRILLIONS

3. An order requiring defendant(s) to FIX MY BODY BACK FROM AFAR WITHOUT PHYSICALLY PRESENT IN MY LOCATION. SEPARATE THEM FROM ME WITH CONSTANT OBSERVATION FOREVERMORE INCLUDING DESCENDANTS/THEIR GENERATIONS TO COME WITHOUT RESTRICTIONS ON MY SIDE. EXTINCT THIS BEHAVIOR. I HAVE NOT SEEN MY FAMILY MEMBERS ESPECIALLY MY PARENTS IN 60 YEARS — PUNISH OFFENDERS!

4. A declaration that THEY STOP COOKING DATES AND HISTORY AND TURN OVER ALL STOLEN PROPERTIES/ASSETS AND OTHER FINANCIAL INSTRUMENTS. IN THE BEGINNING, THE WORLD WAS MADE FRESH AND MUST BE TURNED OVER TO CONDITION THAT IT WOULD HAVE BEEN BUT FOR THEIR ACTIONS. TO CEASE AND DESIST FROM FURTHER DAMAGING ACTIONS/BEHAVIOR. I WAS INHERITED ALIVE AND VERY SERIOUSLY MALHANDLED CONTINUOUSLY. Set food/meal

5. Other: THAT THE COURT ADD ANYTHING ELSE THAT I AM MISSING. EXPEDICTED ACTIONS. TO STOP STEALING TREASURIES ESPECIALLY OF REAL PROPERTIES. RETURN ALL STOLEN ASSETS AND AS THEY WOULD HAVE BEEN BUT FOR THEIR ACTIONS. ADD ADDITIONAL PENALTIES THAT THE COURT MAY FIND APPROPRIATE. THAT THE WORLD BE CLEARED WITHOUT DANGERS BEHIND.

Plaintiff demands a trial by _____ Jury ___(Court)__ (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

FESTUS OKWUDILI OHAN
(Plaintiff's Full Name)

Executed at ANCHORAGE, ALASKA on 09/28/2022
(Location) (Date)

6     COMPLAINT

FESTUS O. OHAN MD, JD etc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FEDERAL BUILDING, U.S. COURTHOUSE
101 12TH AVENUE, Room 332
FAIRBANKS
ALASKA 99701

7021 2720 0003 0590 7588

RECEIVED
OCT 04 2022
Clerk, U.S. District Court
Fairbanks, AK

U.S. POSTAGE PAID
FCM LG ENV
ANCHORAGE, AK
99503
SEP 29, 22
AMOUNT
$5.92
R2304M112742-10