Name: FESTUS O. OHAN
Mailing Address, Zip: 1280 E. 17TH AVE, #121, ANCHORAGE, AK 99501
Telephone: (360) 390-8921

RECEIVED
OCT 04 2022
Clerk, U.S. District Court
Fairbanks, AK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA ("THE LAST FRONTEER")

FESTUS OKWUDILI OHAN
Plaintiff,

vs.

ABN AMRO MOTGAGE GROUP et al
Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE (Non-Prisoner)**

CASE NO. 3:22-cv-00212-RRB
(To be supplied by the Court)

I, FESTUS OKWUDILI OHAN, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the $402.00 filing fee for this proceeding or give security because of my poverty. The type of case I am filing is GROSS NEGLIGENCE, WRONGFUL FORCLOSURE and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No **(If "Yes" USE PRISONER FORM)**

2. Marital status: ☒ Single ☐ Married ☐ Divorced ☐ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

   If yes to either question, state monthly amount paid:_____ **OR** state monthly amount received:_____

   b. Dependants: N/A ☐ Spouse ☐ Children #_____ ☐ Others #_____

   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

   Name: N/A
   Age: N/A

   Name: N/A

Age:_____

Name:_____ N/A _____
Age:_____

Name:_____
Age:_____

3. Are you presently employed? ☐ Yes ☒ No

   a. **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone:
   _____
   _____

   Nature of employment:
   _____

   How long employed by present employer:
   _____

   b. **If you are not presently employed,** provide the following information:

   Date of last employment: 03 / 05 / 2019 (month/day/year)

   Former employer's name, address & telephone:
   ANCHORAGE SCHOOL DISTRICT (907) 742-4116
   5530 E. NORTHERN LIGHTS BLVD, ANCH, AK 99504

   Gross: $150/DAY Net: $115/DAY salary/wages per ☐ month ☐ week (chose one)

   Nature of employment:
   (CLASSIFIED) SUBSTITUTE TEACHER

4. N/A Is your spouse employed? ☐ Yes ☐ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone:
   _____
   _____

   Nature of employment:
   _____

   How long employed by present employer: _____

   — ONLY SENIOR BENEFITS OF $250/MONTH

5. Are you receiving public assistance or unemployment benefits? ☐ Yes ☐ No

   a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits

   since: 03 / 01 / 2018 (month/day/year).

b. I am receiving $670 ☒ monthly / ☐ weekly for myself and my household

of  1  (number).

FROM RETIREMENT (LACERA)

6. In the past twelve months have you received any money from any of the following sources?

| | | | Yes | No |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends (not PFD) | | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments — RETIREMENT (LACERA) | | ☒ Yes | ☐ No |
| d. | Disability or worker's compensation payments | | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | | ☐ Yes | ☒ No |
| f. | Any other sources | | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.

ALREADY STATED IN 5b, I AM RECEIVING ABOUT $670.00 PER MONTH FROM THE LOS ANGELES COUNTY EMPLOYEE RETIREMENT ASSOCIATION — LACERA

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):

ONLY SELF — NOT YET PAID, THE IRS FOR THE LAST 2 YEARS WERE GARNISHING EVERYTHING FOR PENALTIES. I WAS TOLD TO EXPECT ~$3280 IN ~3 WEEKS BUT THAT TOO CAN BE GARNISHED BY THE IRS FOR FAILING TO APPEAL A DECISION THAT WAS BASED ON ILL INFORMED — ON TIME.

8. Do you have **any** cash? ☒ Yes ☐ No

State the total amount $300 and $200 savings and $100 checking location(s):

9. Do you have any checking account(s)? ☐ Yes ☐ No

a. Name(s) and address(es) of bank(s):
WELLS FARGO BANK
100 W. BENSON BLVD, ANCHORAGE, AK 99503

b. Present balance(s) $100.00 in account(s):

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts? ☒ Yes ☐ No

a. Name(s) and address(es) of bank(s):
Wells Fargo Bank    Same

b. Present balance(s) $200.00 in account(s):

11. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No

    a. Make: CHRYSLER   Year: 2001   Model: PTCRUSER

    b. What is its current value? $300.00

    c. Is it financed? ☐ Yes ☒ No

    d. If so, what is the amount owed? $0

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property? ☐ Yes ☒ No

    If "Yes," describe the property and state its value:

13. Do you have any other assets or personal property other than clothing? ☒ Yes ☐ No

    If "Yes," list the asset(s) and state the value of each asset listed:

    U.S. MINTED COINS $300.00 — YOU MAY TAKE
    PLUS UNUSED NEW HP LAPTOP AT $560.00
    AT VERY GOOD BARGAIN — YOU MAY TAKE — UNUSED!
    UNUSED SATELITE & TV BOXES — YOU MAY TAKE!

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years? ☐ Yes ☒ No

    If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer:

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed                                                                                      on:

SIGNATURE OF APPLICANT [signature] THIS BEHAVIOR WILL AND MUST EXTINCT! NOW THEY HAVE ALREADY ALTERED HISTORY AND CONCLUSIVELY CLAIMING VICTORY. DATE 09/28/2022

AS NOW SEEN, I WAS SET TO BE INTERNATIONAL BUSINESS MACHINE (IBM), TO REMAIN ABJECTIVELY POOR (EVENTHOUGH I WORK ROUND THE CLOCK FROM CHILDHOOD) AND BADLY MUTILATED WHILE THE MASSIVELY REPRODUCE AND PROCREATE THEMSELVES FOR INHERITANCE AND FINALLY KILL ME AFTER EXTINKING MY FAMILY AND CLAIM EVERLASTING VICTORY AS HEAVEN! [signature] 09/29/2022
THE GOAL IS UNIVERSAL AND THE TARGET "UNIVERSAL CONQUEST"! IT WAS ALL PRESET, PREARRANGED, PREEMBLE, PREEMBLEMED, PREPLANNED POSSIBLE MISSION THAT RAN MOUTH TO MOUTH (ORAL TRADITIONAL LEGENDARY) OVER GENERATIONS AND TO THEM "THE FINAL OPTION"!! THEY FINALIZE AND SURE OF VICTIMS DEATH AFTER THEY HAVE HAD CORE VICTIMS FOR MEAL POST MUTILATIONS! I KNOW AND HAVE SEEN AND DEEP IN THE OPEN FIELD SINCE EARLY CHILDHOOD. SO, I KNOW! FOR MY SAFETY AS A CHILD, I MONITORED THERE AFTER MIDNIGHT MEETINGS, I HIDE IN DARKNESS AND MEMORIZED THEIR AGGREED MOVES INCLUDING OF THOSE PRICKED TO BE ASSASSINATED UNIVERSALLY. THIS BEHAVIOR MUST CONCLUSIVELY EXTINCT REMNISCENT OF ALL POSSIBILITIES! I HAVE SAVED THE UNIVERSE. IT IS NOW LEFT IN THE HANDS OF JUSTICES TO EXTINCT THE BEHAVIOR UNIVERSALLY FOR TRUE JUSTICE. CORE PSYCHIATRY IS CORDED THE RULE AND EXERCISE. ABSOLUTELY NO "JURY" STUFF ONLY JUDGES! COUNSELING FOR IT IS TOO LATE!!