# Office DEPOT · OfficeMax

## complimentary fax cover sheet

number of pages including cover sheet: _____

(1) 3:22-CV-00221-SLG
(2) 3:22-CV-00226-SLG
(3) 3:22-CV-00212-RRB
(4) 3:22-CV-00209-SLG

attention to: CLERK OF COURT
CPW U.S. DISTRICT COURT

company: _____

date: NOV. 19th, 2022

phone #: _____

fax #: _____

from: DR. FESTUS D. OHAN
CONSULTANT CONSORTIUM CORPORATION
company: _____

sender's phone #: (360) 390-8921
FESTUSOKWUDILIOHAN@GMAIL.COM
sender's email: _____

comments: PLEASE KINDLY SCAN DOCUMENTS
TO DEFENDANTS OF CASE 1-4 ABOVE! THANKS!!

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.



self service
domestic per page

$1.55    2065527

full service
domestic per page

$1.89    833071

full service
international per page

$4.99    833191



self service
international per page

$3.99    2064240

RECEIVED

NOV 22 2022

Clerk, U.S. District Court
Fairbanks, AK

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

# Office DEPOT · OfficeMax

Rev 05/22

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US
Email: FestysOkwudiliOhen@gmail. com
Tel: (360)390-8921

TO NOBEL PRIZE COMMITTEE/TEAM:

REQUEST FOR MY BACKGROUND —

I have been severely injured, damaged and denatured over decades especially post my 5th birthday. Initially, a Nurse Rosaline and Catholic Nun Maria Succoro abducted me out of my main family Palace at age 3 months. At this age, I was walking and could understand spoken words.

Appears that my family recovered me but, I was reabducted again at age 5 after I had mastered alot of disciplines especially in Health, law and Engineering. By age 6, I had rejected the Noble Prize 3 times and Nobel Prize of Alfred Nobel rejected in Greece at age between about 5 yrs. At this age, I could fly airplanes, navigate ships, conduct trams and with adjusted smaller steering wheels, drive automobiles. In 1978, a group from Harvard and Professor Bethune Johnson, Chairman of Geography Department, Natural Science and Mathematics of California State University, Dominguez Hills told me that I had the best ever recorded photographic memory. I could work 4 different jobs yet complete up to 40 units in a quarter session — sleeping less than 20 hours per week. For I had to pay 2 foreign students tuition yes one for a very bad implanted created family. The same May of 1978, I was published in a World's physics as #1 and the only one outside Europe (Astrophysics).

I was far ahead of all first arrived to the continents of the World and so recorded, they all saw me upon arrival. As always, they are formulating history and falsifying dates. I witnessed all their

Secret midnight meetings in hidden places, remembered what they were to do and those that they picked to die. Their plans past through generations by oral traditional legendary — Words of mouth to kill everyone and acquire their Wealths and the Universe.

Although my biological parents that I have been missing since age 3 months, then again past age 4 remain my only heir — at 100%, I need to Communicate With them as I gradually Perish. The Noble and Nobel prize Committees do have full information about me and so are the U.S. and U.K. governments. Singer Chers that since 1981/2 moved from California to New York was one of the first arrivals. They arrived in a hot air balloon to the World. She picked up my personal neckless that they saw me leave under a coconut tree that bent towards the ocean. This was around Palm Springs of California Shore. It did likewise in all the Continents and they collected my personals as they arrived. Also, Oxford dictionary 1981 unabridged will tell you about microscope, telescope, electricity etc! Stop falsifying dates!! They are still alive and have testified. Michael Fara or Faraday that discovered electricity attended CSULA in 1987 and was in my house apartment in Long Beach, CA. He was studying Civil Engineering BS. In fall 1981, Cher separated from Sunny that was made the Mayor of Palm Spring and was Paid off with $7 million that she used to purchase an apartment in New York.

Your createds at first take their preys names and language to become family members. Then eat victims and claim to be their descendants acquiring

all their belongings. This is the case for creates that call themselves, sons and daughters of Isreal. Especially the "Igbos and Jews"! They eat their brains raw and for enemies, eat their brains as they plead/beg for life. This is especially true with the Guinean groups, Kuru of East Africa and the "Crueschers" of Eastern Europe. Some develope a group of virus called Prions in their brains. I found the friend and fingers of herbalist Akano Olcha in the pot of soup that black female called Oyidie (friend of the husband), Akano was cooking. Eyes (I was there to fetch fire) shortly after he was missing. Blacks integrated with Akano and family as their relatives and gradually eat them up in West Africa that they all migrated to along with the Akano Olcha group that might have owned them.

All must now leave the World. Demeges, must be fixed and paid! and repections and They can never return to the World and so are their generations to come. Practically all so called Natural disasters result from damages to the earth that include drilling, minning etc. Plates to the floor of the earth has be broken with explosives eg dynamite(s). In relatively the beginning, the World was made fresh and all Still. As it was then, so it will remain and forevermore! So ruled and so adjudged (Ref. The Holy Bible on Genesis). And no dangers left behind. Move out soonest! The World must be cleared and to leave empty handed for all came in empty handed.

I am an Institution Verification ID# E0467085, Bar Examines #1144445, Legal Examines #XXX XXX 2190-001, Judicial Examiners #M09-8045 #... 569460 DPO# 1981-0-353-365-001, ETC!

