# Office DEPOT OfficeMax
## complimentary fax cover sheet

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

number of pages including cover sheet: 12

attention to: COURT CLERK    date: 12/06/2020

company: U.S. DISTRICT COURT OF ALASKA    from: Dr. FESTUS O. OHAN

phone #:    company: CONSULTANT CONSORTIUM CORPORATION

fax #: (1) 3:22-CV-00226-SLG    sender's phone #: (360)390-8921 / (907)310-1866
(2) 3:22-CV-00212-RRB
(3) 3:22-CV-00207-SLG    sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: (4) 3:22-CV-00221-SLG  (5) 3:22-CV-00011-SLG
PLEASE KINDLY ADD DOCS TO:
(6) 3:22-CV-00182-JMK. KINDLY DISTRIBUTE TO DEFENDANTS.

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
|  |  |  |
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service international per page



$3.99  2064240

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

Office DEPOT OfficeMax

Rev 10/20



# HF HOLDINGS, INC

PO Box 593080
Orlando, FL 32859

*"Devoted to the collection of delinquent receivables"*

www.hfholdingsinc.com
Telephone: 877-680-6064
Facsimile: 877-680-7749

## ACCOUNT PLACEMENT FORM

### CLIENT/CREDITOR INFORMATION

Company Name: CONSULTANT CONSORTIUM CORPORATION
Telephone: (360) 390-8921
Contact Name: FESTUS OHAN
Facsimile:
Address: 1280 E. 17th AVE, #121
Email: FESTUSOKWUDILIOHAN@GMAIL.COM
City: ANCHORAGE  State: AK  Zip: 99501

### DEBTOR INFORMATION

Debtor Company Name: ELPS PRIVATE DETECTIVE AGENCY
Debtor Name: JEFF STEIN ETAL
Address: 882 S. MATLAC  City: WESTCHESTER  State: PA
Zip Code: 19382  Telephone: (484) 364-6247  Facsimile: ~~NO~~ (610) 441-7539
Email Address: INFO@ELPSPDA
Amount Owed: $14,000.00
Service Provided: NONE → DID NOT PROVIDE SERVICE AND DID NOT REFUND MONEY AND MAY HAVE TAKEN BRIBE TO WITHOLD INFORMATION

Reason for Not Paying: UNKNOWN EXCEPT FOR TAKING BRIBE FROM DEFENDANTS. DID 3 PAGES AND SOLD TO DEFENDANTS WITHOUT GIVING ME COPIES.

Date of Delinquency: 12/21/2019

Do you have a signed contract or agreement? Yes [___] No [X]  THEY CASHED ALL CHECKS AND MONEY ORDERS.

Do you have Invoices purchase orders or other documentation? Yes [✓] No [___]

Are there any bad checks or chargeback's? Yes [___] No [X]

Have you obtained a judgment against the debtor? Yes [___] No [X]

Additional Information that will assist in collection from the debtor

DOB ___/___/_____
SSN _____-____-_____
Other: A LICENSED PRIVATE DETECTIVE AGENCY WITH A STAFF LAWYER. DOCUMENTS ARE ENCLOSED.



# HF HOLDINGS, INC

PO Box 593080.
Orlando, FL 32859
*"Devoted to the collection of delinquent receivables"*

Telephone: 877-680-6064
Facsimile: 877-680-7749

I. This agreement is made between HF Holdings, Inc. herein referred to as AGENT and:
Name: **Dr. FESTUS OHAN** Company Name: **CONSULTANT CONSORTIUM CORPORATION** Herein referred to as CLIENT. On this **6th** day of **DECEMBER** 20**22**

II. When in receipt of a claim(s) where a debtor owes monies to CLIENT, AGENT will attempt to collect the funds owed on the behalf of the CLIENT. AGENT agrees to only charge a contingency on funds actually paid, in full or part, by the debtor under the following conditions:
  (a) Payment is made directly to the AGENT;
  (b) Payment is received by the CLIENT after execution of this agreement; and/or
  (c) Merchandise is returned AND accepted by the CLIENT in consideration for the debt.

III. The CLIENT warrants that all claim(s) placed with the AGENT for collections are valid and can be substantiated with documentation to prove such. The CLIENT agrees to forward any requested documentation at the request of the AGENT on any claim placed for collection.

