# Office DEPOT  OfficeMax
## complimentary fax cover sheet

number of pages including cover sheet: **8**

attention to: COURT OFFICERS
company: (1) U.S. DISTRICT COURT OF ALASKA (2) U.S. TAX COURT
phone #:
fax #: PLEASE KINDLY SCAN/FORWARD TO:
(1) 3:22-CV-00226-SLG
(2) 3:22-CV-00212-RRB & RRB
(3) 3:22-CV-00207-SLG
(4) 3:22-CV-00221-SLG
comments: (5) 3:22-CV-00011-SLG (6) 3:22-CV-00182-JMK
(7) 3:22-CV-00266-JMK (8) 2:09-CV-01977-FSH-PS
(9) FOR TAX COURT, DOCKET NO. 7596-22
(10) THANKS! [signature] December 22, 2022.

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

date: DECEMBER 22, 2022
from: FESTUS O. OHAN MD, JD etc
company: CONSULTANT CONSORTIUM CORPORATION
sender's phone #: (360) 390-8921
sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
|  |  |  |
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service international per page

$3.99  2064240

**RECEIVED**
DEC 27 2022
Clerk, U.S. District Court
Fairbanks, AK

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

Case 3:22-cv-00212-RRB   Document 6   Filed 12/28/22   Page 1 of 8

Rev 10/20



# United States Tax Court
Washington, DC 20217

FESTUS O. OHAN,
    Petitioner

v.

COMMISSIONER OF INTERNAL REVENUE,
    Respondent

Docket No. 7596-22

## ORDER

On December 8, 2022, respondent filed a Motion To Dismiss for Lack of Jurisdiction as to certain portions of the petition. Upon due consideration, it is

ORDERED that, on or before January 4, 2023, petitioner shall file an Objection, if any, to the above-described motion to dismiss as to certain portions of the petition. Failure to comply with this Order may result in the granting of that motion to dismiss.

The Court encourages all litigants to register for DAWSON (Docket Access Within a Secure Online Network), the U.S. Tax Court's electronic filing and case management system. By registering, litigants may electronically file and view documents in their Tax Court case. If you currently file in paper or receive paper service from the Court, you are encouraged to register for DAWSON by sending an email request to dawson.support@ustaxcourt.gov.

                                        **(Signed) Kathleen Kerrigan**
                                              **Chief Judge**

On the issue of jurisdiction, aside from the deficiency judgements that will come latter, venue and jurisdictions are proper for I do not go to Court, ~~too for~~ Courts come to me upon my inviting them. In addition to cited on prior writings on jurisdictions, the following must be included:

(1) I am medically treated in Alaska.
(2) My security and safety concerns.
(3) Alaska has jurisdition over complaints at this time.
(4) Writ jurisdiction and arbitration clause.
(5) Diversity jurisdiction exist.
(6) U.S. used others for Aborminable Acts.
(7) U.S. Committed Genocides and fradulently take properties ~~(8) I was phys~~
(8) I was physically injured by U.S. et al.
(9) I was locked up in a California jail for 5 months and other lock-ups ~~for no app.~~ and released on the streets for no apperent reasons.
(10) I was physically mutilated and very seriously injured with a skateboard as I was openning the door to my appartment in San Bernadino. Authorities were notified before and after the ~~assult~~ deadly assults and they did absolutely nothing.
(11) I am a citizen of the entire Universe and a citizen of Alaska -- "The last/final frontier".
(12) I was grossly injured in West Africa by the so called Nigerians, in California and in New Jersey by police officers and the tugs that they hired in New Jersey prison where they secretely placed after they forged medical reports.
(13) Qui Tam — My separated family was a government of its own.
(14) My family do not pay taxes. Taxes can not be paid by victims of manlike creations and never to humans! Only criminals involved must pay taxes accordingly to contain their crimes. What the do; what they did? And what they should have done? What they know? What they knew? And what they should have known?
(15) My usable money must be released to me quickly and IRS will and

[RAW!]

On California Governor — Dukemejan
ie Duke me janu = Dukes go into hidding
Now its Dukemeputan—u = Dukes make your presence known.
Per Wilson Churchhill Vs Wilson Woodrole
"Never in the history of mankind has so much to so many to so few".
Now it's Never in the history of mankind has so few to so many to so much. Alot are living underground and as always isolated islands etc.
You have created all these ~~206~~ > 234 Billions alive mankikes to sit on the land/properties for you, now that ~~it's~~ it has all failed, what are you going to do with them? All about you are abominable and as always, you are very very bad.

As I have told you, reminiscence of all possibilities, you will and must vanquish/leave/vacate-- the World/ Earth Now! Absolutely no dangers left behind and you are not to create any trouble nor make problems where you came from/home! You will and must searve/complete all penalties. You came to the world empty handed and empty handed you must leave!! Your abominable behavior must extinct. You will and must do as instructed now before it gets too late. Move/leave now damn it! For GOD's sake leave now!!
Your Weapons were made after me. You have nothing (passed through the body including bones with ease) for weapons like nutroneum were developed about May/June 1978 when I was published as the Worlds best in ~~Physics~~ Physics World Class Physics journal. Give up it is a complete hopeless situation. And in Medicine ~~Septe~~ mber 1979 special edition.. You cannot fight what you can not see. When two opposing forces collide, the resultant of the forces goes towards the direction of that with greater force. Your chance for otherwise does not exist.

