# Office DEPOT OfficeMax
## complimentary fax cover sheet

RECEIVED
JAN 04 2023
Clerk, U.S. District Court
Fairbanks, AK

number of pages including cover sheet: 28

attention to: CLERK OF COURT  date: 12/15/2022

company: THE U.S. DISTRICT COURT-ALASKA  from: FESTUS OHAN MD, JD ETC.

phone #: ___  company: CONSULTANT CONSORTIUM CORPORATION

fax #: ___  sender's phone #: (360) 390-8921

sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: PLEASE KINDLY DISTRIBUTE TO (1) 3:22-CV-00266-JMK, (2) 3:22-CV-0182-JMK (3) 3:22-CV-SLG (4) 3:22-CV-00011-SLG (5) 3:22-CV-00207-SLG (6) 3:22-CV-00212-RRB (7) 3:22-CV-00226-SLG (8) THANKS!

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
|  |  |  |
| $1.55  2065527 | $1.89  833071 | $4.99  833191 |

self service international per page



$3.99  2064240

depot|max store ####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

**Office DEPOT OfficeMax**

Rev 05/22



*Handwritten at top:* FALSE: PATENTS (+ SURGICAL TECHNIQUES) ONLY PRIOR ACHIEVEMENTS PRECEED!

## Presidencia de la República Dominicana
Santo Domingo, Distrito Nacional

### CONSEJO NACIONAL DE EDUCACION SUPERIOR
### (C O N E S)

EL CONSEJO NACIONAL DE EDUCACION SUPERIOR (CONES), EN VIRTUD DEL DECRETO NO. 1771, DE FECHA SEIS (6) DEL MES DE FEBRERO DEL MIL NOVECIENTO OCHENTA Y CUATRO (1984), DEL PODER EJECUTIVO. EXPIDE LA PRESENTE CERTIFICACION DE LOS ESTUDIOS REALIZADOS POR EL ESTUDIANTE CONSIGNADO EN LA CLAUSURADA UNIVERSIDAD INTERNACIONAL EUGENIO MARIA DE HOSTOS (UNIREMHOS).

*Handwritten right margin:* As always, they requested that the procedure be redone after they offset (tod) the return of (with traceable mail) my submitted docs, then they attached all their credentials to be completed along with... Van a... COMPLETED WBM by pela SCR# #35836-000 at this time!

**RECORD ACADEMICO**

| APELLIDOS | NOMBRES | MATRICULA NO. |
|---|---|---|
| OHAN | FESTUS OKWUDILI | 81-0001 |

| CEDULA O PASAPORTE | NACIONALIDAD | LUGAR DE NACIMIENTO | FECHA DE NACIMIENTO |
|---|---|---|---|
| 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 | EE.UU | LAGOS NIGERIA | SEPT. 20 1955 |

