# Office DEPOT OfficeMax
## complimentary fax cover sheet

**RECEIVED JAN 06 2023** — Clerk, U.S. District Court, Fairbanks, AK

number of pages including cover sheet: 2

attention to: MARY M. — DIRECTOR WHO IS WHO IN AMERICA

company: (1) U.S. DISTRICT COURT, AK — (1) COURT OF COURT — USDC

phone #: (908) 673-0100 EXTENTION: 1295

fax #: ___

FESTUS O. OHAN MD, JD etc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501 US

date: (1) JANUARY 2nd, 2023

from: DR. FESTUS OHAN

company: CONSULTANT CONSORTIUM CORPORATION

sender's phone #: (360) 390-8921, (907) 310-1866

sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: (1) AS A CHILD, I ATTENDED AN INSTITUTE THAT NO LONGER EXIST IN THE OLD ROME NOW ROMANIA FOR MEDICINE, LETRES AND PHYSICS. (2) 1977 COMPLETED LICENSURE ON INSTITUTION BY UCLA MONITORED BY THE STATE OF CALIFORNIA. (3) SUMMER 1976 COMPLETED LAW AND ORDER — U.S. SCHOOL OF LAW ENFORCEMENT (4) IN 1979, INCOMPLETE FOR MBA/JD BUT COMPLETED BA BIOLOGY CSDH/SOUTHWEST LAW SCHOOL. (5) PICKED UP MD DEGREE FROM UNIVERSIDAD INTERNACIONAL EUGENIO MARIA DE HOSTOS AND LICENSED BY THE DOMINICAN REPUBLIC. PREVIOUSLY LICENSED IN CALIFORNIA — FULL, PERMANENT AND UNRESTRICTED LICENSURE — NATIONAL BOARD OF MEDICAL EXAMINERS NUMBER 353 365 WITH ~~DEA~~ DPO NUMBER 1981 ~~353~~ 353-365-001. (PS SEE ATTACHED)

1985 — CALIFORNIA STATE UNIVERSITY DOMINGUEZ HILLS FOR MPA — EARNED DEAN'S AWARD FOR ALPHA ALPHA AND MPH FROM LOMA LINDA UNIVERSITY FOR SUPERIOR ACADEMIC ACHIEVEMENT. AWARD FROM CAPIA AND CALIFORNIA PROBATION, PRISON, CORRECTION AND INSTITUTION ASSOCIATION IN 2003. YEARLY AWARDS FROM YSS (YOUTHS SERVICES OF CALIFORNIA STATE UNIVERSITY NORTHRIDGE) AND THE LOS ANGELES COUNTY SUPERVISORS/PROBATION DEPARTMENT FOR ABOVE AND BEYOND EXCELLENCE PERFORMANCE ...

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service international per page
$3.99  2064240

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993  f: 907.562.2668
ods00646cpc@officedepot.com

Rev 10/20

→ My California Bar Number is 114445 local LAB114445, DOJ number is 569460 Legal Examiner number XXX-XX-2190-001 local NH, Judicial Examiners Tall 56 zones, number M09-904586-001 local Iowa.

/sole operator

I am the sole owner, and president of Consultant Consortium Corporation now managed by the California Franchise Tax Board. I go by the name assigned by Global Courts in 1960 in Isreal — Festus John Okwudili Ohan(nu) ie Festus = Judge, Okwudili = As agreed and Ohanu = Public to hear. I have singlehandedly submitted all to the Federal and Royal Court of Justice with U.S. District case numbers;
(1) 3:22-CV-00226-SLG  (2) 3:22-CV-00212-RRB  2/2
(3) 3:22-CV-00207-SLG  (4) 3:22-CV-00221-SLG
(5) 3:22-CV-00011-SLG  (6) 3:22-CV-00182-JMK
(7) 3:22-CV-00266-JMK  (8) 2:09-CV-01977-FSH-PS
These cases will finalized liabilities and on Genocides and property damages/acquisitions and actual owners. I refused the Noble Prize three times as a child.

I was born in an old palace in Old Rome now in Romania, abducted by my nurse at age 3 months, returned after a year and massively trained in institutes by my parents. At age 4½, I could manage patients, with mechanical adjustments, conduct trains, ships, cars and fly planes as well as teach and repairing them. At age 10, my Medical Doctor certification number is MDCNR 56,322/66 — 1966 all 56 zones. I have missed my parents and family since and now through Ancestry, contacted my second cousin in Russia (Una-ware).

Although unmarried and with no children of my own, I initiated the "WIN Program" and gifted programs where in 9 year olds on my program were admitted to PhD and MD PhD programs in accredited universities like UCLA as seen on the Television. I did a lot in Criminal Justice and the right owner of all black uniforms used by law enforcements globally.

I became an Institution in Summer of 1977 and Published as the uppermost in Astrophysics May/June 1978 and in September 1979 in Health by a Special Edition. My National Board of Medical Examiner's number is 353365 with a DPO number of 1981-0-353-365-001 and the ECFMG Council certified me as Number 338338. I was forced to train children of createds especially as gifted and I raised 3 on my own. One is now a Neuroscientist and a Physician Neurology from top programs (Under Festus Guzo Ohan). I am acknowledged by President W. Bush, Chairperson Elizabeth Dole, Superior Courts of California and Governor Arnold Schwarzenegger. Thanks for recognizing me even when all about me are sealed by courts and I am dying. At 100%, my Estate goes to... alive. This is the truth and nothing more! I am injured, damaged and denatured!! Do the right thing!!!

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US



ALASKAN FRONTIER

RECEIVED
JAN 06 2023
Clerk, U.S. District Court
Fairbanks, AK

TO: CLERK OF COURT
U.S. DISTRICT COURT OF ALK
FEDERAL BLDG, U.S. COURTHOU
101 12TH AVENUE, ROOM 332
FAIRBANKS
AK 99701