(1)

RECEIVED
JAN 20 2023
Clerk, U.S. District Court
Fairbanks, AK

# Office DEPOT OfficeMax

## complimentary fax cover sheet

DOJ #569460
DPO# 1980-353-365-001, Legal(Examine #XXX XX 2090-001
JUDICIAL# M09-G0458-001 Bar, #1144445 Local LAB1144445
NBME #353365 ETC

number of pages including cover sheet: __20__

attention to: CLERK OF COURT

date: JANUARY 16th, 2023

company: U.S. DISTRICT COURT, ALASKA

from: DR. FESTUS OHAN

phone #: _____

company: CONSULTANT CONSORTIUM CORPORATION

fax #: _____

sender's phone #: (360) 390-8921

sender's email: FESTUSOKWUDILIOHAN @ GMAIL. COM

CASE #S

comments: PLEASE KINDLY MAILTO :(1) 3:22-CV-00226-SLG

(2) 3:22-CV-00212-RRB (3) 3:22-CV-00207-SLG

(4) 3:22-CV-00221-SLG (5) 3:22-CV-00011-SLG

(6) 3:22-CV-00182-JMK (7) 3:22-CV-00266-JMK

(8) 2:09-CV-01977-FSH-PS, THANKS!

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service
international per page

$3.99  2064240

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

Office DEPOT OfficeMax

Rev 10/20

2

SUMMARY

NEVER IN THE HISTORY OF HUMAN/MAN CONFLICTS HAD SO FEW TO SO MANY TO SO MUCH + FACTORY CREATIONS OF MANLIKES AND MASSIVE REPRODUCTIVE FUCKINGS. ALL ARE DELIVERING UP TO 65 OFFSPRINGS - HISPANICS AND EASTERN EUROPE (GUINESS WORLD RECORD)

There were absolutely no blacks in Africa before April 1961. They came in and demonstrated and started declaring their so called Independence as multitude with massive Procreations. There were 3 major groups, Kuru — black, Crushevs — White and Papua — Asian/Islanders. (eg Guinea group) most Kurus stayed in subsahara, most Crushevs went to Europe and Papua to Asia. Many from all 3 groups went to America. They demonstrated, killed and eat up inhabitance and declared Independence from their owners. Along with their owners, they cooked up history and take over media and Properties. They were created in isolated islands, thought languages and massed as multitudes to all lands. I physically caught them in action in different Island and heard their meetings at conferences held after midnights in hidden locations. They were "pricking" important Naturals for assassinations and setting up coups and coup deters. They never saw me watching them. Read your medical history books on the 3 groups. They exhibited many revolutions and movements eg the Zionic movement and the French Revolution. They came in naked and hungry. They said to their owners — "Give us liberty to do as we are pleased or give us death". Products from different creation factories can be read in your books on genetics (chromosomes-autosomes and numbers, genetic diseases, outlooks — genotypical and phenotypical etc) and are of different outlook and backgrounds.

MY JOB HAS BEEN COMPLETED AND I AM STILL SWALLOWING THE BITTER PILLS! EVEN AS THE ONLY SON OF MY FATHER, I AM AT 67 UNMARRIED, NO CHILDREN OF MY OWN SET AT POVERTY DESPITE MY PERSONAL UNLIMITED WEALTH — BADLY INJURED DAMAGED AND DENATURED FROM CHILDHOOD (1963,1984,1995) SACRIFICED NATURAL ANIMALS ETC 3Times LIVING AND THE DEAD. BURIED IN FRUIT OF 3 TRIBAL RACE...ORIGINAL COCONUT TREE, MODERN THE ORIGINAL CALABASH TREE AND ON RED SOIL. WORE ALL BLACK CLOTHINGS ETC. TOOK DECADES!

