# Office DEPOT OfficeMax
## complimentary fax cover sheet

I AM SEVERAL TIMES A DOCTOR AND AN INSTITUTION. I am

RECEIVED
FEB 07 2023
Clerk, U.S. District Court
Fairbanks, AK

number of pages including cover sheet: 2

attention to: CLERK OF COURT

date: FEBRUARY 4, 2023

company: U.S. DISTRICT COURT OF ALASKA

from: DR. FESTUS O. OHAN

phone #: (1) TO: HONORABLE RALPH

company: CONSULTANT CONSORTIUM CORPORATION

fax #: R. BEISTLINE

sender's phone #: (360)390-8921 (907)310-1866

sender's email: FESTUSOKWUDILIOHAN@gmail.com

comments: (2) TO: CASE# 3:22-CV-00266-RRB, OHAN V. ZION ET AL (3) TO CASE# 3:22-CV-00207-RRB, OHAN V. FONTOURA ET AL (4) 3:22-CV-00226-RRB, OHAN V. NORTH ATLANTIC TREATY ORGANIZATION ET AL (5) 3:22-CV-00212-RRB, ABN AMRO OHAN V. ABN AMRO ET AL (6) 3:22-CV-00321-RRB, OHAN V. U.S. DEPARTMENT OF TREASURY ET AL

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like. ALTHOUGH MY FAMILY IS 100% EXEMPTED FROM ALL TAXES, TAX HAS PURPOSE AND NOT PAID TO CREATEDS NOR THEIR OWNERS!

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot, inc., to the fullest extent of the law and for any and all claims, suits, or THEN, damages arising out or in connection with the request to send, or sending this fax. I HAD ALREADY REJECTED NOBLE PRIZES 3 TIMES BEFORE.

self service domestic per page — HISTORY AND DATES WERE COOKED!
$1.50  2065527

full service domestic per page
$1.79  833071

full service international per page
$4.99  833191

IN NATURAL LAW, CREATEDS DO NOT HAVE BAIL. THEY ARE FULL RESPONSIBILITY OF THEIR CREATORS/OWNERS. IN PRIZE AWARDS, YOU HAVE BOTH NOBLE AND NOBEL (NO BAIL) PRIZES. THE LAST WAS NOBEL PRIZES BY ALFRED NOBEE/NOBEL. I PERSONALLY KNEW ALFRED NOBLE/NOBEL. WE MET IN GREECE AND HE OFFERED ME THE FIRST SET OF PRIZES AND I REFUSED AND TOLD HIM THAT HE WAS TO RECEIVE THEM AS THE FOUNDER. I SAVED JULIUS CAESA CAESERS LIFE AND I ACTED DIFFERENT RULES IN THE NOVEL "JULIUS CAESER". I WAS THE ONLY "FIRST ARRIVAL TO THE WORLD" WHICH I HAD BEEN. ALL SO CALLED ARFIRST ARRIVALS SAW ME AND PICKED UP PERSONALS THAT I LEFT BEHIND.

self service international per page
$3.99  2064240

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

Office DEPOT OfficeMax

Rev 10/20

→ Read the History of Classical Hemophilia and Wilson disease with corresponding Royals, Victoria and bothers. Elizabeth told audience in West Africa that she would make me an object of caricature. And their family said that they would use me as a ladder to get to the top and upon reaching the top, unto me as ladder, turn their back for scavengers to take over. They accomplished all that - I was only a struggling little child without my parents. In Alaska, they surrendered as multitude but instead of containing them, they shot all including children to death and called Japanese. In Africa, they sent them to Sahara and Kalahari deserts and very sharp and pointed long slender methods to penetrate them as they very friasly transport with Moroccean, Arabian etc horses. Others had their mouths tapped and they cut their heads open and fork and knife their brains. Again, and again, such behavior must extinct. Forget the cooked dates, the African aspect happened under Usman Dan Folio (Black) and others in early 60's. They had whites for Alaska and other American and European continents. I physically witnessed first arrivals to the World and they all saw me and took personal belongings that they saw me place down. Young ladies that include Singer Cher were first arrival to America. Cher is still alive and can be forced to tell the truth.

