# Office DEPOT OfficeMax®
## complimentary fax cover sheet

ADJUSTED +
ADDENDUM:

I AM SEVERAL TIMES A DOCTOR COVERING ALL DISCIPLINES AND I AM AN INSTITUTION.

RECEIVED FEB 16 2023 Clerk, U.S. District Fairbanks

number of pages including cover sheet: 16

attention to: CLERK OF COURT
date: FEBRUARY 11, 2023

company: U.S. DISTRICT COURT OF ALASKA AS THE FINAL FRONTEER
from: DR. FESTUS O. OHAN

phone #: ~~fax #:~~ TO: HONORABLE RALPH R. BEISTLINE
company: CONSULTANT CONSORTIUM CORPORATION

sender's phone #: (360) 390-8921
sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: PS. SEND TO CASE # (1) 3:22-CV-00266-RRB, OHAN V. ZION ET AL (2) 3:22-CV-00207-RRB, OHAN V. FONTOURA ET AL (3) 3:22-CV-00226-RRB, OHAN V. NORTH ATLANTIC TREATY ORGANIZATION ET AL (4) 3:22-CV-00212-RRB, OHAN V. ABN AMRO ET AL (5) 3:22-CV-00221-RRB, OHAN V. U.S. DEPARTMENT OF JUSTICE ET AL (6) 3:22-CV-00182-JMK, OHAN V. SCHMIDT (7) 3:22-CV-00011-SLG, OHAN V. RETTIG ET AL

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

THEY COOKED HISTORY AND DATES AND BACKDATED EVERYTHING.

self service domestic per page — $1.55  2065527
full service domestic per page — $1.89  833071
full service international per page — $4.99  833191

HISTORY AND LIKE EVERYTHING ELSE, THEY COOKED DATES FOR DISCOVERY AND INVENTIONS DEPRIVING MYSELF AND FAMILY OF OUR WORK PREDECESSORS.

self service international per page — $3.99  2064240

JUST TO NAME BUT FEW, PLEASE KINDLY READ THE ATTACHED EVIDENCE. I WAS BEING USED FROM EARLY CHILDHOOD TO DEVELOP TECHNOLOGIES BUT FOR SOME REASONS EVEN WITH THE JUDGES, NEVER RECEIVED A CENT OF A DOLLAR NOR AM I EVER ALLOWED TO WITHDRAW MONEY FROM PRE-EXISTING FUNDS. AND THEY ARE MAXIMALLY VISCIOUS EVEN TO STRICK ME TO DEATH IF I OPEN MY MOUTH OR REFUSE TO WORK/INVENT MORE AND INVENT WHAT THEY NEED. THEY DEMAND PERFECTION THUS MY VERY HIGH POWERED BRAIN. YET, THEY LACK IDEAS TO INVENTIONS. I USUALLY FIND WAYS TO SATISFY NEEDS.

depot|max store ####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

Office DEPOT OfficeMax
Rev 05/22



# Addendum
27 messages   NOT TO NAME BUT FEW

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 11:21 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

In designing automotive, I used the aerodynamics of fishes and birds and of trains I used centipedes and milipedes. Thanks Mary! BECAUSE I WAS ONLY A LITTLE CHILD AND SMALL, I DEVELOPED PULLY TECHNIQUES THAT WOULD HELP ME DO BIG AND VERY TAXING THINGS - ES IN WATCHES — SECONDS, MINUTES AND FINALLY HOURS AND THEIR TRANSITION STATES/POSITIONS JUST LIKE FAN BELTS IN AUTOMOBILES.

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 11:25 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

I used the nervous system for the current multiplication system and the cardiovascular system for steam engines and electric vehicles etc. Thanks again! + ELECTRIC FISH + EARL — THE NERVOUS SYSTEM AND HOW THEIR MUSCLES ARE PACKED. I STUDIED ELECTRIC FISH IN 60'S AND I RECENTLY IMPROVED IN 2003 WHEN I USED IT FOR ELECTRIC VEHICLES UPGRADES
[Quoted text hidden]

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 11:31 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

I owned future and futuristic for all my work/ inventions. I DID ETHERNET, INTERNET, INTRANET AND EXTRANET BEFORE 1979. FIBER OPTICS WAS IN 1970/1971 AT ERNEST GAMES GRAMMARY SCHOOL (EGGS), DIOKLUA, IDEATO NORTH, IMO, NIGERIA, WEST AFRICA.
[Quoted text hidden]

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 11:34 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

I definitely do not partner nor issue shares. My family is Universal Royal and I have nothing to do with taxes. AS ALWAYS, I DO NOT SHARE MY WORK WITH ANYONE IE I DO NOT PARTNER.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: VIA GSK
[Quoted text hidden] A LOT IN HEALTH. VACCINES AND IMMUNE BOOSTERS (IMMUNE WITH A EUROPEAN COMPANY CALLED VALTREX IN 80'S AND 90'S. 2011/2012, I UPDATED DRUGS INCLUDING VACCINES. PAPILOMA, ENTEROVIRUS VACCINES PROCESS LEADING TO COVID VACCINES. "BLADE RUNNER + ANDROID" Via MOTUROLA IN SURGERY.

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 11:37 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

I used negative - positive techniques for automation and Robots just like used for robber stamps.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: I DEVELOPED A LOT IN ORGANIC CHEMISTRY IN 1968 AND 1969 AND HAD WORKED ON GENETIC CODES/LAWS ALL ALONG (FROM ~1958). AS A LITTLE CHILD, I THOUGHT HEALTH AND LOCOMOTIVES — MEETING WERE HELD IN INFIRMARY AND
[Quoted text hidden]

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 12:29 PM
To: Mary Margarites <MMargarites@marqwwbio.com>   REFERMATORY, YABA, LAGOS, WEST AFRICA — NO HISPANIC-LATINOS BLACKS, WHITES NOR ASIANS ATTENDING (1961-1966)

Mary! I used Owls family eg Hawk and Eagle and how how they pick up snakes and mouse at night to design Night Vision Cameras + SCOPES) Present Jimmy Carter used the first series to rescue Iranian hostages but they were caught because their plane could not fly. I used Linear Algibra for Electronic while I used Geometric Calculus for Shealth Planes. A fast moving non poisonous Snake called Arura was used to design rapid Trains.

MY MEDICAL DOCTOR CERTIFICATION NUMBER —
On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: MDCN R/56,322/66 AGED 10
[Quoted text hidden] AND AS ALWAYS, NEVER RECEIVED 1966 A CENT/PENNY. IN ENGLAND, I WORKED ALL 56 Global IN CADIGAN WARD OF WOODSIDE ZONES!

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 12:39 PM
To: Mary Margarites <MMargarites@marqwwbio.com>   HOSPITAL. AND CHIEF MEDICAL OFFICER OF ROYAL ANTHOPEDIC HOSPITAL IN YABA LAGOS, W. AFRICA. (1960-1965) - AGAIN NEVER RECEIVED A CENT.