First stolen at 3 months old by a Rosaline Ch. image Akano look alike and a Maria Socorro like. I remembered their faces even at that age. It is possible that it a little child Maria Socorro carried in one of her Portrate was me y or I showed the same deminor and carried out tantrum as she took me away. I met the maria Socorro here. I remembered it all!

```
┌─────────────────┐
│ Our  Palace     │
└─────────────────┘
       ↑ Main Entrance
←  ←  ←
   Path taken the
Rosaline look alike
```

FESTUS O. OHAN MD, JDetc
1280 E. 17ᵀ AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

Somehow I returned and was received good training in all fields/disciplines for 3 years and as a 3½ years old and passed all professional exams. I refused the Noble Prize 3 consecutive times before my 6th birthday. Location appears like to look like Romania aka Old Rome and not Italy. I was being called Master and do not know my name at birth eventhough I had the Universals best Photographic Memory. Then was a period of tumsil and I did witness plot meetings in isolated locations and at midnights. For my safety and of my family I was leaving home through a window at midnight to hide and listin to coups/counter coups planners and what they were to do. I left home at wage 3 — 3½ and have not seen my family since. I learned academics by thinking only and did not recieve education nor read major books! But I worked round the clock

# Festus Ohan

1280 E. 17th Avenue, Apt 121, Anchorage, AK 99501
Phone: (907) 310-1866
Alt Phone: (360) 390-8921
Email: festusokwudiliohan@gmail.com

## Employment History

**12/1955 - Current**

**Solo Owner Solo Operator, Healthcare Diagnosing or Treating Practitioners, All Other**

Consultant Consortium Corporation Parents, Anchorage, AK

All health diagnosing and treating practitioners not listed separately.

**04/2019 - Current**

**Classified Substitute Teacher etc.**

Anchorage School District...forced Contracts continued, Anchorage, AK

As always with everything else since 1958, I do have permanent, full and unrestricted Licensure in Workshop Media satisfying all specialties and subspecialties in all fields of thought and disciplines. I do have a Licensure number that is Registered with California and Maryland called under NTE in the 70's and CBEST thereafter. My number is 2:09-cv-01977-FSH-PS all that is needed to be known in New Jersey and for Academic purposes from Kindergarten to 12th grade, my Identification number is E0467085 and the California Department of Education in Heaven can just like all agencies, can only provide information upon my complete unbiased unhostaged, all at home/ Heaven unhunted reasonable cleanliness unconditional approval and signature. Duties are very comprehensive for I am very competent in presenting all subjects from head start to Kindergarten and to any specialties and subspecialties.

**02/1976 - 10/2021**

**Forced Contracts Complete, Healthcare Diagnosing or Treating Practitioners, All Other**

Contract County of Los Angeles OMB, Downey, CA

As always with the Nigerian Federal government mafias et al offset my mails and burglarized my homes since fall of 1960, have been victimized me, injured, damaged and denatured etc. me with their counterparts that trespassed, transgressed, fugitized, killed innocents, committed all kinds of atrocities present and continuous and as written in the holy bible and most scriptures and books including case law etc. implanted an electronic electrode device in my brain around the frontotemporal temporal cortex and right above my left ear for intellectual steal and thought broadcasting since August of 1983. They followed me around every second year round at least since then. In Spring of 1960, they anesthetized me as I was working and drained my lymphatic system than replaced it with putrient pungent public latrines humanoid faeces that resulted maximum scars and infections in me. A Gabriel Duru Agwu shi of putrient pungent public latrines faeces shit created humanoids along with others took my Ohanu username Ohanu and aside from other atrocities over 6 decades, in 1964 and 1965 did their best to take out my left leg on 3 occasions by injecting the same first between the tibia and fibular, after around the knee and finally in my thigh around my testicles all on my left leg. These were after injecting the same inside my umbilical region to look like his so called son ...a Remigius (first one) Hope Okwara, that was to authenticate their steal of all properties under me and complete possessions after they killed my family and myself. Although at some distance, they are still following me around with the a component of the device that looks like a TV cable box. All sentences on them plus criminal justice system offenses committed since early judgments will and must be completely served with completion of all debts, pain and anguish.

**12/1955 - 01/2021**

**Undefined unspecified forced Contracts, Healthcare Diagnosing or Treating Practitioners, All Other**

General Services Administration OMB forced contracts, Washington, DC

As always, absolutely nothing was ever defined. They have taken over everything belonging to my family and myself especially landed properties and factories etc. I have successfully patented over 206,000,000,000 core technologically advanced inventions since 1958. They have been cashing out on everything since then. As always, I am very well organized and very well rounded up in every field and every discipline. I own all computer Software engineering programs and topmost high tech products and I am yet to receive a cent. I earn my living from lowest wage jobs and yet, they grab my meals from my hungry mouth as always throwing me out of my apartments etc. and taking over then have their mubs of createds hunt me for meals. This has been present and continuous since my very youthful stages ie 3 -years. I received maximum training from my parents composing of my mother, father and my only uncle and they were all of the same parents. We build the Galaxies and topmost high tech products and we are immortal biologically and otherwise.