IV. The CLIENT may recall a claim forwarded to the AGENT only when the claim is not in legal status or in insolvency proceedings or there has been no activity on the account for 90 days. Any cancellations must be expressed in writing and mailed to PO Box 593080. Orlando, FL 32859. Upon receipt of a cancellation notice all fees due to the AGENT shall be paid prior to the case being closed. Any claims withdrawn under the following circumstances will be charged the following rate:

  (a) Claim(s) withdrawn after payment has been received, while payments are being received, or intended to be received will be charged the full contingency of the entire balance owed.
  (b) Claim(s) withdrawn that are not covered by Section II (a-c), Section V (a-b), and/or Section VI will be charged a 10% administrative fee.

_____ (*initial*) V. Subject to Sections II (a-c) & IV (a-b), if on any claim or within 90 days from the termination of this contract the CLIENT receives payments directly from the debtor, the debtors affiliate, an insurance agency, or any other means which substantiates the debt, the AGENT shall be notified within 3 business days and any contractually agreed upon commissions must be paid within 15 days. The CLIENT acknowledges and agrees that any aforementioned direct payments still legally require the CLIENT to remit said commission to AGENT and does not void the contractual, legal and/or financial obligations owed the AGENT. The CLIENT further acknowledges and agrees that failure to timely notify the AGENT of any said direct payments and remit commissions due constitutes a legal presumption of fraud and breach of contract by CLIENT.

VI. Any claim received by the AGENT from the CLIENT, regardless of previous collection efforts or nation of debtor shall be billed under the following contingency rates under Section II (a-c), Section V (a-b), and/or Section VI . Any claim under 365 days in age shall be charged a contingency of 30%. Any claim over 365 days in age shall be charged contingency rate of 30%. Any claim that is under $1,000.00 shall be charged contingency rate of 30%. Any claim that requires the use of AGENT's affiliate law firm(s) shall be charged a contingency of 50%. Any fees paid by CLIENT do not cover defense of counter-claims. Cost to retain counsel cover court costs, filing fees and AGENT's overall management of claim. Costs to take legal action on claims are not to be considered in lieu of the agreed upon contingency percentages that will apply on all sums recovered through efforts initiated by AGENT and/or its affiliates. AGENT is not guarantor of specific result on any claim, under any circumstance. No refunds.

VII. Any claim which is placed by the CLIENT which is discovered to have been placed in error or previously paid by the debtor shall be billed at a rate of 10% of the claim as an administrative fee.

VIII. The CLIENT grants full authority to the AGENT , and any attorney firm, collection agency or subsidiary the AGENT forwards the CLIENTS case to, to endorse and negotiate any check, draft or other negotiable instrument made payable to the CLIENT for deposit in trust for distribution to the CLIENT after deducting the commission and fees due AGENT by the terms of this agreement.

IX. The AGENT is authorized to forward a case, at their discretion to an outside law firm or collection network to assist in the recoupment. In any case where an additional charge may be incurred by forwarding said claim, the AGENT must obtain expressed authority from the CLIENT prior to forwarding said claim.

X. In no event shall AGENT be liable in any respect for the inability to collect any account placed with AGENT by CLIENT for collection. It is understood and agreed that AGENT is not a guarantor of any specific result on accounts placed by CLIENT.  CLIENT and AGENT each agree to indemnify, defend and hold harmless the other party and its officers, directors, employees, agents and representatives against all liens, subrogation rights, claims, demands, actions, cause of actions or other rights, cost or judgment, including reasonable attorney fees, incurred as a result of the acts or omissions of the indemnifying party or its officers, directors, employees, agents and representatives arising from this contracted matter.

XI. This Agreement shall, in all respects, be governed by, and construed in accordance with, the substantive federal laws of the United States and the laws of the State of Florida and venue for any dispute shall lie in Orange County, Florida. In the event that any provision here of is found to be invalid or unenforceable, then that provision shall be deemed to be severed and removed and the remaining provisions shall remain valid and in full effect.

Agreed on this date **12/06/2022** _____ For CLIENT.
(Sign your name)
**DR. FESTUS OHAN** (Position with Company)

3: JOSE@hfholdingsinc.com     Jose de la Rosa
fax #(877)680-7749
ATTENTION: JEFF STEIN
info@elpspda.com, Jstein@elpspda.com
ELPS Private Detective Agency
882 S. Matlac Street, Ste 206
West Chester, PA 19382
fax (610) 441-7539   ph# (484) 364-6247