* The Core of you Industrial Revolution was Human Creation
* Country groups like Nigeria will and must drain all lagoons, rivers and water ways that they used foreign trash to fill. I brought Heavy equipment Caterpillars from the United States to drain them but to no availeg Swamp street — Mba road — Marina ~~street~~ ~~went~~ I distributed citations that closed the Nigerian municipal court ~~in part~~ ~~that~~ ~~keep~~ ~~clear~~ ~~of~~ the historic land that I saved from dumping, yet to no avail. They are selling land outright

Case 3:22-cv-00212-RRB Document 6 Filed 12/28/22 Page 4 of 8

Blacks/negroes were last to be distributed in Africa and distribution is now made through the military — "Military redistributions centers" like the one around "Charity Hospital" Oshodi, Lagos, Nigeria. They are redistributed by military as they arrive. I was in all the continents and achieved and saw all first arrivals who took my personels. Blacks were one of the last group to arrive in Africa and they are still arriving.

Aside from complete evacuation of mankind from the world and all acquired lands, the GODS and Lords will and must shot down all factories of human/manlike creations and drattiscally reduce their reproductive rates. This is urgent and must be immediate and absolutely their orders of "give us liberty or give us death" must not be tolerated. At least such liberty will and must not predominate in any way shape or form. The Abominable behaviors of createds and their owners will and must extinct immediately. And NOW! All judgements plus prejudged and adjudged of crimes must be paid and so rendered. Biblically, you were told that towards in the end, a Jesus will rise up to judge the living and the dead, I was concieved at Christmas or December 25th of of 1954 and delivered on September equinox of 1955 by your most Royals. The word "Jesus" is only a title and "Festus" means a judge in one as agreed of the ancient the people token languages. I was given "Festus John Okwudili Ohanu" in Bethelhem by your highest Judges and we separated until "Woodside Hospital" in England in February of 1994 when I separately met them and those of your World Court. Although a little child then, I looked far older than all of them in February of 1994. It was the World Court Judges that escorted me to West Africa where I remained until February 1976, when I returned came to America. And again February of 2016. 73. My presentations to the National Boards are in February and 1/2 in June. My body and all opportunity costs (the real cost of everything) must be reconditioned. I worked as a physician in Cardigan ward of Woodside Hospital, at childhood — 4-5 years of age. They took a scan of my brain at Middle Sex Hospital to detect my implanted electronic electrode implant — that's why I did not leave with them. They returned, declarations of Bethlehem to Those of "World Court" celebrated my 5th and 6th birthdays with me on a ship and on a train from North to South of West Africa 1961 1/4, Independence of Africa

Blacks/negroes were last to be distributed in Africa and distribution is now made through the military — "Military redistributions Centers" like the one around "Charity Hospital" Oshodi, Lagos, Nigeria. They are redistributed by military as they arrive. I was in all the Continents and archived saw all first arrivals who took my personels. Blacks were one of the last group to arrive in Africa and they are still arriving.

Aside from complete evacuation of mankind from the world and all acquired lands, the GODS and Lords will and must shot down all factories of human/manlike creations and drattiscally reduce their reproductive rates. This is urgent and must be immediate and absolutely their orders of "give us liberty or give us death" must not be tolerated. At least such liberty will and must not predominate in any way shape or form. The abominable behaviors of createds and their owners will and must extinct immediately. And Now! All judgements plus prejudged and adjudged of crimes must be paid and so rendered. Biblically, you were told that towards in the end, a Jesus will rise up to judge the living and the dead, I was concieved at Christmas or December 25th of 1954 and delivered on September equinox of 1955 by your most Royals. The word "Jesus" is only a title and "Festus" means a judge in one as agreed of the ancient languages the People when. I was given "Festus John Okwudili Ohanu" in Bethelhem by your highest Judges and we separated until "Woodside Hospital", Erastern in February of 1994 when I separately met them and those of your World Court. Although a little child then, I looked far older than all of them in February of 1994. It was the World Court Judges that escorted me to West Africa where I remained until February 1976, when I returned came to America. And again February of 2016. My presentations to the National Boards are in February and 1/2 in June. My body and all opportunity costs (the real cost of everything) must be reconditioned. I worked as a physician in Cardigan ward of Woodside Hospital, Ereastern at childhood ~ 4-5 years of age. They took a scan of my brain at Middle Sex Hospital to detect my implanted electronic electrode implant — that's why I did not leave with them! They returned Those of "World Court" celebrated my 5th and 6th birthdays with me on a ship and declarations on a train from North to South of West Africa 1961 b/4 Independence. After Bethlehem to were exchange



Major: Health Care Management

The Trustees of The California State University

On recommendation of the faculty have conferred upon

**Denise Camilla Otey**

the degree of

**Master of Public Administration**

With All Rights and Privileges Pertaining Thereto.

Given at Carson, California, the thirty-fifth day of March, nineteen hundred and eighty-five.

*George Deukmejian*
Governor of California and President of the Trustees

*W. Ann Reynolds*
Chancellor of the California State University

*Guy T. Bruglio*
Chairman of the Board of Trustees

*Richard Butwell*
President of the University