| INSTITUCION DE PROCEDENCIA | | | |
|---|---|---|---|

| FACULTAD O ESCUELA | CARRERA | | FECHA DE INGRESO |
|---|---|---|---|
| CIENCIAS MEDICAS | MEDICINA | | ENERO 1981 |

| FECHA DE GRADUACION | TITULO OTORGADO | | |
|---|---|---|---|
| 7 OCTUBRE 1983 | DR. EN MEDICINA | | |

### ASIGNATURAS

| | CRS | CAL | LIT | PUN |
|---|---|---|---|---|
| **PRIMER SEMESTRE ENERO 1981.** | | | | |
| MD-101 Anatomy I | 8 | 76 | C | 2.0 |
| MD-102 Histology | 6 | 87 | B | 3.0 |
| MD-103 Embryology | 4 | 85 | B | 3.0 |
| MD-104 Prev. Med. I | 3 | 80 | B | 3.0 |
| MD-105 Med. Psych. I | 3 | 71 | C | 2.0 |
| INDICE SEMESTRE = 2.5      TOTALES = | 26 | | | |
| **SEGUNDO SEMESTRE MAYO 1981.** | | | | |
| MD-201 Anatomy II | 8 | 90 | A | 4.0 |
| MD-202 Biochemitry | 8 | 70 | C | 2.0 |
| MD-203 Semiology | 6 | 84 | B | 3.0 |
| MD-204 Physiology | 8 | 72 | C | 2.0 |
| INDICE SEMESTRE = 3.26      TOTALES = | 30 | | | |
| **TERCER SEMESTRE SEPT. 1981.** | | | | |
| MD-302 Microbiology | 8 | 70 | C | 2.0 |
| MD-301 Neuroanatomy | 6 | 83 | B | 3.0 |
| MD-303 Parasitology | 3 | 84 | B | 3.0 |
| MD-304 Infectious | 5 | 90 | A | 4.0 |
| MD-305 Mde. Psych. II | 3 | 71 | C | 2.0 |
| INDICE SEMESTRE = 2.76      TOTALES = | 25 | | | |
| **CUARTO SEMESTRE ENERO 1982.** | | | | |
| MD-401 Phatology | 8 | 81 | B | 3.0 |
| MD-402 Pharmacology | 8 | 85 | B | 3.0 |
| MD-403 Epidemiology | 3 | 92 | A | 4.0 |

Nada escrito debajo de esta lineas
Nada escrito debajo de esta lineas
Nada escrito debajo de esta lineas
Nada escrito debajo de esta li...

| ASIGNATURAS | CRS | CAL | LIT | PUN |
|---|---|---|---|---|
| CUARTO SEMESTRE (continuación). | | | | |
| MD-404 Psychyatry | 4 | 80 | B | 3.0 |
| INDICE SEMESTRE = 3.3 | | | | |
| QUINTO SEMESTRE MAYO I982. | | | | |
| MD-501 Pathophysiology | 6 | 86 | B | 3.0 |
| MD-502 Gastroenterology | 5 | 80 | B | 3.0 |
| MD-503 Cardiology | 5 | 80 | B | 3.0 |
| MD-504 Pneumology | 3 | 80 | B | 3.0 |
| MD-505 Hematology | 3 | 80 | B | 3.0 |
| MD-506 Neurology | 3 | 80 | B | 3.0 |
| MD-507 Endocrinology | 3 | 80 | B | 3.0 |
| INDICE SEMESTRE = 3.0 | | | | |
| TOTALES | 26 | | | |
| SEXTO SEMESTRE SEPT. 1982. | | | | |
| MD-601 Gyn Obs. | 16 | 83 | C | 2.0 |
| MD-602 Ortho Rheuma | 5 | 80 | B | 3.0 |
| MD-603 Urology | 3 | 84 | B | 3.0 |
| MD-604 Dermatology | 3 | 79 | C | 2.0 |
| MD-605 Opht/Otorrin. | 3 | 76 | C | 2.0 |
| INDICE SEMESTRE = 2.76 | | | | |
| TOTALES | 26 | | | |
| SEPTIMO SEMESTRE ENERO 1983. | | | | |
| MD-701 Pediatrics | 16 | 70 | C | 2.0 |
| MD-702 Dariology | 4 | 96 | A | 4.0 |
| MD-703 Cardio Surg. | 5 | 95 | A | 4.0 |
| INDICE SEMESTRE = 2.72 | | | | |
| TOTALES | 25 | | | |
| OCTAVO SEMESTRE MAYO 1983. | | | | |
| MD-801 Clinc. Surg. | 5 | 91 | A | 4.0 |
| MD-802 Surgical Tech | 5 | 90 | A | 4.0 |
| MD-803 Surgical Path. | 5 | 90 | A | 4.0 |
| MD-804 Med. Emergencies | 10 | 77 | C | 2.0 |
| INDICE SEMESTRE = 3.2   ACUMULADO=2.96 | | | | |
| TOTALES | 25 | | | |

Nada escrito debajo de esta linea
Nada escrito debajo de esta linea
Nada escrito debajo de esta linea
Nada escrito debajo de esta linea

*[Handwritten notes:]*
Jan 1981 – May 1981
8, 6 months of 100 hrs/week
= 365.25 ÷ 7 = 52.178 — plus Rentives
= 5218 clock hours per year X > 2⁺ for Domicilary accounts + Rentives
X 4 years = 20871.43 clock hours!