Case 3:22-cv-00212-RRB  Document 9  Filed 01/20/23  Page 2 of 21

FESTUS O. OHAN

My numbers:

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99508, US

) DJ #569460-001, (2) DPO# 1981-0-353-365-001
BAR # LAB 114445-001 (4) ECFMG/USMLE
# 0-338-338-7 (5) Judicial: # MO9-G04586-001 (Iowa)
) Examination Council for Foreign Medical Graduates, address
in New Jersey closed December 1981 for C for Commission.
338-338, NBME/FSMB # 338-338 and # 353-365
) Canada — MD 00006 with many patent numbers.
) Dominican Republic #8228-56 (Cedular and Dominican medical association: #8228
) Nigeria: # MDCN R/56,322/66 (Nigerian medical and Dental Association.
) Most under my Social Security #: 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
) I passed American Board of Family Physicians exam
in 1979 and was published in September 1979 James Special
Edition of their Journal.

') (1) Ask Mr. Christopher C. Duruhesie about the
publications of me that I showed him in 1981. Ph #(323)535-1064
address: 1208 E. Denwall Dr., Carson, CA 90746
2) Kaplan educational program saw my result in 1981 and
published me as F.O.O. on their reversed edition of their
pamphlet or brochure. Ph #(888) 325-5072. Email address:
staff contactus@kaplan.com, staff@schweser.com
) (11) I met with the heads of all major Examination Boards in Princeton, New Jersey
Health on the first Saturday of December 1981. Location was
the upper floor of a library building opposite ETS. They
offered me more jobs and I accepted but I never received the
money eventhough I was an examiner up to 1995. And for
the Dominican Republic at El Firme, Region Duarte from 1996-1999.
2) I did work as an examiner during regular exams. Medical Board
, California, New York, Texas, Pennsylvania 86-93, Washington D.C. plus
AMC and the FSMB, NBME.
Then estimated that

October 17, March 5th (2020) — Emerging drill! 4

Kimbley & Stephany Wall

SCIENTIFIC APPROACH TO → STATEMENTS OF FACTS:

Belgrade ≠ Dublin — Spiritual Popes Ireland & Egypt

fortune teller vs Suitsayer

authenticity and integrity, ethics, morals and moral turpeitude

Measurements of character → + Citizenship with sections and subsections, variables, surety

confidence intervals; Validity; Consistence, Reliable, Valid

→ Clearical error then Source of information → format used → Measurement of averages ie Mean, Median and Mode and actual validity of method used eg Mean may not be proper for key measurments of low income properties of Jimmy Carter period or the like and Secondary Markets of U.S. Goverment like Fanie May and Fredie Mark.

→ Goverments Cannot under "the takings" assume Properties under families of likes nor can it take possessions by means like — Iminent Domain! those properties can not be used as their so called DEVELOPMENT nor can agricultural land(s) be used. Therefore, such So Called Governments are very criminal and can not exist nor be tolerated! Such ACTS or Laws can not be reciprocal nor reciprocate ⇒ The only core time to be used or wasted is to maximally Prosecute all for aborminable crimes! Absolutely no one is meant to swallow rough bitter pills by being forced to listen to such psychiatrically and narrowly tenderd, very genetio-pathological infectious (transmitable) diseases! perpetuated Thus, if found guilty, mutinically punish all that are involved. For what use can your treasurable items be for me? What can you pay and what are your methods of payment? The best measures of your atruism is Criminal Psychiatry! Exploration of the Universe = Exploration of your mother their mothers genitals!

absolutely no intentions to give up or return stolen properties or goods, I am saying that absolutely nothing can ever come out of the same. The process will and must not be repeated and they were observed with unmanageable sophistications with time, they will and must be concluded now reminiscent of time or duration and can not be allowed to regenerate — thus, genes deleted as seen in those with uracil in their DNA. No matter the sympathy/altruism (that questions your gains and involvements) allow the decisions to implemented and please join them to be destroyed if otherwise at least for your minds rest and for the good/benefit of all innocents and for the future! Again and Again in such distructions/deletions/conclusions/escuses will and must all debts be collected and all prescribed/assigned/designated sentences pain + anguish be carried out or achieved. As always, Citizenship is only a Populace/population Character reference of a person. I have a booklet of a passbook that I can use to travel probably Globally for now! So, for me, my USA passport that is issued by the "National Passport Service" Incorporated happened to be an ID and a travelling document for I own the Machine and have never received a cent Just like any/all of my Products and those under me!