* I am requesting that trial be no more than 10 days in Fairbanks or Anchorage, Alaska but I do prefer written correspondence/responses. I work as a substitute teacher to support myself since I do not have access to my estate/funds. I have very well submitted all that is needed in writing. Judges only, absolutely no jury trials. 100% Naturals must be preserved (outside the involved criminals that massacred others out of greed). This level of crime must not pay.

Melmet esq attorney for ABN AMRO
Owned Melmet Default Company and
Provalue Real Estate Management Company.
that bought my home in hidden auction
for $500,000. My home was one of the
best home in Northridge, California and
was valued at $1,200,000 but I was not
selling. Property tax was eliminated from
my contract and the foreclosed
claiming property tax that I
already had $7,000 credit from
the County of Los Angeles, CA. They
later claimed that it was
erroneous and ABN AMRO told its
lawyer French of Duncan and Duncan
that they want to pay me. I never
received a cent and they changed the
ownership of Provalue Property Management Co.
minimum $19,500,000. Initially the property was
10,000 sq ft with 2 houses that I bought. 4,300 sq ft tesson
+ a bungalow house were stolen by REMAX and A
PRICED AT $2,400,000 for the County Olson
AT MASI AUTOTREND,
LAS VEGAS, NEVEDA AS
THE MINIMUM BIDDING PRICE.
THE CAR WAS PERSONALLY
UPDATED BY ME THE SAMETIME
THAT I UPDATED "ELECTRICAL
CURRENT MULTIPLY" PRESENTLY
USED FOR ELECTRICAL VEHICLES.
IN 70's SET PROGRAMS AND
PROGRAMABLES FOR ECONOMICS eg ACCOUNTING
PUBLIC AND PRIVATE.   esp. DRUGS&VACCINE
   +my ADIMUNE
→ GSK ET AL (BOOSTERS) Valtrex et al
I UPDATED MEDICINE AND
IN SURGERY WITH THE HELP OF
MOTOROLA (CANADA) DEVELOPED
ANDROID AND THE LIMB CALLED
"BLADE RUNNER" THAT WON
OLYMPIC GOLD MEDAL (2011/2012)
I DEVELOPED THE 1ST LAPTOP
COMPUTER — WORK SENT THROUGH
WANG COMPUTERS, SOUTHERN CALIFORNIA
COMPLETED IN 1988. FROM 60's WITH IBM
FOR COMPUTERS.

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

(360)390-8921
FESTUSOKWUDILIOHAN@GMAIL.com
JAN 17th, 2023

→ COMPLAINT ON: OFFICER MARTINEZ
(Dark and Indianord looking.
OF INCIDENT
→ LOCATION: AMERICAN TOWING,
140 REED CT, CHULA VISTA,
CA 91911
Telephone: (619)427-7530
→ PROPERTIES: HOMELAND SECURITY STOLE
IT FOR $500 THAT THEY PAID
AMERICAN TOWING, CHULA
VISTA, CA
(1) MERCEDES S500/600 CUSTOM
    TECH. MADE — SPM3 GREEN COLORED
    USED TO FOR MODERN AND FUTURE VEHICLES.
(2) CONTENT OF OVER $10,000
(a) New Barbri Bar Review books
    $3,500.00
(b) New Brick's Accounting CPA
    review books & discs
    $3,500.00
(c) New USMLE Review Books and
    materials $2,300.00
(d) New Laptop Computer boxed
    $1,500 Compaq
(e) Others $1,200.00

(3) $5,000 Cash collected by your
    officer "Martinez".

→ This happened in June 2007 when I was erroneously
repatriated to New Jersey as a fugitive. Present case
# 3:22-CV-00207-SLG (Festus O. Ohan V. Fontoura et al)
and 2:09-CV-02029-RRB (Ohan V. Fontoura et al / V. Essex County Sheriff et al).
3:
→ Please kindly read case reports and talk to your officer
"Martinez" and the Four American Towing and quickly feed me
back. It took long to respond because I very badly injured
physically and emotionally in New Jersey and for no reason, officer
Martinez took my money and properties swearing to himself that he
must have/my own my car Published in AutoTrend for $2.4 Million Las Vegas

Case 3:22-cv-00212-RRB   Document 10   Filed 02/07/23   Page 3 of 6



# European Ombudsman

## Complaint about maladministration

Please read the section entitled 'How to complain' before filling out this complaint form.
Please continue on a separate sheet if necessary and enclose all the documents necessary to support your complaint.