For Cell Phones, I combined my Computer, Television, Telephone, Type Writer, Walky Talky and my approach to Electronic technology to develop today's Cell phones. AND ROYAL MEDICAL CENTER, VICTORIA ISLAND, W. AFRICA

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

festus ohan <festusokwudiliohan@gmail.com>    Tue, Feb 7, 2023 at 12:43 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

For Colored Television, I bought some parts through Europe in 1981 and with adjustments converted it to Colored Television. Plus Analog to Digital.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: I INVENTED CONFERENCE
[Quoted text hidden] CALL/TV EQUIPMENTS ALONG WITH DEAF AND DUMB RELAY INFORMATION SYSTEMS. PLUS APHASIC CONDUCTIVE, RECEPTIVE, TRANSMISSIVE EQUIPMENTS TO THE BRAIN AREA RIGHT ABOVE THE LEFT EAR. TTD, TYY ETC ~ 1978 AND SUBMITTED

festus ohan <festusokwudiliohan@gmail.com>   TO BE PLACED/ THROUGH PACIFIC   Tue, Feb 7, 2023 at 12:45 PM
To: Mary Margarites <MMargarites@marqwwbio.com> IMPLANTED. BELL SYSTEM.
                                                                Cables and Satelites by 1979.

The Eyes Rods and Cones knowledge was helpful. Thus used for Computers etc.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden] CHROMOTOGRAPHIC TECHNIQUE THAT I DEVELOPED TO INVENT SCANNERS INCLUDING THOSE USED FOR CASH REGISTRY (MICROSCAN). MY PROGRAM OF 70's WAS USED TO DEVELOP MICROSOFT — TAKEN IN LOMA LINDA, CALIFORNIA
festus ohan <festusokwudiliohan@gmail.com> WHEN BILL GATES WAS IN THEIR   Tue, Feb 7, 2023 at 12:52 PM
To: Mary Margarites <MMargarites@marqwwbio.com> HIGH SCHOOL 1985-1988. MY PROGRAMS WERE TAKEN
                                                   FROM MY HOME. BILL GATES WAS ONLY AN AWARE HIGH SCHOOL STUDENT
My development of Circuts was a big plus for which my Microfiche technology of 1977 became very handy. See 2:09 v.
01977-fsh-ps Federal Court district of New Jersey X. I USED AFRICAN MAGARIBURANTASHI AS YOHIMBIN TO MAKE
VIAGRA AND CIALIS. THEY BURGLARIZED MY HOME AND TOOK EVERYTHING AS ALWAYS.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: PLANTS/PROCESS AND REPORTED
[Quoted text hidden] I INVENTED WATER DESALINATION UNIVERSITY EXAMINATIONS. ISREAL AND SAUDI
THE PROCESS THROUGH CITY AND GUILES UNIVERSITY ~ 1974/5. I STILL HAVE THE CHEMISTRY AND
ARABIA WERE A PART OF FIRST CUSTOMERS. THE PHYSIOLOGY OF THE INDUSTRY
                                       IN MY ROOM IN NIGERIAN      Tue, Feb 7, 2023 at 1:05 PM
festus ohan <festusokwudiliohan@gmail.com> VILLAGE CALLED IDEATO SOUTH (OKOHIA). starting
To: Mary Margarites <MMargarites@marqwwbio.com>                                from the 60's
FIBER OPTICS by 1971. +THE USE OF MIRROR REFLECTIONS VIA DARK SEALED COMPARTMENTS
For Photocopy Machines, Videos, Entertainment Industry etc what I did as a child was to use a Pinhole Camera technique. I created a hole in a carton used paper laced with pigments of plants like quinine plants to copy objects upon exposure to get a negative. Then redo the photographing with the negative. The result is a positive picture. I helped design the current US dollar and other currencies in the 70s with counterfeit proof loading papers. The same is true for diplomas and essential documents.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: WERE SUBMITTED THROUGH
[Quoted text hidden] FROM 1970 to 1975, LOTS OF PATENTS    IRELAND (3) UNIV. OF LONDON
(1) OXFORD UNIVERSITY (2) BISHOP SHANNAHAN COLLEGE/UNIVERSITY WEST AFRICA. MUCH MORE
(3) CITY AND GUILES UNIVERSITY (4) WORLD ALLAINCE GROUPS TO
festus ohan <festusokwudiliohan@gmail.com> FOR THE 60's VIA ELEM. SCHOOLS   Tue, Feb 7, 2023 at 1:34 PM
To: Mary Margarites <MMargarites@marqwwbio.com> EXAMINATION SCHEDULES.
                                                                                LA, CA, USA
I patenocapied plants and aside from mixing fertilization, deprived stigma of a plant sperm gametes. This is how you have citrus and other plants. IN THE ENTERTAINMENT INDUSTRY EQUIPMENTS, ASIDE FROM MY
EARLIER ACCOMPLISHMENTS, I WAS GOING TO WILSHIRE/WESTERN AVENUE THEATER TO
                                           CONTINUE WHAT I DID IN WEST AFRICA - INVENT
On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: EQUIPMENTS/UPGRADES
[Quoted text hidden] INCLUDING SPECIAL EFFECTS AND CURRENT LUMINATION ENGINEERING AND
ELECTRONIC EQUIPMENTS. THEY PROVIDED TONY LIVICARRI A BLACK LADY FOR SEX PLUS
                         MUCH MORE.  I OWNED THE SECURITY COMPANY ROOF AND USED
festus ohan <festusokwudiliohan@gmail.com> MY OWN UNIFORMS BUT    Tue, Feb 7, 2023 at 1:48 PM
To: Mary Margarites <MMargarites@marqwwbio.com> NEVER RECEIVED MY PAY BUT A $7/HOUR FROM INTERCON SECURITY. I WAS THE
                                                                ONLY ONE QUALIFIED FOR THE FEDERAL
Anesthesia was plants from old Egypt and my parents had Firefox plants for cardiac glycocides like digitalis and digoxine CONTRACT
plus guaben etc many Chateau have medicinal plants and initial processing were done there. I remembered having a  BUT ME
Firefox plantation in Morocco around the Whitehouse aka Casablanca. The current Royal family of Morocco was cooked in Shomolu, Lagos, Nigeria around 1962. The family earned their living by charging for Donkey riders. And so were other current Royal families including Elizabeth II. CALCIUM CHANNEL BLOCKERS WERE PRESENTED
                                                                                AND MUCH MORE
THROUGH MCAT 1977-1982 4 SITTINGS. OTHERS THROUGH PCAT, PSAT 1976-1978 and
On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: FROM WEST AFRICA 1971-1976.
[Quoted text hidden] A LOT WERE COMPLETED THROUGH ETS 1971-1976 AND THEY INVITED ME TO
PRINCETON BUT THEIR MAIL WERE OFFSET. I VISITED FIRST SATURDAY OF DECEMBER 1981 UPON
                                             THEIR INVITATION. DURING THAT
festus ohan <festusokwudiliohan@gmail.com> VISIT, I ALSO HAD A CONFERENCE   Tue, Feb 7, 2023 at 1:56 PM
To: Mary Margarites <MMargarites@marqwwbio.com> WITH PRESIDENT AND CEO/DESIGNEES WHO LATER SIGNED EXAMINATION BOARD AND
                                                                      AND OFFSET. ~ 200
MUCH MORE TO ME TO OWN — AND MUCH MORE WERE SENT
PAGES GIVEN                         PROTECTIVE SERVICE SUPERVISOR AT 11,000
WILSHIRE BLVD WHERE I WORKED         ~ LIVING. HIS NAME
IS TONY LIVICARRI, A RETIRED LIEUTENANT (NAVY) NUCLEAR ENGINEER.   OF DOCUMENTS

FBI + DOT INVOLVEMENT                                FEDERAL BLDG

Shateu and Castles.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

THEY HUNT TO KILL ME WHEN MADE HOMELESS AND SLEEPING IN THE STREETS. AN FBI GROUP HAD A CHRISTOPHER CHIMEZIE ACHIKAM DURUIHESIE PHONE # (323) 535-1064 WIFE'S # HELEN (310) 704-2647 ADDRESS: 1208 E. DENWALL DRIVE, CARSON, CA 90741 OFFSET MY LICENSURES AND MAILS ESPECIALLY OF MEDICINE AND SURGERY. THEY WERE CASHING OUT MY FINANTIAL INSTRUMENTS, REROUTE MY ADDRESS, KEEP ME HOMELESS AND REDIRECT MY PHONE CALLS.