## Education History

Click here to add your Education History

## Occupational Licenses, Certificates and Training

| | |
|---|---|
| 10/2018 | **Case Certification**<br>European Ombudsman Secretariat |
| 02/2018 | **Cert of Conditions**<br>Alaska Court System Misc-541-2018 |
| 01/2018 | **Felonious implant: electronic electrode**<br>Bartlett Regional Hospital |
| 10/2017 | **Cert. Citizenship for all 56 Nations**<br>Canada Protective Services |
| 01/1981 | **Full, Permanent unrestricted licensure in Medicine and Surgery**<br>State of California/Universal |
| 01/1981 | **Comwt of Pennsylvania**<br>Dept of State/Chief Counsel |
| 01/1981 | **Federal Identification Number**<br>Federal Licensing Agencies |
| 01/1981 | **Health-Medicine and Surgery**<br>Examination Council for Foreign Medical Graduates |
| 01/1981 | **Max Patents and copyrights**<br>Universal Conference of Institutions |
| 09/1980 | **Probation Officer Core Patents Certific**<br>CA-PrisonParoleProbation-Corrections-Detention Systems |
| 06/1980 | **Medical Diplomate upmost**<br>Association of American Medical Colleges |
| 10/1984 | **FLEX Licensure in M/Surgery**<br>Federation of State Medical Board |
| 10/1973 | **Max solo Institution Operated**<br>All M-09 Universal/Global Court of justice |
| 10/1966 | **Max Medicine and Surgery Royals etc.** *Aged 10*<br>Universal Conference of Medical examiners |
| 10/1958 | **Max Institution**<br>Universal Conference of Institutions |
| 10/1957/8 | **Max Institution**<br>Universal Conference of Institutions |

| 10/1975/'76 | Max Properties mgt |
| | Universal Conference of Real Properties |
| 10/1956 | Max. Legal Examiner's..Universal |
| | Universal Conference of Legal Examiners |
| 10/1956 | Universal Max. Judicial Examiner |
| | Universal Conference of Judicial Examiners |
| 10/1956 | Max. Bar Examiner |
| | Universal Conference of Bar Examiners |
| 10/1931 | Universal Conference of Medical Examiner  *DPO#: 1981-0-353-365-001* |
| | National Boards of Medical Examiners |
| 10/1958-61 | An ACT. of Universal total achievements |
| | The Great Britain Licensure Universal Reps |
| 10/1976 | Universal DOJ Contractor |
| | All Universal Main Court of Justice |
| 10/1966 | Max. Medicine/Surgery/Royals etc. |
| | Royal Canadian Rulers |
| 10/1955 | Max. Universal Citizenship and Licensure |
| | Royal Dominicana |
| 10/1955 | Cert.of max.Citizenship Licensures |
| | All 56 Core Nations of all Naturals |
| 10/1986 | Division of Treasury#Consultant Consorti |
| | Division of Treasury |

## Honors & Activities

Pi Alpha Alpha for Superior Academic Achievement and Topmost Dean's List Award. GPA of 3.75 awarded as a receipt on way over 999,999 Academic didactic clock hours at upmost levels. I was never a student and at least not after I had maximized in all fields of thought and disciplines before the age of 9 and had rejected the Noble Men's Prize 3 times by 1962 before I was 6 years old nor especially after my Licensures in 1961 and my permanent,full and unrestricted Licensure given by all Royals Specialties as MDCNRX56.322/66 in 1966 while being maximally injured,damaged, humanized, denatured etc. Completely unextinguishably at age 9, by their permitted putrient, pungent, effervescent, ultra hazardous waste shit public latrines marinated unpasteurized fermented parasitic humanoids, humanoidals like createds.

## Additional Information

Practically, I have visited everywhere in this Globe and before man, I was! And had explored it all.

**Certificate:** Full, Permanent unrestricted licensure in Medicine and Surgery *(all specialties & subspecialties).*
**Licensing Institution:** State of California/Universal
**License Numbers:** MDCN/Rx56,322/66, NBME #353365, Council for ECFMG #338338, Commission *CANADA #*
USMLE #0-338338-7. DPO#1981-0-353-365-001, All Americas #MD0022 file#3 of Presidential Archive/ *MD0006L*
Decree #3736, BAR#114445, DOJ#569640-001, Conference of Legal Examiners #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-001 New *with 7 FIN*
Hamshare as local, of Judicial Examiners #M09-G04586-001 local Iowa, Real Estate Broker...unused
#01407572 and 01407573, *ETC is being offset(ed) + Hume invation burglaries!*
*PERPETRATORS ARE COMPETENTLY INCLUDING PSYCHIATRICALLY*
**Detailed References** *as a child, I refused the Noble/not Nobel prize 3times and*
Click here to add your **Detailed References** *Alfred Nobel 1st II*

*Although only as receipts for patents & CR's, I haves MD, MBA/JD*
*MPA, MPH, CPA/UCPA for private & public, Real Estate Brokarage*
*in all subspecialties of Real Properties, an Institution etc!*



OFFICE OF THE GOVERNOR

May 12, 2015

Mr. Fasus Ohen
18727 Malden Street
Northridge, California 91324

Dear Mr. Ohen,

Thank you for taking the time to write my office to share your proposals on education.

California continues to thrive because of the involvement and commitment of its people, and I appreciate the suggestions of individuals like you who understand that our children are our future leaders.