Hired on 12/14/2019 and deposited $5,000 see check #192. Hired to investigate the Medical Boards and obtain information that I needed to use in Court against them. ELPS Private Detective Agency has a large lawyer group that works for them and that was why I hired them. The money included what they were to pay their lawyer and finalize no more money comming from me except bonus that I intended to give them if they did well and if my case come out well. They collected bribe huge bribes from the medical Board after they obtained the the initial evidence base on the information that I gave them. After taking the bribe, they abandoned my case and also started avoiding me completely. I had send evidence, cancelled cheques/checks etc to them to absolutely no avail. Same is the datelines to respond to me that I gave them. They came up with a one pager after another report of 2 pages but none was ever sent to me even after several requests. They gave the content of their investigations to those investigated + the Medical Boards and collected bribes of Eradications + Killings of dollars (+++) FESTUS O. OHAN MD, JD ETC!   Naturals   implicated in Human Creations (Contracts))

I am yet to hear from payees! PS: Confirm Now!!  18A

You told me to wait for COVID! It's now 2 years!! COVID HAS BEEN ADJUSTED FOR RESTRICTION

Please check if the followings are cashed :) Checked — They were cashed! * by ELPS Private Detective Agency!

FESTUS O. OHAN MD, JD etc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

(1) Check number **192** dated December 14th, 2019 for **$5,000.00** to ELPS Private Detective Agency

(2) Check number **195** Dated February 1st, 2020 to ELPS for **$1,000.00**

✗(3) Check number **197** Dated March 6th, 2020 to ELPS Private Detective Agency for **$1,000.00** ⟵ Un-cashed

Wells Fargo (4) Cashier's Check, Serial # **015710320** Account # **4861-511343** December 27th, 2019 to ELPS Private Detective Agency → **$3,000.00**

(5) Cashier's Check, Serial # **005710393** Account # **4861-511350** Dated July 30th, 2020 to ELPS Private Detective Agency → **$4,000.00**

① ⟶ TOTAL: **$14,000.00** CASHED!  $14,000 + COLLECTION FEES ETC!

They Up!? (cashed)   * Please return funds to my checking account if uncollected by ELPS Private Detective Agency!

② * My balance on account(s) Minus $5 k/f (COVID C-19!) IGNORE

③ * Email: FESTUSOKWUDILIOHAN@GMAL.COM
FOR TEXTING & CALLS (907)310-1866 / (860)390-8921
My address is stamped above! Thanks!! FOC

(4) COURT DATES ARE TO SET SOON. PS send me your Investigative Report @ Mar 15, 2022 BY TRACEABLE MAIL — SOONEST / NOW! AND ADD EMAIL TO IT!! PS send by 3/23/2022

Case 3:22-cv-00212-RRB   Document 5   Filed 12/12/22   Page 5 of 13



A total of $14,000

I Refund was offset by mail and as always cashed by th[e] Nigerian gov't Mafia et al[.] Handle w/ max>>> Mutiny collect[ed] all in $trillions then destroy [signature]

$1,000

**CASHIER'S CHECK**

SERIAL #: 0157103204
ACCOUNT #: 4861-511343

0001571    11-24
ffice AU #    1210(8)

nitter:         FESTUS OHAN
chaser:        FESTUS OHAN
rchaser Account: 2058823853
erator I.D.:   alas0343
nding Source:  Electronic Items(s)

***ELPS PRIVATE DETECTIVE AGENCY***

December 27, 2019

AY TO THE ORDER OF

**Three thousand dollars and no cents***

**$3,000.00**

ayee Address:
emo:         RE: CASE

VOID IF OVER US $ 3,000.00

VELLS FARGO BANK, N.A.
500 W BENSON BLVD
NCHORAGE, AK 99503
OR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

**Purchaser Copy**

3004  M4203 90090019

0001571    11-24
Office AU #    1210(8)

mitter:        FESTUS OHAN
chaser:        FESTUS OHAN
chaser Account: 2058823853
erator I.D.:   u712384
ding Source:   Electronic Items(s)

**CASHIER'S CHECK**

SERIAL #: 0157103937
ACCOUNT #: 4861-511350

Y TO THE ORDER OF   ***ELPS PRIVATE DETECTIVE AGENCY***

July 30, 2020

*Four thousand dollars and no cents***

**$4,000.00**

e Address:
o:        LEGAL SANCTIONS

VOID IF OVER US $ 4,000.00

LS FARGO BANK, N.A.
W BENSON BLVD
ORAGE, AK 99503
NQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

**Purchaser Copy**

/19) M4203 00121289

TOTAL AMOUNT TO ELPS PRIVATE
DETECTIVE AGENCY FOR ALL ESPECIALLY



| Site | Paid Date | Serial | Routing | Account | PC | Amount | Sequence # | Capture Source |
|---|---|---|---|---|---|---|---|---|
| VIEWPOINTE | 20191217 | 192 | 12520005 | 2058823853 | 000060 | 5,000.00 | 8114250472 | 00007340 |



Copyright © 2002-06 Wells Fargo & Company. All rights reserved.