Equivalencia de Calificaciones:

| | | | |
|---|---|---|---|
| 90% | + | A | 4.0 |
| 80% | 89% | B | 3.0 |
| 70% | 79% | C | 2.0 |
| 60% | 69% | D | 1.0 |
| 59% | – | F | 0.0 |

CONSEJO NAC[IONAL] DE [EDUCACION]
LIC. RAMON MOREL FELIX
Encargado del Depto. de Documentos ACADEMICO
CONSEJO NACIONAL EDUCACION SUPERIOR (CONES)
FECHA DE EXPEDICION DOCUMENTO ACA



*Violeta Ricart-Nouel*

INTERPRETE JUDICIAL
SANTO DOMINGO, DISTRITO NACIONAL, R.D.

Translation No. 83-10, 375

I, Violeta Ricart-Nouel, Judicial Interpreter of the Court of First Instance of Santo Domingo, National District, C E R T I F Y: That I have translated a document written originally in Spanish, and that the following English version is correct and true to the best of my knowledge and beliefs.

UNIVERSIDAD INTERNACIONAL EUGENIO MARIA DE HOSTOS
UNIREMHOS
Founded on the 14th June, 1978
Decree No. 3436

The Universitary Board, in virtue of the existing legal dispositions,

WHEREAS  FESTUS OKWUDILI OHAN  has completed his studies at the Faculty of Health Sciences, School of Medicine of this University and has passed the corresponding exams,

THEREFORE has decided to award this Diploma of

DOCTOR OF MEDICINE

AND in testimony whereof, this Diploma is signed and sealed in Santo Domingo, National District, Dominican Republic, today the 7th of October 1983.

(Sgd)  Braulio Echavarria
       President
       Board of Directors

(Sgd)  Dra. L. Perez
       Dean

(Sgd)  (Illegible)
       Rector

(Registered under reference No. MD-002, Folio 3 of the Book of Diplomas).

------------------THE PRESENT is a true and correct English translation of the original document in Spanish, nothing was omitted, being issued on demand of an interested party in Santo Domingo, National District, Capital of the Dominican Republic, today, the 15th of October 1983.

Internal Revenue Stamps.
Nos. 5633600
Values: RD$1.00/RD$0.25
Cancelled: 10-15-83

Violeta Ricart-Nouel
Judicial Interpreter



## OFFICE OF THE GOVERNOR

May 12, 2005

Mr. Festus Ohan
18727 Malden Street
Northridge, California 91324

Dear Mr. Ohan,

Thank you for taking the time to write my office to share your proposals on education.

California continues to thrive because of the involvement and commitment of its people, and I appreciate the suggestions of individuals like you who understand that our children are our future leaders.

Again, thank you for taking the time to write my office. By working together, we can achieve excellence in our Golden State.

Sincerely,

*Arnold Schwarzenegger*

Arnold Schwarzenegger

+ One from President George W. Bush

and + One from Secretary Elizabeth Dole as Republi Party Chairperson!



JUVENILE DEPARTMENTS
# The Superior Court
16350 FILBERT STREET
SYLMAR, CALIFORNIA 91342
CHAMBERS OF
MORTON ROCHMAN, JUDGE

TELEPHONE
(818) ###-####

May 17, 2004

To whom it may concern:

RE: **FESTUS OHAN**

I am pleased to comment on the outstanding performance of Mr. Festus Ohan as a Deputy Probation Officer for the County of Los Angeles.