them pay only by "Milking fluids and parts" (ie as they have done to me and my family properties whereas this Galaxy is called "the Milky Way), completely pay all costs necessary to perfect all properties plus yields that are futuristic and that all associated pain fully inflicted. The reason and split of the 1000 and 2002 was that there are 2 Kingdoms — one of a Queen and one of a King and both having 1,000 Nations and one additional Nation for managements. Therefore, 2,002 Nations all together whereas 1,000 Nations are located on Earth/World and 1,000 Nations located in the Heaven/Eternal World with 2 Nations hidden and as Supreme Headquarters/Capitals, contain the King and Queen for Global Managements of everything that include all 2,000 Nations! Therefore, all 2,002 Nations and their heads will and must be quickly contained and deleted immediately with absolutely no possibility of future existence. In 2015, I managed to reduce them to 250:250 where as 750:750 plus 2 headquarters went into hidding but now, they have all regenerated with full force and effect! With my scripts and writings in all disciplines and separately, I have successfully laid/layed psycho-psychiatrical profiles on all Federated Groups/Nations stated above ie 2,002! And it has been constantly profiled since at least 1961.

Natural beings at all. Aside from infections and infestations, they very intentionally administe poisons etc by air, water, food etc to others. They are very unafraid of Authorities and are very reasonable tolerant/immuned to pain and anguish for they have gone through such trainings and very well prepared. They affect your vents/ventilation equipments and affect/effect your breathings with different compounds/substances and they poison your usable water and different products. Used items must be fully inspected before reusage and so are returned goods/items especially from retail stores. Regardless of all the above, spaces/products that ever been in contact with them or unsure of source will and must be fumigated/disinfected before usage/entering! Watch out and biologically examine/test all family members for paternity regardless/remnscone/duration of time known or acquented. They had switched at birth, exchanged, validated exchanges etc of your immediate and distant family members and have fully implanted those that will eradicate and inherit you. Use Duffy, Lewis, Kidell and their factions plus enzyme linked isoimmune etc techniques like ELISA, Blushing techniques and different techniques to determine maternal origin (forget paternal origin and completely stay with maternal origin). Thus,

inceneration of all remains with nothing escaping in the air even while lifenvoid! When alifenvoid, appropriate drugs and sanitation methods must be applied and used!

(U.S. = Americans. Of the $6.2T for this year's (2020) budget, $5T is coming from U.K. Again and Again, In absolution, I can never be used in no way shape or form, on any purpose against me, my family, our properties and anything that has to do with our future-futuristic. And Again if such is true about these forces especially their military, I am hereby and hereinafter as always, 100% against such abomination and at 100% demand that you resolve it as 100% your problem. Because, as always been informed by me for precautions and precautionarily, preinformed you of/on all Coups before they happen. You have as a family and as a congregated group completely failed yourselves and I, my family, our properties etc have completely become your victims. And as always, and as always been directly and indirectly informed You are completely involved in this abominable atrocity at least from onset and preformation. Again, and in absolution, Completely CEASE AND DESIST and reverse the course Right Now. Your all complete 61 year maximum ie 64 years less 3 years of Preparations, completely remain your only dreamable maximum time/period. That is Before October 1st, 2021 - this year. For Your so called Nigeria and

5 miles deep Mariana Trench in the Pacific Ocean.

their very well "marinated with putrified, pungent effervascencely sublimated public latrine that included their worst created humanoids/manlike feaces that had gone through the gastrointestinal of maggots several times. So, as exactly as always stated, How, ultimate victims are very obvious. Those less involved will and must quickly take over now and must recover all their costs/expenses from all offenders by the way of MILKING them down extracting marketable products and after paying for all all debts/punishments + pain etc completely and finally deleting/finalizing/destroying all involved and their traits for such must not have chance to repeat nor reoccur in any time in future and futuristic!