First name: **FESTUS**
Surname: **OHAN**
On behalf of (if applicable): 
Address line 1: **4711 W. 26th Avenue, #5**
Address line 2: 
Town/City: **Anchorage, Alaska**
Postcode: **99503**
Country: **USA**
Nationality: **USA and Dominican Republic!**
Tel.: **+1 360-390-8921 Please TEXT me.**
E-mail: **FestusOkwudiliOhan@gmail.com**

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

[handwritten margin notes:] US DOJ # is 569460-001, DPO#1981-0-353-38-001, Bar #114445 and Local LAB114445, Judicial# M09-904586-001, 'anada MD00006, with many patent numbers, social security number (USA) 555-41219, DCN X56,32-266

Against which European Union (EU) institution or body do you wish to complain?

- European Parliament ✓
- Council of the European Union ✓
- European Commission ✓
- (Court of Justice of the European Union (*)) ✓
- European Court of Auditors
- European Economic and Social Committee
- Committee of the Regions of the European Union
- European Investment Bank ✓
- European Central Bank ✓
- European Personnel Selection Office (EPSO)
- European Anti-Fraud Office (OLAF) ✓
- European Police Office (Europol) ✓
- Other Union body (please specify)

What is the decision or matter about which you complain? When did you become aware of it?

I was born in Europa on September 20th, 1955 and abducted infront of my body guards that called me master in 1960 and taken to Bethlehem then to West Africa. I was placed on a witness protection plan and taken to West Africa in 1960. Festus Okwudili Ohan(u) is not my name at birth for I do not remember because my personal body guards called me master and I was only 5 years old. Now, I am a Medical Doctor that passed Royal and all pathways to medicine and surgery to all subspecialties with permanent, full and unrested licensure + MPA, MPH, CPA, informed CPA, Real Estate full

What do you consider that the EU institution or body has done wrong?

I was promised that I would be returned to my family once I testified to the Court (European) and that never happened and 61 years have passed and counting. I have made several complaints and appeals and we have been not [?] tricked by your immigration at least 3 times.

Please extract and add Sodium Amytrax unto view to Christopher Chimezie Achikam Duru(Chezie) Phone #1-323-535-1064 address 1208 E. Denwall Drive, Carson, CA 90746 USA for testimonies. Return me to my family that I have missed since 1960 at the age of 5 and process my EU passport using my name at birth plus regaining all my credentials and earnest business from America and West Africa et al. I should have over 20,000 patents by now and worth close to 300 trillion USA dollars with no taxes and family inheritance. I am not human and open for genetic screen.

To my complaints but do have one from UK's HM courts & Tribunal service Queen Elizabeth II court bench(2) The Nobel Prize committee (3) Court of Justice of the European Union on several occasions (4) International court (NL)(5) Soviet Union (6) Interpol + Scotland Yard Police.

At 5 while in West Africa (Nigeria since 1961). I have exhausted all avenues since 1976. from both the USA and the Dominican Republic. My Social Security number in the USA is 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 and my citizenship # in the Dominican Republic is 8228-56. My reference number with Royal Court of Justice Group in U.K is MISC-489-2018 of Queens Bench Division. I have tried my best and have exhausted all means over decades. At birth, I was an European Royal and non human. Some dye were injected in me by my abductors as I was placed under the Witness Protection plan after I witnessed human creation in Mediterranean Island and report with about 18 Natural Judges and about 18 human Judges in the auditorium of Woodside Psychiatric Hospital in Britain. I was not asked to testify but an NMR of my brain was taken in Middlesex hospital and I was returned to the USA. I have waited since and over decades for their letter to no avail. I am very open to genetic test, DNA, foot and fingerprint. Want to reunite with my family. I am unmarried and childless and must marry only a spouse approved by my family.

DATE: January 15th 2021

My address is 1471 W. 26th Ave, #5, Anchorage, AK 99503, USA Email: FestusOkwudiliOkan@gmail.com



FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

TO: CLERK OF COURT
UNITED STATES DISTRICT COURT OF ALASKA
FEDERAL BUILDING, U.S. Courthouse
101 12TH Avenue, Room 332
FAIRBANKS
AK 99701