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 2:12 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

THEY WORKED WITH THE NIGERIAN MAFIA. MONITOR THEM AND A REMIGIUS ONWUZURIKE OHANU NOW IN NIGERIA OPERATING # 011(234)8033098 AND INLAW DR. HILARY IHEANACHO (310)800-0262 (424) 205-2438.

To develop Solar powered systems, I used concave lenses and lastly Aluminum Foils to convert to different forms of Energy especially Heat. The energy is trapped and transported to storage systems. Future vehicles may use both batteries and Solar technologies. I tested that with my Transam in 2016. PLANNED OVER GENERATIONS BY WORDS OF MOUTH, THEY BY TRICKRY TOOK AND DAMAGED THE WORLD AND PROPERTIES, KILLED AND ATE INHABITANCE USING

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: THEIR GAMATES TO CREATE HUMANS
[Quoted text hidden] WITH ABSOLUTELY NO INTENTIONS TO RETURN PROPERTIES BUT TO DENY OWNERS OF THEIR PROPERTIES FOREVERMORE. AS ADJUDGED, THEY MUST PAY REPARATIONS AND COMPLETELY VANQUISH THE WORLD AND OTHER PROPERTIES FOREVERMORE. THE BEHAVIOR MUST EXTINCT.

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 3:11 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

NUCLEAR LABLED NUTRONIUM TECHNOLOGY WAS DEVELOPED IN 1977/1978 AND CAN STOP ALL THAT. AIR < WATER < SOLIDS IN MOVEMENT OF LABLED NUTRONIUM.

Concave mirror, pan cake mirror and Concave lenses. Aluminum foil. THE CAN MOVE AS AIR OR SOUND. I OTHER WORDS, NUCLEAR LABLED NUTRONIUM IS FASTER GOING THROUGH SOLIDS AND COVER THE WORLD IN NO TIME. ACTIVITES

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: CAN BE LABLED TO NUTRONIUM.
[Quoted text hidden] IT SHOULD BE WELL TITRATED BY NOW. GET QUICKLY RETURNING TO THEIR OWNERS/FAMILIES AND ALL QUICKLY ARRANGE TO CLEAR ALL DEBTS AND CRIMES IN THE WORLD, SOURCE AND EVERYWHERE ELSE. UPON MY REQUEST

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 4:22 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

IN 1978, PHYSICS PROFESSOR AT CALIFORNIA STATE UNIVERSITY DOMINGUEZ HILLS — DR LEE SAW THE WHOLE THING IN GRIFFIT PARK OBSERVATORY IN LOS ANGELES COUNTY. HE CRIED TO AUDIENCE BUT THEY FAILED TO LISTIN.

I was very little and my toys were what I did with plants and pully and watches. This technique was used for elevators in combination with lightning engineering. And between 1974 and 1981, I was able to develop the current elevator system. I stepped away from Berilium for electrical bulbs to accommodate Vitamin D production without sunlight especially when in confinement. Today used in prisons....vitamin D1 in skin, D2 in liver to D3 in the kidneys and for those without instrinct factors vitamin B sublingually even 6 months or by injection. The pully technique is what was used to build pyramids. Vitamin A was trans and isometric methods, here sys. So carotene for optics of the eye. Carrots contain carotene.

I WAS THEN PUBLISHED GLOBALLY AS THE TOPMOST IN ASTROPHYSICS IN THE SAME 1978. IT WAS BASED ON MY ARTICLE THAT TOOK ME 20 MINUTES TO WRITE IT LAST MINUTE TO MAIL. NO DANGERS MUST BE LEFT BEHIND.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden] NUTRIONUM TECHNOLOGY WAS DESIGNED FOR THERAPEUTIC REASONS BUT DO HAVE OTHER USES.

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 4:41 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

In Bethlehem and Lagos, I updated the clothing industry as well. The clothing industry in Bethlehem was located at the bottom part of steps where crusification ceremonies are held. The same location where a lady tore the clothes that Jesus was wearing at the top of the stairs and as you descend, on the left side of the bottom was the clothing industry. I saw a young man probably the Jesus that they talked about requested for a replacement of his clothing. I was incharge of the business at this time and his clothes were replaced. I revisited the location in 1981. It was there that I received my current names. Festus for Judge, Okwudili for Adjudged and Ohanu/Ohan for this People or People to Hear. It was the Main Court that prepared me after I testified what I heard and what I saw as a little child then. My records were then sealed....if we do meet again we shall smile but where we do not, this partying is well made. It has taken a very long time. EARLIER, I NOTIFIED AUTHORITIES ABOUT ASSASSINATIONS, ACQUISITIONS ETC THAT I HEARD FROM MEETINGS HELD AFTER MIDNIGHTS IN ISOLATED LOCATIONS

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote: AND WHAT I SAW WITHOUT
[Quoted text hidden] BEING NOTICED.

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 4:46 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

Knowledge is required to transport the cross down the stairs and the said Jesus although not tall nor muscular, made the obstacles.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>  Tue, Feb 7, 2023 at 4:47 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

ASIDE FROM USING MY CIRCUITS TO DEVELOP ELECTRONICS, I HAD FEDERAL CONTRACTS TO INSTALL VIDEOS IN FEDERAL BUILDINGS INCLUDING POST OFFICES, BANKS, POST OFFICES (I HAD 90001 ZIP CODE), SOCIAL SECURITY BUILDINGS, PRISONS ETC. I WAS MADE TO VISIT AND DEVELOP PROGRAMS FOR DETENTION FACILITIES LIKE PRISONS, FARMS, HOSPITALS ETC FROM 1978 TO 1986. I CLOSED NORTHROP AND NORTON AIR FORCE BASES. I AUTOMATED PORTS ETC. I AM YET TO RECEIVE A CENT.

Load, God, Christ and Jesus were titles.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 4:51 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

1979—1982, I HELPED MOV RELOCATE TREASURIES.

Festus means Judge in one of the languages. See Act of Apposstle chapter 13 of the Holy Bible. The Judge that helped Jesus was called Festus.