Again, thank you for taking the time to write my office. By working together we can achieve excellence in our Golden State.

Sincerely,

Arnold Schwarzenegger

+ One from President
George W Bush

and + One from Secretary
Elizabeth Dole as Republic
Party Chairperson



JUVENILE DEPARTMENT
The Superior Court
15350 FILBERT STREET
SYLMAR, CALIFORNIA 91342
CHAMBERS OF
MORTON ROCHMAN, JUDGE

May 17, 2004

To whom it may concern:

RE:   **FESTUS OHAN**

I am pleased to comment on the outstanding performance of Mr. Festus Ohan as a Deputy Probation Officer for the County of Los Angeles.

Mr. Ohan was the Probation Officer at Monroe High School supervising the "WRAP" Program which kept children in school where there were family and social problems.

Mr. Ohan performed his duties in an outstanding manner, and greatly assisted needy children in continuing their high school work.

Mr. Ohan has shown leadership skills and he is a man of high moral character.

Very truly yours,

Morton Rochman

MR:si

FROM Dr. Festus Okwudili Ohan . ADDENDUM: May 29th, 2020

I do not remember my name at birth. As a child,
I was trained in health and locomotives on the
Mediterenian side of Europe. From there, I went
to Bethlehem for a short period of time. From
Bethlehem, I was sent to West Africa at age 5.
I first stayed in Victoria Island briefly from where
I went to Oyotoro Street by the Railroad and
near Ikorodu Road and not far from Igbobi
hospital in Yaba, Lagos. Nigeria.
My 5th birthday was held on a ship that
headed to West Africa from Bethlehem. It was on
September 20th, 1960. I have been without my
Parents since I left Europe. In West Africa, they
had me on trains to help conduct them and
twice I went to Kaduna (Northern Part of Present
Nigeria) from Lagos. Both occations were in
1961. One, earlier part of the year and the 2nd
I went to Northern Nigeria in June and returned
My birthday on 20th Sept 1961 was held on the train which They helped conduct
in September. I was heading back to Lagos
from Kaduna on my 6th birthday — September
20th, 1961. I went to Kaduna, Kano and Zaria
with Roseline and her new born — the 2nd Remigius.
At this time, my kidnapers have handed me
over to those that came to West Africa to
settle and on October 1st, 1961, Nigeria declared
it's independence. Rosaline and Gabriel Dikeruagwu
Ohanu had a son of my age that died while she
was pregnant with another child. They call the child of that Pregnancy the
same name as the one that died. Saying that the
reincarnated as Ohanu. Gabriel's ...

tried to play the reincarnation game on me—
that I am Ohanu his father, the younger brother
of Uncle Okwara. Both were dead at this time.

They had double locked my rooms in Oyotoro
and had me move in the same to them at #5 Taniomowu/
Gwudo Street, Yaba, Lagos. They had forged birth
Certificate and baptismal papers for my Nigerian
Citizeship. My name now is Festus Okwudili Ohanu
for which in the USA, I changed Ohanu to Ohan.

I was registered to attend Bariga then Ebutemeta
then before Bashua elementary Schools in the afternoons
and lastly St. Patrick Standard School. I was not
attending class, I drop my empty bag and walk
to Infirmary and Refermatory that was located
on one side of the Igbo military barracks. In
the infirmary I managed health cases and brief
nurses and quickly go to Refermatory section
to teach locomotives. I did that from 1962 to
966 when I went to St. Patrick's Catholic School,
Yaba near Ikorodu Road and Surulere Stadium.

In St. Patricks, I completed everything (6years) and
did more under one year. I had no documents.
except for Sundays because Rosaline goes to church, I
was awaken sometimes at 4 Am after going to bed
sometimes at 12 midnight. Myself and Rosaline go
to distant farm to work and harvest casava.
We carry heavy loads and I got to be in school at
1pm to leave at 5pm. I work hard when I return
from school and Sometimes I do not go to bed
until 12 midnight. I walk to far distance to look for
free water—upto if not more than One mile. I was
fed with cassava specially the starch. I was never
given a cent for my work at home nor inform

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** FESTUS OKWUDILI OHAN

3:22-CV-00212-SLG

**DEFENDANTS** (1) U.S. DEPT OF JUSTICE
(2) U.S. DEPT OF HEALTH
(3) U.S. DEPT OF TREASURY

**(b)** County of Residence of First Listed Plaintiff ANCHORAGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant WASHINGTON DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* FESTUS OHAN
1280 E. 17th AVE, #121, ANCHORAGE,
ALASKA 99501 (360)390-3921
JUDICIAL# MO9-G0458C-001 IOWA, BAR#11445
LEGAL#555 41-2190 WA ALL EXAMINERS # NBME #353365, MDCNR# 56,322/66 all 56 zones

Attorneys *(If Known)*
AN INSTITUTION (CA for record's)   1966

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 Federal Question *(U.S. Government Not a Party)*
- [X] 3 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [X] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [X] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
18 U.S. CODE § 1091 GENOCIDE/GROSS NEGLIGENCE/GENOCIDE FRAUD
Brief description of cause: THE US Massacred original inhabitance of America + and acquired all properties of owners + victims "THE NEW WORLD"