(1) I TURNED DOWN THE NOBLE/NOBEL PRICES AT LEAST 3 TIMES BY AGE 6
(2) My MEDICAL DOCTOR CERTIFICATION NUMBER IS MDCN R 56,322/66 1966 at age 10
(3) I AM LISTED IN CALL 56 NBME, FSMB etc DATABASE AND NEVER UNIVERSAL ZONES BEEN QUESTIONED NOR DISCIPLINED.

**ATTENTION: LEGAL DEPARTMENT**

Again, I passed the following USMLE – August 1980 Step 1 (Dominican Republic), March 1981 STEP 2, (Dominican Republic) June 1981 STEP 3(San Diego, California). Passed ECFMG January 1981 (Dominican Republic), and National Medical Boards Part I and II as administered by the ECFMG in February, 1981(Dominican Republic). I sat and passed FLEX in June 1981(Los Angeles, California). Passed the unrestricted licensure exam administered by the ECFMG in July 1981(Los Angeles, California). My raw score for the latter was 58%.

I had 3 board interviews for licensure. The first one was local at Fullerton (California), the Trans ~~Union~~ TRW BLDG. the second one was telephonic from Sacramento, both were summer 1981 and December 1981 I had the last Board Interview in New Jersey, Princeton University Library BLDG (Bodna) opposite Examination Testing Services (ETS). I did very well that they offered me a job. I did not turn them down, I said it depends on what I had to do. They found a way to force me into the process and of taking exams for 14 years to assure medical quality. But meanwhile I must use my own funds made of odd minimum wage jobs and use it to pay them for 14 years. Fall 1981 to fall 1995.

They changed FSMB and ECFMG addresses and the 'C' in ECFMG changed from Council to Commission about January 1982. I was not allowed to practice neither medicine nor surgery, but must live off and do minimum wage jobs. I was told that now I must pass the ECFMG exam but with 'C' as commission not council, I noticed. They used %raw scores for scaled scores without adjustments and when over 75% raw score, they do something-else. Please locate and post these results to me ohanfestus@yahoo.com.

Where are my earnings? My 1st major was electronic engineering where I discovered cell phone, internal combustion jet engines, colored television, etc by 1981. This was to mention but few discoveries. I had no money to develop them, so you do the developments and keep the yields. Interesting, very interesting. Please forward a copy of this note to your legal department. Thanks! Festus Okwudili Ohan SS 555412190, DOB September 20,1955. Dated April 2, 2011.

Festus O. Ohan V. U.S. Medical Boards et al

(1) American Board of Internal Medicine
(November 1981, 1982, 1983 and 1993)
510 Walnut Street, #1700, Philadephia
PA 19106 Ph#(215)446-3590. Ombudsman number:
* DPO #1981-0-353-365-001. Passed November, 1981 Exam. 2502445

2) American Board of Family Physicians (August
1979, 1981, 1982, 1983+). Passed August 1981 Exam and
1648 McGrathina Parkway, #550, Lexington,  unpaid examiner  1979 Published
KY 40511. Ph#(859)269-5626

3) Pennsylvania State Board of medicine, P.O. Box
2649, Harrisburg, PA 17105-2649  or
One Penn Center, 2601 N. 3rd Street, Harrisburg,
PA 17110. Ph#(717)783-1400 fax (717)787-7769
Email: SFMEDICINE@PA.GOV +Local goverment Research
June and Dec 1985-1993. Unpaid examiner

4) National Board of Medical Examiners (NBME)
3750 Market Street, Philadelphia, PA 19104-3202  (#353-365)
Email: webmail@nbme.org Ph#(215)590-9500
(1980, 1981, 1982+ in Medicine and Surgery. Attn: Frank
Passed 1980/81 Tests/Exams. Unpaid examiner  Corbi

5) Federation of State Medical Board (FSMB)
400 Fuller Wiser Road, Euless, TX 76039
Ph#(817)868-4150. Email: FCVS@fsmb.org
(June and December 1981 to 1993). Attn: Deborah Cusson
Passed in 1981. Unpaid examiner