Mr. Ohan was the Probation Officer at Monroe High School supervising the "WITT" Program which kept children in school where there were family and social problems.

Mr. Ohan performed his duties in an outstanding manner, and greatly assisted needy children in continuing their high school work.

Mr. Ohan has shown leadership skills and he is a man of high moral character.

Very truly yours,

Morton Rochman

MR:sk

FROM: Dr. FESTUS O. OHAN MD, JD etc  DITTO

Remigius Onwuzurike, (Although 100% of my Estate goes to my Biological Parents - can not be used for their funerals or donations used to better themselves)

As you have noticed, your calls are neither answered nor returned. Exactly what I want you to do is — cease and desist from furthering your attempts to communicate with me. Just like Umunakwe Youths Age Group told you in 1981 and 1988, we are completely unrelated and there are absolutely no sacrament between us. Because you had never worked in the United States and your parent lived in severe abject poverty with your father Gabriel marrying many wives and having many children wide, I trained you to equivalent of 3 masters degree and employed you to handle my General Mercantile business in West Africa. With the help of Euginia, your wife, you changed the business to your name in Abuja — "Remco Empire limited" and failed to give me a summary of the business when I asked but instead you did your best to kill and destroy me on several occasions and using my money to do so. You used my money to purchase 100 acres of land located adjacent to my 300 acres in Ogun State of Nigeria with maximum intentions to own and acquire all just like you did in the village of Isiekenesi and giving a portion to Catholic parish of St. Anthony.

I sponsored you at doing several odd jobs at minimum wages and (paying) the highest foreign student tuition fees. Because I had 4 law firms working to keep you in the United States until you finished your studies. Since you were placed on repatriation proceedings. They suggested that evidence must be shown that you are being sponsored by your father Gabriel and a remittance must be clearly shown. I worked round the clock in 1979 and remitted about $16,000. The cheque/check came and you cashed it to purchase a brand new Camaro sports coup for cash and hidding it in the house were a Titus Onuoha lived despite the fact that I left you with 3 cars. I went through had times in the Dominican Republic where I went for 13 months to cool off as you and Chimezie

Case 3:22-cv-00212-RRB  Document 7  Filed 01/04/23  Page 7 of 11

of medical credentials and licensures as well as other credentials in multiple fields of thought — the same thing that your family did.

Gabriel, your father and Ejiaga Nwachukwu jumped into a train that I captained to carry treasures from Lagos to Medugry, in Northern Nigeria. The train had sharp shooters as police. I stopped them from shooting down your father and Ejiaga and told them to drop them off at Lokoja ~~train~~ rail junction and they did exactly as I instructed them to do. They wanted to be shot down, Rosaline your mother was about to deliver you and ~~Aohe~~ had job. They had arranged to cause comotion if killed. Upon returning from Medugry, Gabriel et al acquired all my belongings and threw me to the streets as you tried to do in Festac Town. I built and own swamp properties that you sold as well as others that include but not limited to the ones on Oyotoro street, Yaba, Lagos, Niger Area or Nigeria.

Gabriel stole the initial money that I made in business in 1986 and it's well noted by the California Controller — Gray Davis office and Treasury. It was first $200,000 then he stole more from the money made to build my house in the village — Nwabosi. He probably used the money for ~~Okw~~ the 2 Okwele buildings that became Okwele Holdings like Niger Electric Ports Authority or NEPA Holdings that you gave to Umuahobe or your so called mother's family that killed and eat a herbalist called Akano Oloha, the 2 houses (Matilda and Rosaline) and number 5 Apeno + number 26 Olamide in Ajegunle, Apapa, Lagos that were given to Uchenna whose biological father was Uche, Mmezi couple Onyewuche's assigned son's classmate at an evening secondary school in Lagos. Gabriel had no other biological children after your birth.