They continued their atrocity acts by under the same anaestatic condition, injecting same into my left leg 3 times in via of their domiciliary account implanted so called and then recently baptised with a full name Gabriel Dumaguusi Ohanu or GDO When completed, GOD. They were cashing on my / families finanancial instruments, worked me round the clock and had me live under the worst imaginable ABJECT poverty and still even now with an electronic electrode pin like implant above my left ear, transmit — conduct — Receptive brain information from my aphasic region using the same patented and copyright equipment that I have for the Deaf and Dumb and Investigative Dogs Communication Systems of 1977/1978 and of Case # 2:09-CV-01977-FSH-PS in Federal District

Case 3:22-cv-00212-RRB   Document 9   Filed 01/20/23   Page 9 of 21

of complete evacuation/Vanquish etc of all living and death/dying Manlikes/Mammals/Manoidals etc until all dangerous animals/traps and the likes and complete/unconditional beliefs for absolute no recividismps/re entry/repeates/returning to the World and the likes at any time in future or futuristic forevermore reminiscent of reasons and completely for any of your Generations to come irrelevant of back infinite number of decades involved. Tolerance is Zero reminiscent of duration! And absolutely with no Respects, Your so called United States of America and as always have been arresting, handcuffing, mal-handling, injuring to being complete bleeding of my handcuffed Wrists, beating me up even with their uniformed police officers that were wearing my private and patented all black Professional Guard uniforms, administering poisons via air-water-food methods, setting me up for death and injuries on very low wages and recovering the money through expenses on their domiciliar account. implants and taxations + prices paid for items, so called and cojoining with their counterpart, Nigerians! And as previously stated the September 30th 2021 dateline was based on the so called 61 Codons of Sense Codons of 64 system Codons of Which 3 are nonsense, as explained. The maximum time allowed could not be 64, because 3 years were nonsense. However, reminiscente of all, this will in no way shape or form be used to revert any judgement or adjudzed especially of durations or timing to this effect! Thus, can only Help to restrict offenders

Treasury.

It is in absolution that I am not directly nor indirectly involved with Groups — family, memberships, associations, partnerships, citizenships, unionwise, Religions and or the likes. Cases in Point are — "Festus Ohan and Co" whereas "Co" stands for investment companies and corporations with all ACT and 1961 ACT inclusive Plus my 1986 "Consultant Consortium Corporation" that specified as an "S" corporation in 2003 when for some reasons, there was a Controversy with the U.S. Department of Treasury in relation with their Internal Revenue Services called the IRS. An that even with their very aggressive killings and inheriting me and my family/Parents alive, Plus damaging and denaturing me/myfamily, Present and Continuously as always! "Co..." in anything will and must not exist with me but for any or all possibilities even in combinations! I really do not understand — in that → With whats? For What? I can not be insulted! I will and must not be insulted!! Even until now, I have never received a cent/Penney of mine nor of my family/Parent. They have been cashing on all investments and properties with your help and washing them out or cleaning the monies by contributing to your course Including paying taxes and Other contributions to you as exemplified in the USA. Absolutely, not a single cent/Penney is spairable nor can I/family/Parents be involved in your atrousities and in which we are your victims. — (Aug 25, 2021)

I do not remember my name at birth. As a child,
I was trained in health and locomotives on the
Mediterenian side of Europe. From there, I went
to Bethlehem for a short period of time. From
Bethlehem, I was sent to West Africa at age 5.
I first stayed in Victoria Island briefly from where
I went to Oyotoro Street by the Railroad and
near Ikorodu Road and not far from Igbobi
hospital in Yaba, Lagos, Nigeria.

My 5th birthday was held on a ship that
headed to West Africa from Bethlehem. It was on
September 20th, 1960. I have been without my
parents since I left Europe. In West Africa, they
had me on trains to help conduct them and
twice I went to Kaduna (Northern Part of Present
Nigeria) from Lagos. Both occations were in
1961. One, earlier part of the year and the 2nd
I went to Northern Nigeria in June and returned
in September. My birthday on 20th Sept 1961 was held on the train which they used to conduct. I was heading back to Lagos
from Kaduna on my 6th birthday — September
20th, 1961. I went to Kaduna, Kano and Zaria
with Roseline and her new born — the 2nd Remigius.
At this time, my kidnapers have handed me
over to those that came to West Africa to
settle and on October 1st, 1961, Nigeria declared
its independence. Rosaline and Gabriel Dibruaguu
Ohanu had a son of my age that died while she
was pregnant with another child. They call the child of that pregnancy the
same name as the one that died. Saying that the
reincarnated as Okwara, Gabriel uncle. And Gabriel