ASIDE FROM THE NEWARK AIRPORT POLICE THAT ALMOST KILLED ME WHEN THEY WERE TO TRANSPORT ME TO AIRPORT COURT TO COLLECT MY $20,000 HELD BY HOMELAND SECURITY AGENCY, POLICE COOKING MEDICAL REPORT TO JAIL, AND THEIR AMBULANCE ATTENDANCE DAMAGING MY RIGHT EYE AFTER KNUCKLE HITS AND SEVERAL INMATES DAMAGING MY LIVER AND RIBS IN JAIL WITHOUT MEDICAL ATTENDANCE PLUS SEVERAL YEARS OF POISONING BY THEIR NIGERIAN COUNTERPART, I WAS

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 4:52 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

IN BETHLEHEM

I revisited the location in 1981 and spent the night to continue my journey back to California.

RESCURED FROM ICE BITE IN THE U.S.—CANADIAN BOARDER OF SKAGWAY, ALASKA AS HOMELESS LIVING ON THE STREETS IN JANUARY

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

OF 2008. INFORMATION CAN BE OBTAINED FROM (1) NEWARK, NJ DOCKET 371 + THEIR U.S. DISTRICT COURT CASE # 2:09-CV-01979-FSH-PS (2) SKAGWAY POLICE COMMUNITY SERVICE OFFICER, GARY L. POORMAN (907) 983-2232 (3) CHRIS AND

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 4:54 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

TERI VALENTINE, OWNER OF SGT. PRESTON'S LODGE; SKAGWAY (907) 983-2521 AND THEIR CORRESPONDING WELLS FARGO BANK, SKAGWAY THAT ALLOWED ME TO LODGE FOR 2 DAYS BEFORE I HEADED ON FOOT ACROSS THE BORDER.

My Judicial Examiners number M09-G04586-001. And Iowa is my local.

(4) BLAINE POLICE DEPARTMENT INCIDENT #201702546. SEE ATTACHED.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 5:26 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

It was in December of 1981 that I called Motorola in Canada and the Atlantic Bell system to quickly develop Cell Phones that I had already worked on and sent for Patents through the Pacific Bell System. I had many odd jobs so the only time that I had was about 11pm Pacific Standard time. I left recorded messages with their security administration.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>   Tue, Feb 7, 2023 at 6:25 PM
To: Mary Margarites <MMargarites@marqwwbio.com>

For some reason, I was not protected even by the judges that met with me in Bethlehem and sent me to Africa. I am badly injured, damaged and denatured. And nothing has changed since childhood that they sent me. My records are sealed and I can not join my parents until the end. I am now done and have completed all my tasks independently.

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>   Wed, Feb 8, 2023 at 6:36 AM
To: Mary Margarites <MMargarites@marqwwbio.com>

ELECTRICAL

In current multiplier, aside from the Nervous System, I used Earl and major electric fishes that I had dissected and studied.

THE IRS AND CALIFORNIA FTB GANGED UP TO GARNISH ALL MONEYS COMING TO ME

On Tue, Feb 7, 2023, 11:21 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

EVEN 25 CENTS. THE TOOK OVER CONSULTANT CONSORTIUM AND TOOK ALL MONIES THAT THEY HAD SET ASIDE FOR DECADES WHILE AWAITING FOR TIME TO PREY. SEE BUNCHED TEMPORAL PATENT # TX2666. I WAS THE SUBMISSION ATTORNEY AND FOR MY PATENTS.

**festus ohan** <festusokwudiliohan@gmail.com>   Sat, Feb 11, 2023 at 10:03 AM
To: officedepot@printme.com

THROUGH SOCIAL SECURITY ADMINISTRATION, THE U.S.A. GOVERNMENT APPROACHED ME TO LOAN THEM MY MONEY AT 10% ANNUAL INTEREST AND I REFUSED. THE OFFSET(TED) MY GENERAL SERVICE ADMINISTRATION FEDERAL SURPLUS LICENSE AND USED IT FOR THEMSELVES AND DISGUISING THEM FOR WEAPONS AND EXPORTING TO OTHER COUNTRIES. HISTORY AND DATES AS ALWAYS.

[Quoted text hidden]

**Ada Ohan** <adaohan@gmail.com>
To: festus ohan <festusokwudiliohan@gmail.com>

Sat, Feb 4, 2023 at 8:23 PM

Hi Dad,

Thank you for sending me this information, it was very well written and thought about. Hope Anchorage is going well for you for now. Enjoy the rest of your day and may you take good care of yourself also.- Ada Ohan
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>
To: Ada Ohan <adaohan@gmail.com>

Sun, Feb 5, 2023 at 10:52 AM

The State of California deprived me of my funds, kept me homeless, tried to kill me and even followed me to the state of Washington where they tried to shoot me as they failed in court to default me. They had the IRS and the franchise tax board to go after me in Alaska eventhough I was not working and when I got well anough to work, all I was allowed to have was a substitute teaching job. They were offsetting my mails and cashing out my financial instruments at the same token ensuring that I am homeless and can not keep records. I am using the numbers to my credentials that they stole to operate. They did not know that I remembered those numbers. I have gone through the US Supreme Court group and others and the cases have been assigned to specialized judges by group of judges. This is global for I gone through the European Court of Justice, European Community Court, Royal Court of Justice, World Court and now concluding it all with all the above courts here in Alaska. I am the only lawyer to all those cases. I met with 18 judges for the World Court for humans and 18 judges for Naturals in February of 1994 in England. Without saying a word we have seen ourselves and they have seen damages to my body. In prison Court in Washington, our pictures were electronically transmitted to them. They kept me homeless at this time and I needed to come to Alaska where I could manage to work and rest well anough to complete Court work.
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>
To: Ada Ohan <adaohan@gmail.com>, hotfes@hotmail.com, Judith Ohan <ohanjudith@yahoo.com>

Sun, Feb 5, 2023 at 11:14 AM

In Nigeria, they especially Remigius Onwuzurike Duru Agwushi aka Ohanu tried their best to kill me and ensured that I suffered. I owned the business that Remigius took. He tried to kill and inherit the money that I used for Catapilers. I then used the money to purchase a 300 acres property yet he ran after me. His mother Rosaline confessed that Remigius was providing poisons that they were putting in my food. He all nothing but evil and yet to repay the money spent training him to 2 masters credentials programs from absolutely nothing. Just like Rose Ngozi Emegwa, he was at 4th grade level when he came to California without a cent and no clothes. They packaged him and sent to California. I could have trashed him.
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>
To: Ada Ohan <adaohan@gmail.com>, hotfes@hotmail.com, Judith Ohan <ohanjudith@yahoo.com>

Sun, Feb 5, 2023 at 11:27 AM

Rem: the 18 human judges were seen at a different time of the 18 Natural judges/justices.