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ QUADRILLION CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE (1) HOCHBERG (2) SHARON L. GLEASON
DOCKET NUMBER (2)3:22-CV-00011-SLG (1)3:09-CV-01977-SLG

DATE 10/10/2022
SIGNATURE OF ATTORNEY OF RECORD
BDR #111445 local LAB311445 for CA, etc
Judicial MO9-G0458C-001 local IOWA, etc

**FOR OFFICE USE ONLY**

## Other Events
3:22-cv-00221-SLG Ohan v. U.S. Department of Justice et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 10/14/2022 at 2:14 PM ADT and filed on 10/14/2022

**Case Name:**        Ohan v. U.S. Department of Justice et al
**Case Number:**      3:22-cv-00221-SLG
**Filer:**
**Document Number:** 2

**Docket Text:**
**Civil Cover Sheet (LMH, COURT STAFF)**

**3:22-cv-00221-SLG Notice has been electronically mailed to:**

**3:22-cv-00221-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/14/2022] [FileNumber=2376539-
0] [dbbc8ed65888179ae97ae3fc1e32e503c1945a321c8697467bfe7bbcf661c44c56
9e9067dec0b2e2467dfbf83d12dcef9bc913859b88632210f2fbe9849cdea4]]

## Complaints and Other Initiating Documents
3:22-cv-00221-SLG Ohan v. U.S. Department of Justice et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 10/14/2022 at 2:13 PM ADT and filed on 10/14/2022

| | |
|---|---|
| **Case Name:** | Ohan v. U.S. Department of Justice et al |
| **Case Number:** | 3:22-cv-00221-SLG |
| **Filer:** | Festus Okwudili Ohan |
| **Document Number:** 1 | |

**Docket Text:**
**COMPLAINT against U.S. Congress, U.S. Department of Health, U.S. Department of Justice, U.S. Department of State, U.S. Department of Treasury (Filing fee $ 402-Rcpt No: 100002130.), filed by Festus Okwudili Ohan.(LMH, COURT STAFF)**

**3:22-cv-00221-SLG Notice has been electronically mailed to:**

**3:22-cv-00221-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/14/2022] [FileNumber=2376534-0] [acc3122548bc85c6a2934a6c30c9e7237dca9ea273a7b30686f915f916afaba385 b99fe8fa25701918110e731fd11b07af97f4b5ad43abb52176d78c9b6234e9]]

## Other Documents
3:22-cv-00221-SLG Ohan v. U.S. Department of Justice et al

### U.S. District Court

### United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 11/2/2022 at 8:45 AM ADT and filed on 11/1/2022
**Case Name:**          Ohan v. U.S. Department of Justice et al
**Case Number:**        3:22-cv-00221-SLG
**Filer:**              Festus Okwudili Ohan
**Document Number:** 4

**Docket Text:**
**ADDITIONAL RELATED DOCUMENT by Festus Okwudili Ohan. (PXS, COURT STAFF)**

**3:22-cv-00221-SLG Notice has been electronically mailed to:**

**3:22-cv-00221-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=11/2/2022] [FileNumber=2382546-0
] [b0eec2a1c61768b974781124cf0b1843a4b06392e6a1553e581784b7fd77856641c
c1c0eba436d86882032c4992dfedede0b1c709d7013e3709c2db78d52e014]]

https://akd-ecf.sso.dcn.dcn/cgi-bin/Dispatch.pl?802200890564261

**Notices**

<u>3:22-cv-00011-SLG Ohan v. Rettig</u> **CASE CLOSED on 06/14/2022**

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 9/7/2022 at 10:56 AM ADT and filed on 9/7/2022

| | |
|---|---|
| **Case Name:** | Ohan v. Rettig |
| **Case Number:** | <u>3:22-cv-00011-SLG</u> |
| **Filer:** | Festus O. Ohan |
| **WARNING: CASE CLOSED on 06/14/2022** | |
| **Document Number:** | <u>28</u> |

**Docket Text:**
**NOTICE of Filing by Festus O. Ohan (LMH, COURT STAFF)**


**3:22-cv-00011-SLG Notice has been electronically mailed to:**

Matthew Peter Uhalde     Matthew.P.Uhalde@usdoj.gov, western.Taxcivil@usdoj.gov

**3:22-cv-00011-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Ave., #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=9/7/2022] [FileNumber=2362561-0]
[72ea2e6f27fcc44bec362a0a08aefee807fa2c7f8f009cf26fde072ac85f13af8f21
3efc7cd69383ace9626557f9ed0deda10de78954a27a43dbaa4e8387a55e]]

### Notices

3:22-cv-00011-SLG Ohan v. Rettig **CASE CLOSED on 06/14/2022**

**U.S. District Court**

**United States District Court for the District of Alaska**

#### Notice of Electronic Filing

The following transaction was entered on 7/6/2022 at 9:40 AM ADT and filed on 7/6/2022

| | |
|---|---|
| **Case Name:** | Ohan v. Rettig |
| **Case Number:** | 3:22-cv-00011-SLG |
| **Filer:** | Festus O. Ohan |
| **WARNING: CASE CLOSED on 06/14/2022** | |
| **Document Number:** | 23 |