6) Medical Board of California, 2005 Evergreen Street,
#1200, Sacramento, CA 95815-1831
Phone # (916)263-2382 (800)633-2322   fax 916-263-2487
Email: webmaster@mbc.ca.gov Passed June 1981 Ex... unpaid examiner

(7) Examination Council for foreign Medical Graduate — January 1981 + July 1981 — New Jersey Commission " " " " — from 1982
— ECFMG, 3624 Market Street, Philadelphia, PA 19104. Phone # (215) 386-5900 Attn: William Kelly. January 1981 was held in La Romana, Dominican Republic. I passed and certificate was given and lost by California Medical Board. They administered Unrestricted Licensure of NBME to me in July of 1981 — I passed — lost by California Medical Board as well. They made certified copies. #338-338 (C for Council), #338-338-7 (C for Commission) unpaid examiner

-(8) ~~USM~~ United States Medical Licensing Examination (USMLE). 3750 Market Street, Philadelphia PA 19104-3102 Ph # (215) 590-9700. Webmail@nbme.org USMLE@FSMB.org. 1992 to 1994 and PreUSMLE Exams Pass Yet to be paid examiner.

(9) Association of American Medical Colleges (AAMC) 655 K Street NW, #100, Washington D.C., 20001-2399 Ph # (202) 828-0400. amcas@aamc.org, 1979 webmaster@aamc.org. They lost my MCAT ie Medical College Admission Test and MSKP ie Medical Science Knowledge Profile (1980 & 1981). AMCAS case #01186317 Attn: Kendarus. Yet to be paid examiner

10) American Board of Surgery (Sept 1981, 1982, 1983 Passed on first attempt) ~~As~~ an examiner after 1981. 1617 John F. Kennedy Blvd, #860, Phil, PA 19103 Phone # (215) 568-4000. Passed September 1981 Exam. Yet to be paid examiner

1) BOFI Federal Bank, and Netspend, USbank & Greendot ban #140, San Diego, CA 92122. I own the bank.
2) Federal Students Aid (Ombudsman # 2502445. P.O. Box 7655 London, KY 40742-7655 Phone # (8__) 5__-____

FAQs Links　Help　Sign Out

| VR Home | Entity | Application | License | Cash | Exam | Time Tracking | Inspection | Enforcement | Report |

Maintain Cash Batch Header　　Find Cash Receipt　　Miscellaneous Sales　　Change Cash Receipt　　View Accounting Transactions

Domain 800 - Medical Board of California　　　　　　　　　　　　dca-fp-98-r-03　　Logged in as: mbktayl

VR Home > Find Cash Receipt > Maintain Cash Receipts

Client 400 Fiscal Year 2006　Batch # 2006:140328　Source Cash Office　Entered 440　Entered $ 55,200.62

Batch Receipts | Receipt Parties | Receipt Details

### Receipt

Receipt # 40518327　　Dept/Board 400 - RN BOARD　　Replaces Year #

Postmark　　Remittance CHK - Check

Received $ 137.00　　Disposition DEP - Deposit　　Non-Valid ☐　　　　Unassigned $

DLN 159　　Reason　　Notes ☑　　Refund from Unassigned $ 0.00

Created 03/30/2006　　By 2795　　Updated 03/30/2006　　　　By 2795

Add Receipt | Change | Delete | Notes | Notes History | Back | < | >

### Party Details

| Lic Type | Type | File # | License # | Name | Assigned $ | Allocated $ | Actions |
|---|---|---|---|---|---|---|---|
|  | R |  |  | OHAN, FESTUS OKWUDILI |  |  |  |
|  | B |  |  | OHAN, FESTUS OKWUDILI | 32.00 |  |  |
|  | B |  |  | OHAN, FESTUS OKWUDILI | 30.00 |  |  |
|  | B |  |  | OHAN, FESTUS OKWUDILI | 75.00 |  |  |

Add Party

Get Adobe Reader

---

*Handwritten annotations:*

All Global #s

Over $55,200 per week/month was being offset and redirected to accounts owned by the Nigerian Mafia et al since at least fall 1960. This very one was at least from 1981 from the California Medical Board. MY DPO # is 1981-0-353-365-001, NBME # 353365, ECFMG Council Certification # 338338, ECFMG Commission Certif # 338338...

FESTUS O.C
1280 E. 17th
UNIT 121
ANCHORAGE, AK 99501

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT COURT OF ALASKA
FEDERAL BUILDING, U.S. COURTHOUSE
101 12TH AVENUE, ROOM 33
FAIRBANKS
ALASKA 99701-9990

Anchorage POST 99530
WED 07 DEC 2022 PM