Just like you and your case, I was forced to educate and train Rose Ngozi Emegwa and I was told that it came from Vatican and that I will be repaid several times. The money came but your Reference ~~Paul Maduike Ezeka~~ and others

used the money to educate themselves. Rose Ngozi Emegwa must provide a marriage certificate certificate showing that I signed to prove that I actually married her. Aside from being a created like you all, she is short and not fine. The Church wedding was scheduled at 10 Am and I cancelled it without showing up. There were no traditional wedding the night it was scheduled because I sent her brother home to tell the family that I was not a marrying type. I re-paid her broth younger brother the money that he spent on a camera and some films upon demand. I told him to keed those products. There was to be trouble so Reverend father Onwujiariri invited me to be present at the 8Am Wedding scheduled for a member of Rose Emegwa's cousin. I told them that I would be there only on condition that the Rose Emegwa's family were fobidden to come — and so it happened. How can she get married in the Village where her family resides with no member of her family in any Pictures nor videos? The house that they lived was the same house for Rosaline Gabriel lived in early sixties. There were 3 different males that pregnanted Rose N. Emegwa and that are the biological fathers for the 3 children of Rose that I raised and educated. If I am fertile, the only child offspring of her's to be was the one that was aborted in the Bay Area of San Fransisco in 1981. I have absolutely no children offsprings with Rose Ngozi Emegwa not to mention Ada and Judith when I wasn't having sexual relationship with Rose. Rose had a 10 year Intra Uterian Device (IUD) that she removes whenever she decides to get pregnant. The device itself cost me $1,500.00.

Just like you Remigius, Rose had only Primary 4 education and all her documents/credentials from Nigeria were cooked/

Take a loan from your bank if you have to. You must refund all my money at at least Present/Current Value and take all documents like for business and Real Properties and hand them over to the Governor of Nigerian Central Bank. Keep copies of all receipts. When that is done, immediately return to your owners. They will help you clear all debts and Penalties (Sins of Parents). For sufferings will remain for at least 300 years for the Children/Offsprings of criminals like Gabriel and Rosaline and their descendants. Like I told your wife Euginia, only your owners can understand the extent of your crimes and only then can understand your exact share of all Judgements/Adjudgements and Penalties/Punitive measures. Remember what you said on my telephone in my apartment that you loved, ("Ewu ojo aha unu na egbu owu mu chi umu ya") meaning that you have the offsprings of the rabbit that they were digging. Scan my documents and credentials to FESTUSOKWUDILIOHAN@GMAIL.COM and give the original and other copies to the Governor of your Central Bank. Rosa, a nurse and the owner of Rosaline stole me from my Parents palace but I was later recovered and bombarded with training for a short time by my Parents before we separated.

My family trained me in lots of fields. Gabriel, Ruben et al burglarized my home in Victoria Island drove me away (took the Property) and stole all my possessions including licenses and diplomas during spring of 1961. They continued in Oyoturo (my new home after their so called Independence on October 1st 1961. With sterings adjusted, I could drive cars, conduct trains/ships and fly planes. All before my 6th birthday. I separated from my parents & family night before my 6th birthday and I had been trained. My Medical Doctor Certification Number is MDCN R56,322/66 — ie 1966 this was my last one and Nigeria/West Africa has records all 56 global zones. I never received a cent after I landed/came on so to studdy with me before Nigerian civil war. Rem. Gabriel used mosquito filled syringes to inject me 3 times, 1st in my public Laterine, product in my left leg, 2nd in my R knee and 3rd near my groins L. They were connected to Joe Onyenuche till 1981 + Collins Ejiogu.

. OHAN MD, JDetc
7th AVENUE,
.GE, AK 99502, US

**RECEIVED**

JAN 04 2023

Clerk, U.S. District Court
Fairbanks, AK



TO: CLERK OF COURT
UNITED STATES DISTRICT COURT - ALASKA
FEDERAL BLDG, U.S. COURTHOUSE
101   12TH AVENUE, ROOM 332
FAIRBANKS
ALASKA  99701