* Both inductive and deductive philosophical reasonings
depicts that B in the Bible, Sara the wife of Abraham
(Created) is not the mother of Isaac (Abraham's
second son that was said to be 4 this wife Sara) and
his illegitimate first son Ismeal from his maid
was hidden in a distant land was his first and
purely illegal son. Ismael = Muslim and Isaac
= Christian Karst Catholics That Abraham, a
descendant of Adam and Ife created by a
god. Killed God, that was investigating his crimes
(an attorney)
and massive reproductive fuckings They accused
god of forcing Abraham to bring forth Asaac
for best presting around a hidden Mountain.

* Recessive genes are environmental! Here Cultures or an
aggar medium used usually can come from the faeces of animals faeces: tall/big
for your so called growth hormone additions in
humansid creations. Unmatched size in morphology
or appearance that is not explained by the avarage
or near avarage of both parentnoids lean toward
separate creations by creatorsor Switched at birth.
A laboratory test result may show a "genetic mism—
atch! These are practically very nonsensical and
again, they have never worked, they are not working
and they can never work — at least not leaniently
my direction for them and their greative gods
or the like! For only the Courts/Department of
Justice + Assurance + Indemnity can insure only
free born Naturals with genetic passing/transger
of Real Properties for consideration of "indepen-
dent Contractors" as a second job leaniently
my direction. They will and must be good
Citizens with this sound ethics and morals!
They will and must be fully insured and monitored
directly by the Same before and after any
applications can be forwarded to me after any
clearing then of all Sins/Crimes/offenses on
me and my family — again and again,
direct biological family only! For as always,
they are and have been my only family!

* they were very well cautioned that no matter what They do
after being warned but continued their sins/crimes/offenses
& I was located "SKIPIO Afracanos", yet they ignored
in trespasses and transgressions not to avoid Africa where
it all even from their lawyers and all that cared for them.
Also, they were warned by same neve to offend my
heart (God) nor my brain (Lord). Yet, they committed

and are still committing worst imaginable acts on me even after very repeatable warnings and punishments by authorized agents/agencies! They have maximally milked for irreparable destructions all properties and myself body/ of my body/ Properties etc and thus this Galaxy is called the "MILKY WAY" as they Preset/preplanned/pre emblemed/premeditated and aforethought and unrelentedly continued, only so and same direction, shall they and their bodies will and must be used to clear all debts civil and criminal/offences including sins, trespasses and transgressions without involving their victims or families in any way shape or form. For such will be reinjuring victims especially affecting victim healing efforts! They inflict offensive pathopsychiatric injuries on victims as always! Again and Again they are very pathologic recividics with full competent and very narrowly focused/tendered at completing their crimes/offences even after deaths. They have fully implanted their genes in all loving things, plants and animals should their descendants that at 100% all have been trained to be worst than parents be deleted/extinct(ed) just like they have/had extinct families of their victims and at 100% intend to extinct all others/innocents and minimally involved families! By chance alone and reminiscent of all possibilities, they will and never succeed! For this level of wrongness is never to predominate in any shape or form reminiscent of all nor any possibility 'odd or chance'. They are very competent, knowledged and repeatedly recividistic criminal offenders some make their so called "shit/faeces look good" and keep bussy pretending that they are on credible clock hours that lead to known wages and other criminally do the same as busses or managers of the business while some get paid and maintained retirement benefits as "ghost workers" even as CIA agents ie Central Intelligence Agencies or On special assignments. For as I told them and as always they were and are "all nothing but same or the same, & that has as told you" Bit with Julius Ceaser, that was one of the ones pricked for assasination, I told him that they are all nothing but same" exactly as written in "Julius Ceaser" novel by William Shakespear.