On Sat, Feb 4, 2023, 8:23 PM Ada Ohan <adaohan@gmail.com> wrote:
[Quoted text hidden]

---

**Ada Ohan** <adaohan@gmail.com>
To: festus ohan <festusokwudiliohan@gmail.com>

Sun, Feb 5, 2023 at 11:38 AM

I wish I was notified about this earlier were you at least at a hotel, motel or shelter during most of these days. In Hawaii during the summer I had unpaid rent. All my money left my bank account because of previous rent plus my deposit was hearing uncontrollable voices and dealing with something mentally strange. Thankfully Fes sent me money for food and those two months were uncontracted. I then got better before school started, found a room rental and little job at the FASFA office. A few months later I had to leave the job, found my way around it again and moved into on campus housing. I was dealing with issues too but I always found ways around it. Yes, these weird followers want us homeless like Jesus supposably was and need to worry about their own lives and their people. It is probably people met through foster care, school, work, church or many other places that need to go. I had strange roommates, rental situations, and rent not paid where I definitely needed to be living alone. I was strongly advised to do so but I chose my cheepest affordable choice at the time and did not listen. Yes, these days it is important to be careful! All I am saying is from now we shall think smart and find ways around homelessness because some people can be sceptical. Yes, it does seem like something weird is following that has to go. Also, yes I should have listened to you when you informed me to not leave the country! When arriving in Alaska you had shelter right???- Ada Ohan
[Quoted text hidden]

---

**festus ohan** <festusokwudiliohan@gmail.com>
To: Ada Ohan <adaohan@gmail.com>, Judith Ohan <ohanjudith@yahoo.com>, hotfes@hotmail.com

Sun, Feb 5, 2023 at 12:24 PM

When I said homeless, I meant sleeping in the streets.
[Quoted text hidden]

---

**Ada Ohan** <adaohan@gmail.com>
To: festus ohan <festusokwudiliohan@gmail.com>

Sun, Feb 5, 2023 at 12:43 PM

For how long actually out? Before you mentioned motels, jail for strange incidents while you were mentally ill, and a shelter in Alaska. You have told me this has happened once by the bushes then you found assistance or figured out something...
[Quoted text hidden]

---

**Ada Ohan** <adaohan@gmail.com>
To: festus ohan <festusokwudiliohan@gmail.com>

Sun, Feb 5, 2023 at 12:45 PM

You also mentioned that someone stole your identity which is also strange...
[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
To: festusokwudiliohan@gmail.com

Sun, Feb 5, 2023 at 5:38 PM

**festus ohan** <festusokwudiliohan@gmail.com>  
Draft To: Ada Ohan <adaohan@gmail.com>

Mon, Feb 6, 2023 at 5:52 PM

> On Sun, Feb 5, 2023, 11:38 AM Ada Ohan <adaohan@gmail.com> wrote:
>> I wish I was notified about this earlier were you at least at a hotel, motel or shelter during most of these days. In Hawaii during the summer I had unpaid rent. All my money left my bank account because of previous rent plus my deposit was hearing uncontrollable voices and dealing with something mentally strange. Thankfully Fes sent me money for food and those two months were uncontracted. I then got better before school started, found a room rental and little job at the FASFA office. A few months later I had to leave the job, found my way around it again and moved into on campus housing. I was dealing with issues too but I always found ways around it. Yes, these weird followers want us homeless like Jesus supposably was and need to worry about their own lives and their people. It is probably people met through foster care, school, work, church or many other places that need to go. I had strange roommates, rental situations, and rent not paid where I definitely needed to be living alone. I was strongly advised to do so but I chose my cheapest affordable choice at the time and did not listen. Yes, these days it is important to be careful! All I am saying is from now we shall think smart and find ways around homelessness because some people can be sceptical. Yes, it does seem like something weird is following that has to go. Also, yes I should have listened to you when you informed me to not leave the country! When arriving in Alaska you had shelter right???- Ada Ohan
>>
>> On Sun, Feb 5, 2023 at 1:52 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
>>> The State of California deprived me of my funds, kept me homeless, tried to kill me and even followed me to the state of Washington where they tried to shoot me as they failed in court to default me. They had the IRS and the franchise tax board to go after me in Alaska eventhough I was not working and when I got well anough to work, all I was allowed to have was a substitute teaching job. They were offsetting my mails and cashing out my financial instruments at the same token ensuring that I am homeless and can not keep records. I am using the numbers to my credentials that they stole to operate. They did not know that I remembered those numbers. I have gone through the US Supreme Court group and others and the cases have been assigned to specialized judges by group of judges. This is 🌐 global for I gone through the European Court of Justice, European Community Court, Royal Court of Justice, World Court and now concluding it all with all the above courts here in Alaska. I am the only lawyer to all those cases. I met with 18 judges for the World Court for humans and 18 judges for Naturals in February of 1994 in England ✝. Without saying a word we have seen ourselves and they have seen damages to my body. In prison Court in Washington, our pictures were electronically transmitted to them. They kept me homeless at this time and I needed to come to Alaska where I could manage to work and rest well anough to complete Court work.
>>>
>>> On Sun, Feb 5, 2023, 5:46 AM Ada Ohan <adaohan@gmail.com> wrote:
>>>> Also, how did you get to Alaska?
>>>>
>>>> On Sat, Feb 4, 2023 at 11:23 PM Ada Ohan <adaohan@gmail.com> wrote:
>>>>> Hi Dad,
>>>>>
>>>>> Thank you for sending me this information, it was very well written and thought about. Hope Anchorage is going well for you for now. Enjoy the rest of your day and may you take good care of yourself also.- Ada Ohan
>>>>>
>>>>> On Sat, Feb 4, 2023 at 8:01 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
>>>>>> ———— Forwarded message ————
>>>>>> From: **Office Depot** <noreply2@officedepot.com>
>>>>>> Date: Sat, Feb 4, 2023, 11:15 AM
>>>>>> Subject: Your Self Service Scan from Office Depot
>>>>>> To: festusokwudiliohan@gmail.com <festusokwudiliohan@gmail.com>
>>>>>>
>>>>>> From: <noreply1@officedepot.com>
>>>>>>
>>>>>> Here is your scanned attachment.
>>>>>>
>>>>>> CONFIDENTIALITY NOTICE: The information contained in this email and attached document(s) may contain confidential information that is intended only for the addressee(s). If you are not the intended recipient, you are hereby advised that any disclosure, copying, distribution or the taking of any action in reliance upon the information is prohibited. If you have received this email in error, please immediately notify the sender and delete it from your system.

---

**festus ohan** <festusokwudiliohan@gmail.com>  
Draft To: Ada Ohan <adaohan@gmail.com>

Mon, Feb 6, 2023 at 5:52 PM

> On Sun, Feb 5, 2023, 12:43 PM Ada Ohan <adaohan@gmail.com> wrote:
>> For how long actually out? Before you mentioned motels, jail for strange incidents while you were mentally ill, and a shelter in Alaska. You have told me this has happened once by the bushes then you found assistance or figured out something...
>>
>> On Sun, Feb 5, 2023 at 3:24 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
>>> When I said homeless, I meant sleeping in the streets.
>>>
>>> On Sat, Feb 4, 2023, 8:23 PM Ada Ohan <adaohan@gmail.com> wrote:
>>>> Hi Dad,
>>>>
>>>> Thank you for sending me this information, it was very well written and thought about. Hope Anchorage is going well for you for now. Enjoy the rest of your day and may you take good care of yourself also.- Ada Ohan
>>>>
>>>> On Sat, Feb 4, 2023 at 8:01 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
>>>>> ———— Forwarded message ————
>>>>> From: **Office Depot** <noreply2@officedepot.com>
>>>>> Date: Sat, Feb 4, 2023, 11:15 AM