**Docket Text:**
**NOTICE of Filing by Festus O. Ohan (LMH, COURT STAFF)**

**3:22-cv-00011-SLG Notice has been electronically mailed to:**

Matthew Peter Uhalde     Matthew.P.Uhalde@usdoj.gov, western.Taxcivil@usdoj.gov

**3:22-cv-00011-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Ave., #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=7/6/2022] [FileNumber=2339957-0]
[25d07f0278d6a9127aebc0d343d445d3d601c09d92ed5f35ba68aa1ae1104f3c8a17
7e19f0834c28c947f94d58d0a60c0e01d1ed4dec12b6efef0288864d162c]]

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FESTUS O. OHAN

**(b)** County of Residence of First Listed Plaintiff ANCHORAGE, AK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* FESTUS O. OHAN
1280 E. 17TH AVE, UNIT 121, ANCHORAGE,
AK 99501. DOJ#569460, Bar#114445 CA,
Judicial#MC9-904586, Legal#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
NBME#353365

## DEFENDANTS
3:22-CV-00207-SL
ESSEX COUNTY SHERIFF et al
Case No. 2:09-CV-01977-FSH-PS
OHAN: ESSEX COUNTY
County of Residence of First Listed Defendant ESSEX County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

AN INSTITUTION, NBME#353365 (all records)
DR#1921-0-353-365-01, MDCNR#56,322/66

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [X] 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | PERSONAL PROPERTY | LABOR | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | SOCIAL SECURITY | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | Habeas Corpus: | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | FEDERAL TAX SUITS | | [X] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | [ ] 871 IRS—Third Party 26 USC 7609 | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | Other: | | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | IMMIGRATION | | |
| | | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [X] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. ch.171. Tort - Police brutality and Custodial mishandling
Brief description of cause: I was very Physically abused at detention to the jail
Court for carrying over $16,000 cash and again in Ambulance and jail.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $100,000,000 CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
Case #: 2:09-CV-01977-FSH-PS Was concluded by grand jury
DR#1921-0-353-365
JUDGE FAITH S. HOCHBERG    DOCKET NUMBER 371

DATE 09/27/2022
SIGNATURE OF ATTORNEY OF RECORD
SELF  DOJ#569460, Judicial#MC9-904586 (10JP), Legal#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
BAR#114445 LAB#114445, NBME#353365

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## Complaints and Other Initiating Documents

3:22-cv-00207-SLG Ohan v. Fontoura et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 9/29/2022 at 2:28 PM ADT and filed on 9/29/2022

| | |
|---|---|
| Case Name: | Ohan v. Fontoura et al |
| Case Number: | 3:22-cv-00207-SLG |
| Filer: | Festus Okwudili Ohan |
| Document Number: | 1 |

**Docket Text:**
**PRO SE COMPLAINT for/under Tort-Police Brutality against Paula T. Dow, Armando B. Fontoura, Charles P. Rettig, filed by Festus Okwudili Ohan. (Attachments: # (1) Attachment)(LMH, COURT STAFF)**

**3:22-cv-00207-SLG Notice has been electronically mailed to:**

**3:22-cv-00207-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=9/29/2022] [FileNumber=2371248-0
] [3a5be975f11e5d2bbbbe8f11b77ecd84dd9eb62124bc3c7083a5238dbb20682ba7b
1befe4fcfe7941c3996ebc6924409763c966d71bd1e704fdbc660a32a57ce]]
**Document description:** Attachment
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=9/29/2022] [FileNumber=2371248-1
] [c29641b38c11d3a0ac5dd47c35b5d5abede1359abf6630179af33d71af1f86c57a6
36a526fc6562c0ac91223997f65d12e4c829c23da8e882f96bc67ba4f2b3d]]

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FESTUS OKWUDILI OHAN

**DEFENDANTS** (1) THE STATES OF CA, NY, TX, R (2) NORTH ATLANTIC TREATY ORGANIZATION (NATO) (3) UNITED NATIO (5) UNITED KINGDOM (4) EUROPEAN UNIO

3:22-CV-00226-SLG

**(b)** County of Residence of First Listed Plaintiff ANCHORAGE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant WASHINGTON DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* FESTUS O. OHAN
JUDICIAL EXAMINER #M09-5045-86-001,
LEGAL EXAMINER #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-001, BAR
EXAMINER #114445, NATIONAL BOARD OF
MEDICAL EXAMINER #353365, DOT #569460-00 ETC
#POF1981-G-35-3-365-

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care Pharmaceutical Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | **IMMIGRATION** | |
| | | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☒ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
U.S.C. S S 3729 AND 18 U.S. CODE: S 1091 +19 U.S. CODE S 1592
Brief description of cause: ACT OF GOD. HUMAN/MANLIFE CREATORS INVADED AN SERIOUSLY DAMAGED THE WORLD AND OWNER AND FALSELY CLAIMED EVERYTHING

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ >>> QUADRILLIONS
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
(1) FAITH S. HOCHBERG
(2) SHARON L. GLEASON
JUDGE (4) MARGARET L. OLDENDOF
(1) 2:09-CV-01977-FSH-PS
(2) 3:22-CV-00011-SLG
DOCKET NUMBER (3) 37 NEW JERSEY
(4) C03875 CALIFORNIA

DATE 10/12/2022

SIGNATURE OF ATTORNEY OF RECORD *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