* Your Jesus and his God/god killed king Harold-, John the Baptise, Tax collector called Saull, and at least 3 William Shakespear novel call Julius Ceaser

... Caesar himself. Jesus and his God had together and were physically involved in killing of King Harold, John the Baptise, Saul on his way to Rome after he had killed the account Judas who he claimed to be his Appostles. Upon reaching Rome, he us the names of those that he killed including John the Baptise after he dipreetly appeared to his son with Mary Magdaline and Mary Mage himself where he said "Mother look after son and son take care of mother according to the New Testament. He had used the identific Card of Saul whose name on the identificat was Paul. Therefore Saul = Paul. Note that all the names of the 12 Appostles were the actual names of those that he and his God directly Pricked to die after they had bound out that after Pricking them the first time, that they were still alive. Those still alive after the second round of life. The 3rd time (that is fall 1981) where Pricked Summer 1981 was implimented by your hidden USA + Isreal + Etc. So he used became John Paul after he had killed at least Julius Caesar and Mark Anthony and at least one othe toward the last pages of the novel. He then killed the current Pope and became the Pope himself. He lasted 33 days (mnemonic and the buzzer of him after the death of Julius Caesar that stands for the 33 stabbing wounds of Julius Caeser with stabbing 4 times and Pontius 5 because he was the last to stab and he delivered an extra one after he substituted victim said ? et tu Brute or and you too Brutus!). He always appears as the Roman Catholic Pope where as a John Paul and always kill and disappears after killing at least 6 million witnesses. A cases in point was 8 all Pope Joh Pauls except for the last one that was his son who does exactly the same like all Popes but with exeption of 33 day to disappear date line. In 1978 he was the Pope that lasted 33 days. This time he was from France and had killed at least 6 millions in 33 days

and had buried them around "Tour the
1. France bicycle Competition City grounds" before
disappearing in 33 days as always (In this
route and as always through their Religious
or church for usage of Killings, you have Pope
of (1) The Vatican City Popes of the Ireland
from to the Island called Republic of Ireland
near Britain with Dublin as a Capital
City and (3) Pope of Egypt.

You have 3 major groups that are using
and as always other known organizations to
find and destroy Naturals and noncondecending
individuals. I have successfully distributed
over 700 pages of my scripts to each group
that they emulate and they has did receive
Copies as well. These groups have killing frames
of all they are to kill and are moving as
Purposes and as organizations including
Governmental Departments like the Los Angeles
County Probation Department and most foundations
— they have "Mission Statements" that are
seen as very impossible but in actual sence
are very easy and very possible to them. So you
have (1) Isreali Movements group (2) The Saudi
Arabian Movement group, and (3) The Zion
Movement group. Upon investigations, I quickly
Confirmed that the Internal Revenue Services
of the Department of Treasury in the United
States of America is directly owned and
operated by all the to 3 groups above! They
are using the money and upto 32 trillion
dollars per annum to search and destroy all
Naturals and those noncondescending to their
actions missions of owning and possessing all
Real properties in the UNIVERSE Starting with
this one that they are very sure of and are
operating from.

* MADRID: Kid "Madness" → Not for future, not acceptable! No admissions,
* HOSTAGE: What is your host age? A child that you aged! Me!!!
* Vehicle, Wesfelia VW → West deny and forget our contract! West was caught red handed a wagon The
Again, here their contract will become "Criminal" → Void on its face by the courts
* Opportunity Cost is the true cost of anything!
→ Remember that like the Apostles, Jesus gave the disciples
names of who they were to assassinate and the began

answering those names. Jesus name was Emmanuel and it was changed to title names Jesus and Christ = Jesus Christ. He was to join as members those title holders and assassinate them all. Peters name was Simon and dix was to kill all — Peter's; Pedro's; Garcia's, Ysidro's, Diego's and Tiagos. He did and they all received or became Saints, San, Santos and Santa's (for those that were female. They were wipping of families and inherited them all! Again and Again, these are only the Paths and archievements of the aforementioned groups et al!! You definitely know and understand them and their specalled Lords and Gods that ds always been hidding/santuaring amongst you. It's now definitely late but, never too late to completely turn them in to appropriate authorities right now and with immediate effect. Definitely you will and must segreate not forwarding them in notes especially when you are sure of their ill gotten Wealth, full satisfaction about their wrongs and with Personal families or multi wives in multiple locations Procreating tots of children/no.