foreignprocesses.rcj@justice.gov.uk, kala_ghoda_bridal@falgunishanepeacock.in, general.qualification@ocr.gov.uk, general.qualifications@ocr.org.uk, hotfes@hotmail.com, hotfestusohan@hotmail.com, hezawavy@coaterucutrasi.tk, hans.ejouke.koopal@nl.abnamro, Vivian Health <hello@news.vivian.com>, info@veb.ru, ir@veb.ru, otp.informationdesk@icc-cpi.int, zion_park_information@nps.gov, Judith Ohan <ohanjudith@yahoo.com>, jknickrehm@fsmb.org, judgehochberg@judgehochberg.com, jeroen.van.maarschalkerweerd@nl.abnamro.com, katie.schurig@usdoj.gov, klachtenmanagement <klachtenmanagement@nl.abnamro.com>, ksims@accp.com, lars.seynaeve@citi.com, latclassical@latimes.com, Ruff Mike <ruffmickey2@gmail.com>, Mary Margarites <MMargarites@marqwwbio.com>, mediaenquiries@who.int, mailbox.tribunal@hq.nato.int, mailbox.ypp@hq.nato.int, Matthew.p.uhalde@usdoj.gov, nvcexpedite@state.gov, CA PPT NPC Routine Suspense <CAPPTNPCRoutine@state.gov>, Natalie.Ford@justice.gov.uk, MBX Euro-Ombudsman <EO@ombudsman.europa.eu>, press@veb.ru, phishing@irs.gov, pio@supremecourt.gov, program.intake@usda.gov, pacer@psc.uscourts.gov, AskALibrarian@oclc.org <questionpoint@oclc.org>, vocational.qualifications@ocr.org.uk, vocational.qualification@ocr.org.uk, UCLA Extension Records <studentrecords@uclaextension.edu>, Congr@tulations* .... <email@letthisbe.com>, western.taxcivil@usdoj.gov, Taneka Shehee <Taneka.Shehee@probation.lacounty.gov>, tac@tw1.com, Transshipment@usdoj.gov, visits@icc-cpi.int, vshams@acuutflex.nl, erica.varela@latimes.com, Loisi_Vailea@fd.org, Welcome <welcome@lacera.com>, webadmin@justice.gc.ca, webmaster@ustaxcourt.gov, webmaster@aamc.org, Wooten, Brian@FTB <Brian.Wooten@ftb.ca.gov>, yourcustomer.service@defence.gov.au, yourcustomer.services@defence.gov.au, znapr@zna.gov.zw, zuyanzhang-asia.support@statista.com, zznsupport@mailcentro.com, Zurich.basics@zurich.com
Cc: Judith Ohan <ohanjudith@yahoo.com>, hotfes@hotmail.com

Ada! I was not named as a father of any of you 3 because I was not your father. I did not sign your birth certificates eventhough Rose Ngozi Emegwa was living with me as she tried to complete her career in nursing. Others with her signed your birth certificates. I did not kick her out of my house because her group was very vicious. The only reason for taking pictures was only because her family was excluded eventhough they were around. I can not lower myself by marring a created not to mention the level of Rose Ngozi Emegwa. I was forced to allow her around even with pregnancies and having offsprings. During each pregnancy, both periumblical blood samples and umbilical fluids were taken for genetic tests. She had to submit or gets kicked out of my home. Upon receiving her certificates, she left you guys and ran. You see she shoped from one lawyer to another for spousal support but they couldn't help her because I am unmarried. Her owners will pay for all of that. You were all emancipated when you passed High School Stanford 9, Judith 6, Ada 8 and Guzo 9. You were ranked gifted and were to enter university. For some reasons, blacks psychologist helped you guys to remain in my home to continue with your careers. So you continued with Sanford 9/ CAT6/ X. You were to attend the University of Missouri or UCLA for PhD in Mathematics followed by MD and Surgery. It is not your right to petition for any reason for I am the only victim. I was still sharing the little that I had after you guys left my home and Judith was still with me. You were not fostered for I was still around in the program while waiting for your owners/families to come and claim you guys. The transitions have to be smooth. They were using you guys to continue inheriting me alive.
[Quoted text hidden]

gov.au, znapr@...
Cc:
Bcc:
Date: Tue, 7 Feb 2023 09:51:20 -0900
Subject: Re: Your Self Service Scan from Office Depot
Ada! I was not named as a father of any of you 3 because I was not your father. I did not sign your birth certificates eventhough Rose Ngozi Emegwa was living with me as she tried to complete her career in nursing. Others with her signed your birth certificates. I did not kick her out of my house because her group was very vicious. The only reason for taking pictures was only because her family was excluded eventhough they were around. I can not lower myself by marring a created not to mention the level of Rose Ngozi Emegwa. I was forced to allow her around even with pregnancies and having offsprings. During each pregnancy, both periumblical blood samples and umbilical fluids were taken for genetic tests. She had to submit or gets kicked out of my home. Upon receiving her certificates, she left you guys and ran. You see she shoped from one lawyer to another for spousal support but they couldn't help her because I am unmarried. Her owners will pay for all of that. You were all emancipated when you passed High School Stanford 9, Judith 6, Ada 8 and Guzo 9. You were ranked gifted and were to enter university. For some reasons, blacks psychologist helped you guys to remain in my home to continue with your careers. So you continued with Sanford 9/ CAT6/ X. You were to attend the University of Missouri or UCLA for PhD in Mathematics followed by MD and Surgery. It is not your right to petition for any reason for I am the only victim. I was still sharing the little that I had after you guys left my home and Judith was still with me. You were not fostered for I was still around in the program while waiting for your owners/families to come and claim you guys. The transitions have to be smooth. They were using you guys to continue inheriting me alive.

On Sat, Feb 4, 2023, 5:01 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

Cc:
Bcc:
Date: Tue, 7 Feb 2023 09:51:20 -0900
Subject: Re: Your Self Service Scan from Office Depot
Ada! I was not named as a father of any of you 3 because I was not your father. I did not sign your birth certificates eventhough Rose Ngozi Emegwa was living with me as she tried to complete her career in nursing. Others with her signed your birth certificates. I did not kick her out of my house because her group was very vicious. The only reason for taking pictures was only because her family was excluded eventhough they were around. I can not lower myself by marring a created not to mention the level of Rose Ngozi Emegwa. I was forced to allow her around even with pregnancies and having offsprings. During each pregnancy, both periumblical blood samples and umbilical fluids were taken for genetic tests. She had to submit or gets kicked out of my home. Upon receiving her certificates, she left you guys and ran. You see she shoped from one lawyer to another for spousal support but they couldn't help her because I am unmarried. Her owners will pay for all of that. You were all emancipated when you passed High School Stanford 9, Judith 6, Ada 8 and Guzo 9. You were ranked gifted and were to enter university. For some reasons, blacks psychologist helped you guys to remain in my home to continue with your careers. So you continued with Sanford 9/ CAT6/ X. You were to attend the University of Missouri or UCLA for PhD in Mathematics followed by MD and Surgery. It is not your right to petition for any reason for I am the only victim. I was still sharing the little that I had after you guys left my home and Judith was still with me. You were not fostered for I was still around in the program while waiting for your owners/families to come and claim you guys. The transitions have to be smooth. They were using you guys to continue inheriting me alive.