## Complaints and Other Initiating Documents

3:22-cv-00226-SLG Ohan v. North Atlantic Treaty Organization et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 10/18/2022 at 1:41 PM ADT and filed on 10/18/2022

**Case Name:**      Ohan v. North Atlantic Treaty Organization et al
**Case Number:**    3:22-cv-00226-SLG
**Filer:**          Festus Okwudili Ohan
**Document Number:** 1

**Docket Text:**
**COMPLAINT against North Atlantic Treaty Organization, States of the United States, The European Union, United Kingdom, United Nations (Filing fee $ 402 Receipt #100002131.), filed by Festus Okwudili Ohan.(LMH, COURT STAFF)**

**3:22-cv-00226-SLG Notice has been electronically mailed to:**

**3:22-cv-00226-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/18/2022] [FileNumber=2377662-0] [91bcb6542ad6f18f8dbbb085d67e666f26a11b2d31776a8fc543490c03d2d92b21 8ab6a31f5b5819a985b6b58d661fc0fcb57674b73a7c5960242f8f3a843cd5]]

## Other Events

3:22-cv-00226-SLG Ohan v. North Atlantic Treaty Organization et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 10/18/2022 at 1:42 PM ADT and filed on 10/18/2022

**Case Name:**          Ohan v. North Atlantic Treaty Organization et al
**Case Number:**        3:22-cv-00226-SLG
**Filer:**
**Document Number:** 2

**Docket Text:**
**Civil Cover Sheet (LMH, COURT STAFF)**


**3:22-cv-00226-SLG Notice has been electronically mailed to:**

**3:22-cv-00226-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/18/2022] [FileNumber=2377665-
0] [0471c9a0120cfc915e45f19ec798ed0cc2a223f8291005cf7c4fd26d3257bb7ce1
3ef841d0abc8448363137f52b2b96f122cd79fa4673dedcc144bb5c8814cb7]]

## Motions

3:22-cv-00226-SLG Ohan v. North Atlantic Treaty Organization et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 10/18/2022 at 1:44 PM ADT and filed on 10/18/2022

**Case Name:**            Ohan v. North Atlantic Treaty Organization et al
**Case Number:**       3:22-cv-00226-SLG
**Filer:**                    Festus Okwudili Ohan
**Document Number:** 3

**Docket Text:**
**Application to Waive the Filing Fee by Festus Okwudili Ohan.(LMH, COURT STAFF)**

**3:22-cv-00226-SLG Notice has been electronically mailed to:**

**3:22-cv-00226-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/18/2022] [FileNumber=2377675-
0] [40eeac6638fc50fad750cf8bdc6b93f552323aa17fe7a5d13c8885edc8764f90f5
5eb7ee32a3ccb4100cfd25a4fb2543b66696475d4bb3c4ee738fb2463c0d2e]]

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FESTUS O. OHAN

## DEFENDANTS
ABN AMRO MORTGAGE GROUP et al
CASE#PC038515 CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff ANCHORAGE, AK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant CONNECTICUT
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* (360) 390-8921
1280 E. 17TH AVENUE, #121
ANCHORAGE, ALASKA 99501. 1114445
JUDICIAL MG4-5604586, LEGAL 533412190 NH

Attorneys *(If Known)*

CR BAR#
NH

3:22-cv-00212-RRB

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 862 Black Lung (923) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
19 U.S. CODE §1592 GROSS NEGLIGENCE

Brief description of cause: ABN AMRO CLAIMED THAT IT ERRONEOUSLY FORECLOSE MY HOME IN CALIFORNIA. PROPERTY TAX WAS NOT PART OF OUR CONTRACT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 100 BILLIONS

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE MARGARET L. OLDENDOF
DOCKET NUMBER PC-038515 CA

DATE 09/28/2022

SIGNATURE OF ATTORNEY OF RECORD DPO# 197-0-353-365-01
BAR #114445, LAB114448 CA, Legal 533412190 NH
JUDICIAL MG4-5604586, DPT#5604580, NBM# #3553365

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**United States District Court for the District of Alaska**

**Notice of Electronic Filing**

The following transaction was entered on 10/4/2022 at 11:52 AM ADT and filed on 10/4/2022

| | |
|---|---|
| **Case Name:** | Ohan v. ABN AMRO et al |
| **Case Number:** | 3:22-cv-00212-RRB |
| **Filer:** | Festus Okwudili Ohan |
| **Document Number:** | 1 |

**Docket Text:**
**PRO SE COMPLAINT against ABN AMRO, Lee Baca, Jackie Lacey, filed by Festus Okwudili Ohan.(LMH, COURT STAFF)**

**3:22-cv-00212-RRB Notice has been electronically mailed to:**

**3:22-cv-00212-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/4/2022] [FileNumber=2372655-0
] [62c8b31d594df20b972b6971f2486dd369a39b0be1d13ce2483b44ef0541b4d0d42
8e1df56a2d3ea686a9cf730fc669c9b9a1fd3fd841262a7c8154ea55a8c88]]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 10/4/2022 at 11:54 AM ADT and filed on 10/4/2022