At least, you will and must be judged on "What you Knew? What you know? And what you should have Known?" + "What you did? What you do? And what you should have done? As you have always knowing all your adjudgements and of your past sins, trespasses and transgressions of you and your genetics oden of your current families. Jesus Christ is the Main and only savior of man like for when in that when detxclines were to arrive in completing all Warrants at the same time or Simultaneously, he rose to become the Pope for 33 days, Calm things down of which includes but not limited to the elimination of about 6 million evil dowers that advertize samse, then

disappears to strongly bargain for all created or mankind. Yet to be badly expressed are mostly targetted because the very bad and most recividist ones, Will and must pay completely pay for their evils.

* There Religius holy Bibles, etc Holy Queran depicts all their Sins and all But some efforts to minimize their Sins plus indirectly told them of mighty rewards at the end especially in Proverbs. Those of domiciliary accounts especially those like Chimezie Christopher Achicam Duruherie, Remigius Onwuzunke Duru Agwushiaka Ohanu (Who had very physically killed me personally and continued even after complaining to them all especially to Frederick Opel Onwuachu Akano Oluoha of Umuahibe to no avail) and very and extremely bad Gabriel Duru Agwushi aka Ohanu and attached as the Brother of Chimezie and the father of Gabriel as always made maximum effort to quickly personally mutilate mutirically painfully kill and eat me! They have all been promised parts of my body and massive wealth when its all over plus their current/Present massive allowances as I had physically witnessed severally! They had the order (All) especially from your so called domiciliary accounts regardless of Color, race, national Origins, class or creed have 100% or absolute right to mutirically kill me at any time especially when I refuse their orders or disciplines regardless of what it is. These have been the NUM Br Quom or the order of my every second that they are around me. They were also promised that they have more rewards in the Eternal World or Heaven than this World. As always they pretend and swore to others that they were very good to me but in the inside they are nothing

but the worst imaginable evils of extremely very painful death! Their offsprings promised to be far worse and it always showed! They always promised themselves to very painfully destroy all resistance and the means has and can never be a problem regardless of there so called "High life" or expensive lifestyle"

* As proven and as always, U.S.A. absolutely have zero or no electorates in moo modern years especially in the world. A case in point was the last presidential elections. Only few so called electorates participated for the election of Donald Trump and zero participating for Joe Biden. The electorates were very suicidically traced for complete destructions. As always been told to never be victims of circumstances, when danger is observed, step back and directly watch from safe distance(s). Like other targetted groups, such was the case with them during especially during these periods. Thus, they are safe! The so called people have been celebrating that they have succeeded in destroying them all. Yet to no avail. They celebrated over a year for that i.e COVID period and are still celebrating! They took over 365 off from all, so called work and completely paid their salaries and welfare to all, so called non workers. Police and Health care worker were called "first responders" and were allowed to make extra money while others work at home to painfully destroy targetted household members with the help of allow "first responders". These COVID or Corona Vious Pandemic was global and all labeled Corona or Crown or Royal families were destroyed at or if in doubt imprisoned for at this time/Period (because some survived the COVID by signing all agreements)

*They set very serious huge and broadspectrum fires globally around this period that included mass coverage of Australia and a city called Paradice in East Northern California to smoke out, serch and destroy all targetted individuals and there families (if possible).

Sept. 11, 2021

FESTUS O. OHAN MD, JD@G
1280 E 17TH AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

**RECEIVED**

JAN 20 2023

Clerk, U.S. District Court
Fairbanks, AK

TO: CLERK OF COURT
U.S. DISTRICT COURT — DISTRICT OF ALASKA

FEDERAL BUILDING, U.S. COURTHOUSE
101 12TH AVENUE, ROOM 332

FAIRBANKS
ALASKA 99701