On Sat, Feb 4, 2023, 5:01 PM festus ohan <festusokwudiliohan@gmail.com> wrote:
[Quoted text hidden]

constituent@auditor.lacounty.gov, christine.bollermide@..., daniela@judgehochberg.com, DIR DWCAuditUnit <dwcaudituniit@dir.ca.gov>, DEA Registration.Help@usdoj.gov, ecj.registry@curia.europa.eu, "QB Issue & Enquiries" <qbenquiries@hmcts.gsi.gov.uk>, edl.probombudsman@probation.lacounty.gov, usaak.ecf@usdoj.gov, email@lettbe.com, fo@supremecourt.uk, natatia.ford@judicial.justice.gov.uk, forum.nobelforum@nobelprice.org, "Foreign Process (RCJ)" <ForeignProcess.RCJ@justice.gov.uk>, foreignprocesses.rcj@justice.gov.uk, kala_ghoda_bridal@falgunishanepeacock.in, general.qualification@ocr.gov.uk, general.qualifications@ocr.org.uk, hotfes@hotmail.com, hotfestusohan@hotmail.com, hezawavy@coaterucutrasi.tk, hans.ejouke.koopal@nl.abnamro, Vivian Health <hello@news.vivian.com>, info@veb.ru, ir@veb.ru, otp.informationdesk@icc-cpi.int, zion_park_information@nps.gov, Judith Ohan <ohanjudith@yahoo.com>, jknickrehm@fsmb.org, judgehochberg@judgehochberg.com, jeroen.van.maarschalkerweerd@nl.abnamro.com, katie.schurig@usdoj.gov, klachtenmanagement <klachtenmanagement@nl.abnamro.com>,

\* Genetic testings:
Although in event that I die, my Estate at 100% goes to my biological Parents and I never had parents since childhood. All I had were my biological parents that were and still away from me. In event that any of them happened to have a child or children outside their marriage; that child or children will not have nor inherit anything from my Estate. My Estate can only be enjoyed and or inherited from them by the child or children that they both have in common — the joint biological child or children only.

February 4th, 2023    7:37 pm

*THE U.S. HAS BEEN RECEIVING AND CASHING OUT THIS MONEY ALL ALONG AND SO ARE ALL FINANCIAL INSTRUMENTS.

## (ca12) Maintain Cash Receipts — Page 1 of 1

VR Home | Entity | Application | License | Cash | Exam | Time Tracking | Inspection | Enforcement | Report

Maintain Cash Batch Header | Find Cash Receipt | Miscellaneous Sales | Change Cash Receipt | View Accounting Transactions

Domain 800 - Medical Board of California

dca-fp-98-r-03  Logged in as: mbktayl

VR Home > Find Cash Receipt > Maintain Cash Receipts

Client 400  Fiscal Year 2006  Batch # 2006:140328  Source Cash Office  Entered 440  Entered $ 55,200.62

Batch Receipts | Receipt Parties | Receipt Details

### Receipt

- Receipt # 40518327
- Dept/Board: 400 - RN BOARD
- Replaces Year #
- Postmark:
- Remittance: CHK - Check
- Received $ 137.00
- Disposition: DEP - Deposit
- Non-Valid
- Unassigned $
- DLN 159
- Reason
- Notes ✓
- Refund from Unassigned $ 0.00
- Created 03/30/2006
- By 2795
- Updated 03/30/2006
- By 2795

### Party Details

| Lic Type | Type | File # | License # | Name | Assigned $ | Allocated $ | Actions |
|---|---|---|---|---|---|---|---|
|  | R |  |  | OHAN, FESTUS OKWUDILI |  |  |  |
|  | B |  |  | OHAN, FESTUS OKWUDILI | 32.00 |  |  |
|  | E |  |  | OHAN, FESTUS OKWUDILI | 30.00 |  |  |
|  | E |  |  | OHAN, FESTUS OKWUDILI | 75.00 |  |  |

---

All Global #'s

Over $55,200 per week/month was being offset and redirected to accounts owned by the Nigerian Mafia et al since at least fall 1960. This very one was at least from 1981 from the California Medical Board. My DPO # is 1981-0-353-365-04, NBME # 353365, ECFMG Council Certification # 333338, ECFMG Commission Certificate # 333338...



# Blaine Police Department

Distribution:

Outside Distribution:

Blaine Police Department
322 H Street
Blaine, WA 98230

## Incident Report: 201702546

*Current As Of:* Wednesday, November 01, 2017

| Offense: | **Lost Property** Mental Health Concern | | | Reported | 9/20/2017 | Rcvd 10:26 AM | Dispatcher: 800 |
|---|---|---|---|---|---|---|---|
| | | | | Department | 9/20/2017 | Disp 10:26 AM | Officer: 188 |
| | | | | End | 9/20/2017 | Clrd 10:40 AM | NC, |
| Location: | 322 H St | | | | | | |
| CityState: | Blaine | | Apt: | Grid: | X4 | | |

*Incident Summary*  A man came to the police department to report his passport was missing from the Bellingham library. The transient man wanted the incident documented so he could get a new passport. The man was provided a case number.

People Involved:

| Involvement | Name / Address | | Sex / Race Phone/Comments | DOB/ AGE | Citation/Charge/Offense | Date Officer |
|---|---|---|---|---|---|---|
| Complainant | OHAN, Festus Okwudili Transient Blaine | WA | M  B | 9/20/1955  62 | | 9/20/2017 RICHARDSON |

California Dr ers License # N6539734

Officer's Signature: 	Date:

Page 1

# Office DEPOT OfficeMax®
## complimentary fax cover sheet

DOJ #569460-001, NATIONAL BOARD OF MEDICAL EXAMINERS #353865, BAR EXAMINER'S #114445 (A), LEGAL EXAMINERS #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-001 DPO#198-0-353-365-001, JUDICIAL EXAMINERS # M09-G04586-001 ETC

number of pages including cover sheet: ___

attention to: MANAGER

date: 11/18/2022

company: Dept of Public Safety, Records + ID

from: DR. FESTUS O. OHANS MD, JDETC

phone #: ___

company: CONSULTANT CONSORTIUM CORPORATION

fax #: ___

sender's phone #: (360) 390-8921, (907) 310-1866

sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: PLEASE KINDLY INVESTIGATE AND PROSECUTE WITH THE HELP OF THE FBI AND OTHER AGENCIES OF LAW ENFORCEMENT. JUST WITHIN THE PAST FEW YEARS AND AFTER JANUARY 2019, A CHANDLER, IRVIN HORUS, DATE OF BIRTH 1964-10-24, OBTAINED GOVERNMENT ISSUED IDENTIFICATIONS WITH MY CREDENTIALS/IDENTIFICATIONS AND USED THEM TO CASH OUT MY FINANCIAL INSTRUMENTS. THE FBI PROFILED "NIGERIAN MAFIA" WERE DOING LIKEWISE. ASIDE FROM "HOME INVASION BURGLARIES" AS ALWAYS, THEY OFFSET MY MAILS AND CASHOUT MY FINANCIAL INSTRUMENTS + OF MY

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like. Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