**Case Name:**       Ohan v. ABN AMRO et al
**Case Number:**    3:22-cv-00212-RRB
**Filer:**
**Document Number:** 2

**Docket Text:**
**Civil Cover Sheet (LMH, COURT STAFF)**

**3:22-cv-00212-RRB Notice has been electronically mailed to:**

**3:22-cv-00212-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/4/2022] [FileNumber=2372658-0
] [51d0bee08de84dae4e8c10188166177ed4105a5dbac7d344ea335bbf7cb5cb964ca
5a34a7aec7564af4869afc0c2824aa22e36196fa5e9b5389e8c54c9c7507a]]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 10/4/2022 at 11:56 AM ADT and filed on 10/4/2022

**Case Name:**      Ohan v. ABN AMRO et al
**Case Number:**    3:22-cv-00212-RRB
**Filer:**          Festus Okwudili Ohan
**Document Number:** 3

**Docket Text:**
**Application to Waive the Filing Fee by Festus Okwudili Ohan.(LMH, COURT STAFF)**


**3:22-cv-00212-RRB Notice has been electronically mailed to:**

**3:22-cv-00212-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=10/4/2022] [FileNumber=2372661-0
] [b6c16008c712073135e270d78500bc68a73e2cac3757e76ac1dfcb8b1d3ef61e7ac
8e6e343a9161ed564669c6e821f0754d0a873196af63686b60c177aa59906]]

## Other Documents

3:22-cv-00221-SLG Ohan v. U.S. Department of Justice et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2022 at 11:24 AM AST and filed on 11/15/2022
**Case Name:**           Ohan v. U.S. Department of Justice et al
**Case Number:**         3:22-cv-00221-SLG
**Filer:**               Festus Okwudili Ohan
**Document Number:** 6

**Docket Text:**
**ADDITIONAL RELATED DOCUMENT by Festus Okwudili Ohan re [1] Complaint. (LMH, COURT STAFF)**

**3:22-cv-00221-SLG Notice has been electronically mailed to:**

**3:22-cv-00221-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=11/15/2022] [FileNumber=2386320-0] [4959a0835ac10d9f37a424f826fe519cce4d7a6756a092653b7ce05c2608540116 7aec818918153376445468dcbddccf71e41e2e930fba15c7a1cf29b8bf409c]]

## Other Documents
3:22-cv-00207-SLG Ohan v. Fontoura et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 11/15/2022 at 11:28 AM AST and filed on 11/15/2022

| | |
|---|---|
| **Case Name:** | Ohan v. Fontoura et al |
| **Case Number:** | 3:22-cv-00207-SLG |
| **Filer:** | Festus Okwudili Ohan |
| **Document Number:** | 6 |

**Docket Text:**
**ADDITIONAL RELATED DOCUMENT by Festus Okwudili Ohan re [1] Complaint. (LMH, COURT STAFF)**

**3:22-cv-00207-SLG Notice has been electronically mailed to:**

**3:22-cv-00207-SLG Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=11/15/2022] [FileNumber=2386327-
0] [4a8fc764ce9b80faa9ee3a8cc1729d58b946840338732751a940d58775ff953d53
00240a97812e9713194c036a6192e049c8112cbf9ef82844a93a52eba7eb17]]

## Other Documents
<u>3:22-cv-00011-SLG Ohan v. Rettig</u> **CASE CLOSED on 06/14/2022**

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2022 at 11:37 AM AST and filed on 11/15/2022

**Case Name:**          Ohan v. Rettig
**Case Number:**       <u>3:22-cv-00011-SLG</u>
**Filer:**                    Festus O. Ohan
**WARNING: CASE CLOSED on 06/14/2022**
**Document Number:**   <u>29</u>

**Docket Text:**
**ADDITIONAL RELATED DOCUMENT by Festus O. Ohan. (LMH, COURT STAFF)**


**3:22-cv-00011-SLG Notice has been electronically mailed to:**

Matthew Peter Uhalde      Matthew.P.Uhalde@usdoj.gov, western.Taxcivil@usdoj.gov

**3:22-cv-00011-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Ave., #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=11/15/2022] [FileNumber=2386345-
0] [17e4e9be5d49bd0c232975f182d51505dfb06273bda3bdd87a2ff3c4962a2a5f36
3fac2ff1bfb2d7b98df91936aaf0d22d169b74c390ddee56d7eea0b9c81e4c]]



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

US POSTAGE PAID
$9.90

Retail

PRIORITY®

Origin: 99503
11/19/22
0203280524-25

■ Expected delive
■ Domestic shipm
■ USPS Tracking®
■ Limited internati
■ When used inter

* Insurance does not co
Domestic Mail Manual
** See International Ma

EXPECTED DELIVERY DAY: 11/22/22

0 Lb 7.30 Oz

RDC 05

C053

SHIP
TO:
101 12TH AVE
RM 332
FAIRBANKS AK 99701-6237

USPS TRACKING® #

9505 5103 7023 2323 7091 69

destinations.

verage.

TRACKE

FLAT RA
ONE RATE ■ A

PS00001L-

OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

age Pickup,
ode.

FROM: DR. FESTUS OHAN
1280 E. 17TH AVE, #121
ANCHORAGE
AK 99501

TO:
COURT CLERK
U.S. DISTRICT COURT OF ALASKA
FEDERAL BLDG & COURTHOUSE
101 12TH AVENUE #332
FAIRBANKS
AK 99701