FAMILY ESPECIALLY PARENTS THAT HAVE BEEN MISSING SINCE 1961. THIS GROUP ABUSE ME BOTH MENTALLY AND PHYSICALLY AND TO

self service domestic per page
$1.50  2065527

full service domestic per page
$1.79  833071

full service international per page
$4.99  833191

self service international per page
$3.99  2064240

OTHERS, THEY CLAIM TO BE OF MY FAMILY AND VERY FORCEFULLY IMPLANT THEMSELVES IN MY HOMES OR/ELSE IF OTHERWISE, THEY RENDER ME HOMELESS WITH NO MONEY NOR FOOD. THEY ARE HAVING ME PHYSICALLY AND FINANCIALLY TRAIN THEIR YOUTHS ESPECIALLY THOSE THEY IMPLANT IN MY HOME AND ANSWER MY NAMES. THEY OFFSET MY MAILS, CASH OUT ON THE FINANCIAL ASPECTS AND RE-ROUTE MAILS BY USING ADDRESSES THAT THEY SET UP TO OBTAIN CONTINUOUS FLOW OF THE MONEY. AS A CHILD, THE INJECT LARGE SYRINGES OF PUTRIFIED PUBLIC LATERINE FLUIDS TO MY LEFT LEGS AND ONE TO MY GROIN. I AM SERIOUSLY INJURED, DAMAGED AND DENATURED. I DO NOT HAVE A CHILD OF MY OWN AND I AM 67 Y/O. THEY IMPLANTED AN ELECTRONIC ELECTRODE FOR INTELLECTUAL STEAL AND THOUGHT BROADCASTING RIGHT ABOVE MY LEFT EAR SINCE AUGUST 1983 IN CALIFORNIA - APHASIC - CONDUCTIVE BRAIN AREA.

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

Enclosure No. 1FD03120221012040405

Subject Name(s)

OHAN, FESTUS OKWUDILL
CHANDLER, IRVIN HORUS    (AKA) — *FRAUD! AND AN ASSASSIN!!*
OHAN, FESTUS O    (AKA)
OHAN, FESTUS OKWUDILI    (AKA) *ERRONEOUS ENTRY BY CLERK*
OHAN, FESTUS OKWUDILLI    (AKA)
OKWUDILI, FESTUS OHAN    (AKA) *ERRORNEOUS ENTRY BY POLICE*

Subject Description

FBI Number
711144VA7
Social Security Number
555412190
555497744 — *Not my social security number and I have never used any other number than 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. Nor any other DBO other than 1955-09-20*

Sex                  Race
Male                 Black

Height               Weight              Date of Birth
5'08"                150                 1955-09-20
                                         1953-09-20
                                         1964-10-24

Hair Color           Eye Color           Fingerprint Pattern
Black                Brown               10091203PM1402081104 (FPC)

Place of Birth       Citizenship
Nigeria *ACTUALLY,   Unknown
I WAS BORN           Nigeria → *NAME DID NOT EXIST PRE OCTOBER 1961.*
IN THE OLD ROME.*    AFRICA
                     United States

Fingerprint Images

Palmprint Images
Palmprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                 2015-11-15
(No Palmprint Image Transmitted
Comment:BSI: 40106366521)
Palmprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                 2016-01-18
(No Palmprint Image Transmitted
Comment:BSI: 40112507206)
Palmprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                 2016-01-18
(No Palmprint Image Transmitted
Comment:BSI: 40112558512)
Palmprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                 2016-03-10
(No Palmprint Image Transmitted

 **Note:** This site uses cookies as set out in our cookie policy. To change your preferences please go to our cookie policy. By continuing to use our site, you agree to our use of cookies.

# All results for Festusjohn Okwudili Ohan

Results 1–20 of 54

**RECORDS** | CATEGORIES

California, Federal Naturalization Records, 1843-1999
IMMIGRATION & TRAVEL

View Image

NAME: Festus Okwudili Ohan
BIRTH: 20 Sep 1955 - Niger

U.S. Public Records Index, 1950-1993, Volume 2
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
BIRTH: 20 Sep 1955
RESIDENCE: Nirthridge, CA

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
BIRTH: 20 Sep 1955
RESIDENCE: 1977 - Los Angeles, CA

U.S. Public Records Index, 1950-1993, Volume 2
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
RESIDENCE: San Bernardino, CA

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
RESIDENCE: 1992 - Loma Linda, CA

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus Ohan
RESIDENCE: 1992 - Compton, CA

Missouri, Birth Registers, 1847-1910
BIRTH, MARRIAGE & DEATH

View Image

NAME: Mary F Ohan

U.S., Civil War Prisoner of War Records, 1861-1865
MILITARY

View Image

NAME: J F Ohan

*Handwritten annotations:* "I shoot him KPA, KPA, KPA and you shoot" → All Tried Assissins and Fraudulent / Destroy them Pay all a Caught on Financial Instrumen (w/FESS,20)  — FRAUD! — FRAUD!

| Source | Name | Residence | Annotation |
|---|---|---|---|
| U.S. Public Records Index, 1950-1993, Volume 1 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | Marjorie F Ohan | 1993 - Holbrook, MA | FRAUD! |
| U.S. Public Records Index, 1950-1993, Volume 1 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | Hanna F Ohan | 1993 - Los Angeles, CA | FRAUD! |
| U.S. Public Records Index, 1950-1993, Volume 1 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | F Ohan | 1992 - Walnut Creek, CA | FRAUD! |
| Canadian Phone and Address Directories, 1995-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | I F Ohan | 1997 1998 1999 - Toronto, Ontario | FRAUD! |
| U.S. Phone and Address Directories, 1993-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | O Ohan | 1999 2000 2001 2002 - Madera, California, USA | FRAUD! |
| U.S. Phone and Address Directories, 1993-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | O Ohan | 1998 - Madera, California, USA | FRAUD! |
| U.S. Phone and Address Directories, 1993-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | O Ohan | 1998 - Madera, California, USA | FRAUD! |
| U.S. Phone and Address Directories, 1993-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | O Ohan | 1996 1997 - Madera, California, USA | FRAUD! |
| U.S. Phone and Address Directories, 1993-2002 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | O Ohan | 1999 - Madera, California, USA | FRAUD! |
| Iowa, Marriage Records, 1880-1940 — BIRTH, MARRIAGE & DEATH — View Image | Henry O Ohan |  | FRAUD! |
| U.S. Public Records Index, 1950-1993, Volume 2 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | Michael O Ohan | Holbrook, MA | FRAUD! |
| U.S. Public Records Index, 1950-1993, Volume 1 — SCHOOLS, DIRECTORIES & CHURCH HISTORIES | Remy O Ohan | 1993 - Compton, CA | FRAUD! |

1-20 of 54    *DESTROY WITH/MUTINY COLLECTING ALL DEBTS/SINS SETTLED/PAIN >>> D+D/ETC!*

Per page 20    1, 2 >

# USPS PRIORITY MAIL®

US POSTAGE PAID™
02/13/2023
From 99501
Zone 3

Pitney Bowes
CommPrice
Flat Rate Envelope

028W0002310120
30023261178

Expected Delivery Date: 02/16/2023

**0005**

**C053**

Festus Ohan
Consultant Consortium Corporation
1280 E. 17th Avenue, Unit 121
Anchorage AK 99501-5646

CLERK OF COURT
U.S. DISTRICT COURT OF ALASKA, FAIRBANKS
101 12TH AVE, RM 332
FEDERAL BUILDING, U.S. COURTHOUSE
FAIRBANKS AK 99701-6237

USPS TRACKING #

9405 5091 0937 5501 8644 30

UNITED STATES POSTAL SERVICE®

PRIORITY®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.