# Office DEPOT OfficeMax
## complimentary fax cover sheet

RECEIVED
FEB 22 2023
Clerk, U.S. District Court
Fairbanks, AK

*I AM SEVERAL TIMES A DOCTOR AND AN INSTITUTION*

number of pages including cover sheet: 2

attention to: CLERK OF COURT
U.S. DISTRICT COURT OF ALASKA

company:

phone #: TO HONORABLE RALPH

fax #: R. BEISTLINE

date: FEBRUARY 17th, 2023

from: DR. FESTUS O. OHAN
CONSULTANT CONSORTIUM CORPORATION

company:

sender's phone #: (360) 390-8921

sender's email: FESTUSOKNUDILIOHAN@GMAIL.COM

THEY HAVE ABSOLUTELY NO VOTING POWERS REGARDLESS THEIR ASSUMED STRENGTH. STOLEN WEALTH.

comments: CASE NUMBERS (1) 3:22-CV-00266-RRB
(2) 3:22-CV-00207-RRB (3) 3:22-CV-00226-RRB
(4) 3:22-CV-00212 RRB (5) 3:22-CV-00221 (6) 3:22-CV-00182 -JMK
(7) 3:22-CV-00011-SLG ✕ COLLECTIONS ARE TO THE LAST CENT AS ALWAYS! ET AL
✕ TO DO FULL AUDITING AND ATTESTATION OF IRS + U.S. DEPT OF EDUCATION.
MS. ANDY BREEN OF LA PROB. DEPT. NEEDS TO BE QUESTIONED - PRIVATE 890K/YEAR PAID. WAGES

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like. THE IRS AND CALIFORNIA FRANCHISE TAX BOARD FORCEFULLY ACQUIRED MY CONSULTANT CONSORTIUM CORPORATION +++ FROM

Please note that Office Depot, inc., does not receive the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax. ON SET. I AM ROYAL AND THE CUSTODIAL LANDLORD TO WORLD TAKEN. THEY COOKED DATES + HISTORY

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
| $1.55  2065527 | $1.89  833071 | $4.99  833191 |

self service international per page  AND MUST VACATE AT 100% LEAVING NO DANGERS BEHIND. MUST LEAVE IMMEDIATELY (WITHOUT AND FOREVER MORE. TO TAKE ALL THEIR CREATEES IN HEALTH ALONE, I DO HAVE A FULLY PERMANENT AND UNRESTRICTED LICENSURE TO PRACTICE AND ALL SPECIALTIES

$3.99  2064240  AND SUBSPECIALTIES OF MEDICINE AND SURGERY IN THE U.S.A. AND GLOBALLY I ONLY SUPERVISE. EXCEPT FOR A NEUROSURGERY IN MAY 1999. ALTHOUGH IT WAS DONE IN A POOR FARM CLINIC, I WAS >>> SUCCESSFUL AND I WAS THE ONLY DOCTOR AND NURSE + HEALTH PROFESSIONAL INVOLVED. AND I DID NOT

depot|max store ####  HAD ONLY LIDOCAINE AND EPINEPHRINE. PLUS STICHES/CUTTERS.
RECEIVE A CENT AS ALWAYS SINCE 1961. WOW.
1234 print lane  WITHOUT ME GETTING INJURED DURING MY 3 YEARS THERE, THERE
angel grove, ca 12345  WAS ABSOLUTELY NO DEATHS IN 14 LOCALS BECAUSE OF ME - EVEN BEING IN CALIFORNIA FOR 24 MONTHS OUT OF 36 MONTHS.
p: 123.456.7890 f: 123.456.7890  PHYSICIANS IF I DID VO DICK CHENEY'S +9 OTHERS PACE MAKERS UNDER 1 HOUR.
THEY WERE PROMISED THE BEST AND THEY HAD ME.
ods####cpc@officedepot.com  I WAS ON MY WAY HOME AFTER 16 HOUR SHIFTS AS A
THAT  SECURITY GUARD.

## Office DEPOT OfficeMax

Rev 05/22

# Romig Middle School - **BEHAVIORAL REFERRAL FORM**

| Names of Students | Grade | | | POSITIVE REFERRAL |
|---|---|---|---|---|
| Involved Kayden Hewes, Carmelo Mason | 8, 8 | | X | Disruptive Behavior |
| Involved and Alexander Mobley | 8 | | ___ | Fighting (physical) |
| | | | ___ | Harassment |
| Witness # 18 OTHER STUDENTS IN CLASS | | | ___ | Obscenity/Profanity |
| Witness _____ | | | X | Unsafe Behavior |
| Witness _____ | | | X | Willful Disobedience |

**SPECIFIC** EXPLANATION OF SITUATION: Date: 02/14 – 02/15/2023 Time/Period: 7 Location: SC 2

THESE STUDENTS GANGED UP IN CLASS TO BE VERY MANIPULATIVE, DISRUPTIVE, CREATING UNSAFE ENVIRONMENT, FAILURE TO FOLLOW INSTRUCTIONS AND FAILURE TO DO CLASS WORK. THEY WERE WATCHED AND WARNED YESTERDAY YET TO NO AVAIL. THEY ARE VERY TALKATIVE IN CLASS AND TRIED TO RUN THEIR OWN PROGRAMS AND BEING DISRESPECTFUL TO TEACHER AND THEIR FELLOW STUDENTS. WASTE OF TAX PAYERS FUNDS. THEY SHOULD ALLOW OTHER STUDENTS TO LEARN.

**STAFF MEMBER'S ACTIONS BEFORE THIS INCIDENT FOR SIMILAR BEHAVIORS:**

| DATE | Student conference | DATE | Previous detentions | DATE | E-mail to parent |
|---|---|---|---|---|---|
| DATE | Parent phone call | DATE | Parent conference | DATE | Referred to office |
| DATE | Team Interventions or Other WATCHED AND STRUCTURED FOR TWO DAYS TO NO AVAIL | | | | |

Form Completed on _____ by _____ _____
            DATE          REFERRING STAFF MEMBER(S)          IF SUB, TEACHER SUBSTITUTING FOR

*************************************************************************************************

STUDENT'S CONSEQUENCES: ___ Work Detail on _____ 3-4 PM Mon or Wed

___ Detention on _____ at 7:30-8 AM Tues or Thurs and/or 3-3:30 PM Tues or Thurs
NUMBER   DATES (NEXT SCHOOL DAY)

___ I.S.S. on _____ ___ O.S.S. on _____
NUMBER   DATES   See ISS letter also         NUMBER   DATES   See OSS letter also

___ Phoned _____ # _____ @ _____ ___ Voice Mail
          PERSON              PHONE NUMBER         TIME        ___ Verbal Message

Comments/Other: _____

_____

_____

_____

_____

SIGNATURE OF PERSON ASSIGNING CONSEQUENCES          DATE          STUDENT SIGNATURE (if needed)
                                                                   INDICATES COPY RECEIVED FOR PARENT

**STAFF GIVES ALL COPIES TO ASSISTANT PRINCIPAL**   ADMIN. DISTRIBUTES: WHITE to Discipline File, YELLOW is returned to Teacher, PINK to Student for Parent

ROM-856 (06-08)

**Romig Middle School**

# DISCIPLINE REFERRAL FORM

*To be completed by teacher/staff member before sending to office.* REASON ✓

*Please fill out completely:*

LACOTT, CARMELO ID#1055704 INSTITUTIONAL PERMANENT LIC. STATUS?
MANN, ZAKK D#1071546 7
CARTER-CASTENADA, JOSEPH Grade 10:105364 E0467085

Student name     Grade     ID number

FESTUS O. OHAN >> 3X MD/MBA/JD etc Receipts 12:40P

Referring staff     Room 206     Time/period

(907)310-1866     (360)390-8921     Aug/27,2021

Home phone     Work phone     Date

I AM UNIVERSAL/GLOBAL CONFERENCE OF JUDICIAL EXAMINERS # M09-G04586-001, BF BAR 114445-01, Specific detail of incident: OF LEGAL: 555412190-001 OF MEDICO/SURGICAL 03383387-001 for Complete fields, NBME # 353365, DPO # 1981-0-353-365-001, DLB/IMC #569460-001, DBE #0140757572+0140757573, EMAIL: Festusokwudiliohan@gmail.com, VERY QUESTIONABLE PARENT/GUARDIAN HOME SUPERVISION. THESE SO CALLED STUDENTS WERE INITIALLY STRUCTURED BY BOTH THEIR TEACHERS AND +Ms. Meeky, Mr. Leonard, Mr. Gomez IMMIDIATELY FOLLOWED BY SCHOOL SECURITY, AND VICE PRINCIPAL (ORCHD)ms. I FOLLOWED UP WITH SPECIFIC AND TARGETTED STRUCTURING AND ENFORCEMENTS. THEY ARE DEFIANT, DISOBEDIENT, USE PROFANELY INSOLENSE LANGUAGE, DISRESPECTFUL TO AUTHORITY FIGUERES, PRESUME TO BE COMPLETELY IMMUNED WITH NO REGRETS FOR OFFENCES committed PROBABLY RECIVIDISTS, VERY COMPETENT, CONTINUE ALL MOVEMENTS HOME, FAULT THEIR PARENTS* etc *+* August 26, 2021 "MOVE ALL RIGHT NOW!!" DIRECT BEHAVIOR Now as you move!

**Action Before Referral**
To be completed by teacher/staff member *before* sending to office
Student NOT SENT TO THE OFFICE/REMAINS IN ROOM ___ DATE ___
Student conference ___
Call to parents ___
Written paperwork to parents ___
Referral to counselor ___
Other RESTRICTED AUG 27, 2021

**Reason for Referral**
- [ ] 01 Smoking/tobacco
- [X] 02 Profanity, obscenity, language
- [ ] 03 Truancy
- [ ] 04 Excessive tardies
- [ ] 06 Fighting, threats, physical violence
- [ ] 07 Larceny, theft
- [ ] 08 Vandalism/fire
- [ ] 09 False fire alarm
- [ ] 10 Weapons
- [ ] 11 Dangerous actions or materials
- [X] 12 General disruptive behavior
- [ ] 13 Refused option to suspension
- [X] 14 Willful disobedience
- [ ] 16 Failure to identify self
- [ ] 17 Suspension until parent conference
- [ ] 18 False witness/lying
- [ ] 20 Sexual harassment
- [X] 21 Harassment RMV THEIR 2ND SCHOOL PERIOD
- [ ] 23 Drug/alcohol expulsion conf.
- [X] 99 Other REFUSED TO DESIST DESPITE PRIOR STRUCTURING

## ACTION TAKEN BY STUDENT SERVICES OFFICE

DATE

- [ ] Conference with student _____ _____
- [ ] Telephone call to parents _____ _____
- [ ] Student/teacher conference _____ _____
- [ ] Detention/work detail _____ _____
- [ ] In-school suspension _____ _____
- [ ] Out-of-school suspension _____ _____
- [ ] Other _____ _____

Comments: _____

** During the time of suspension, the student may not be in the school, on campus, or at any school sponsored activities.
* During the time of In-school suspension, the student must come prepared with class assignments, and a sack lunch. Students assigned will not be permitted to participate in extra-curricular activities or school functions, before, during or after school on the days of their ISS.

Signature _____ Date _____

PLEASE KINDLY FOR

RDM-2515 (12-17)



OFFICE OF THE GOVERNOR

May 12, 2005

Mr. Festus Ohan
18727 Malden Street
Northridge, California 91324

Dear Mr. Ohan,

Thank you for taking the time to write my office to share your proposals on education.

California continues to thrive because of the involvement and commitment of its people, and I appreciate the suggestions of individuals like you who understand that our children are our future leaders.

Again, thank you for taking the time to write my office. By working together, we can achieve excellence in our Golden State.

Sincerely,

Arnold Schwarzenegger

+ One from President George W. Bush

and + One from Secretary Elizabeth Dole as Republican Party Chairperson!

GOVERNOR ARNOLD SCHWARZENEGGER ◦ SACRAMENTO, CALIFORNIA 95814 • (916) 445-2841



JUVENILE DEPARTMENTS

# The Superior Court
16350 FILBERT STREET
SYLMAR, CALIFORNIA 91342
CHAMBERS OF
MORTON ROCHMAN, JUDGE

TELEPHONE
(818) 361-3155

May 17, 2004

To whom it may concern:

RE:   **FESTUS OHAN**

I am pleased to comment on the outstanding performance of Mr. Festus Ohan as a Deputy Probation Officer for the County of Los Angeles.

Mr. Ohan was the Probation Officer at Monroe High School supervising the "WHF" Program which kept children in school where there were family and social problems.

Mr. Ohan performed his duties in an outstanding manner, and greatly assisted needy children in continuing their high school work.

Mr. Ohan has shown leadership skills and he is a man of high moral character.

Very truly yours,

Morton Rochman

MR:sk

---

*Handwritten annotations:*

They are paying them to hunt me down

SEVERAL TIMES A DOCTOR AND INSTITUTIONS

EG. I AM THE FOUNDER OF MANY PROGRAMS FOR SCHOOLS — "WIN PROGRAM" GED IN DETENTIONS, MAGNET PROGRAMS, AND GIFTED PROGRAMS AND AFTER SCHOOL PROGRAMS — NOW GLOBAL. OWNER, FOUNDER, PRESIDENT AND CEO OF Retired CONSULTANT CONSORTIUM CORPORATION. THE OWNER OF BOFI FEDERAL BANK AND INTERNET BANK — MERGED TO BECOME AXOS BANK. BOFI = BUSINESS OF OHAN FESTUS INVESTMENTS/INSTITUTIONS ETC. AS ALWAYS I HAVE NEVER BEGGED FEDERAL JUDGE FROM TEXAS WAS ALSO A PRESIDENT OWNER OF BOFI BANK. HE MERGED BOFI WITH INTERNET BANK.

Case Number: 1JU-18-0016

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT Juneau

In the Matter of the Necessity
for the Hospitalization of:

Fetus Okwudili Ohan
Respondent.
Date of Birth: 9/20/1955

FILED IN CHAMBERS
State of Alaska
First Judicial District at Juneau
By: GB on : 1/9/18

Case No. 1JU-18-0016
SECOND AMENDED
ORDER AUTHORIZING
HOSPITALIZATION FOR EVALUATION

Petitioner, John Hischer _____, filed a *Petition for Order Authorizing Hospitalization for Evaluation* under AS 47.30.700. The court considered the following:

☒ Allegations in the petition.

☐ Testimony on record at courtroom/media # _____ Beg. log # _____
   date _____ by ☐ the petitioner ☐ other persons _____

☐ Medical records from a healthcare facility or mental health professional reporting on the respondent's current mental and physical condition.

☐ Screening investigation report previously ordered by the court.

☐ Other _____

## LOCATION OF RESPONDENT

☒ The respondent is currently being detained at Skagway Police Department
   The respondent was detained on (date) 1/5/18 _____ at (time) 5:00 ☐ am ☒ pm.
   -or-

☐ The respondent's current whereabouts are believed to be
   _____

## CONTACT WITH RESPONDENT (Check all that apply)

Respondent was interviewed in regard to the petition:

   ☐ On record at courtroom/media # _____ Beg. log # _____
      date _____

   ☒ By the following mental health professional, John Hischer _____, on
      (date) 1/8/18 _____ at (time) 7:00 ☐ am ☒ pm.

   ☐ An interview with the respondent was not reasonably possible because:
      _____

Page 1 of 5
MC-305 (5/16)(cs)
ORDER AUTHORIZING HOSPITALIZATION FOR EVALUATION

AS 47.30.700, .710, .715, .725, .775

*[Handwritten at top of page:]* IN BLAINE WASHINGTON, THEY USED 2 ASSASSINS FROM CALIFORNIA TO KILL ME AT NIGHT. THEY HAD GUNS AND ONE SAID "I SHOOT HIM KPAKPAKPA You SHOOT" TO THE OTHER WHILE I WAS RESTING IN A STREET. THEY HAD PULLED THEIR GUNS AND I SHOUTED VERY LOUD AND THEY RAN. SO, I LEFT BLAINE FOR ALASKA THE SAME END OF DECEMBER, 2017. THEY WERE USING MY FOBI FEDERAL BANK TO CASH MY FINANCIAL INSTRUMENTS. THEY OFFSETED MY MAILS AND TOOK DOCS FOR FOBI. THE VOICE SOUNDED OF A PETE JORDAN! Ref: MISC-541-2018

*[Handwritten right side:]* she recognized me Hall 1961 West Africa

Case Number: 1JU-18-0016

*[Handwritten:]* I Last Saw Queen Elizabeth July 31, 1967 in a

*[Handwritten left margin:]* ALTHOUGH I HAVE NO DEPENDENTS, I WAS INHERITED ALIVE. NO OFFSPRINGS THAT BROUGHT TO TRAINING IN MY OFFICE AT MONROE HIGH SCHOOL BY A BUREAU CHIEF J. IMAR, LACPD AND PROF. DEBOSE OF CSUN FOR A 6 WEEKS 6 HOURS/WEEK TRAINING IN CRIMINAL JUSTICE. I WAS FORCED TO WORK AS A PROBATION OFFICER.

**FINDINGS** *[handwritten: Thus my MDGN# 56,322/66. I was hostage & denatured!]*

After evaluating the reliability and credibility of the information provided, the court finds: *[handwritten: Check with Queen Victoria,]*

1. There is probable cause to believe the respondent is mentally ill because: *[handwritten: Queen Elizabet and Catholic Nun Maria Socorro US/NY singer CHER & I HAVE BEEN]*

This is the third Petition filed in this matter since 1/5/18. Pet. remains at the Skagway Jail and Resp. has changed the location for the evaluation from BRH, to API, and now back to BRH. That said, Pet. remains not oriented to person, place or time. He reports delusional thinking and an inability to make safe judgments. He was found attempting to cross the Canadian border at night on foot with inadequate dress. When stopped he could not provide any identification and states, "I am from a royal family, and I need to cross the artic to see them. Pet. could not provide any past medical or psychiatric history or history of medical. He stated that the would try to cross the border again if he could.

*[Handwritten:]* THIS WAS A REPEAT OF WHAT THEY DID ME IN BRITAIN Dec. 1993 to March 1994. IN CANADA, I AM MD00006 WITH ≫ PATENTS. SET HOMELESS AND ON THE STREETS WITHOUT MONEY AS ALWAYS AGAIN!

*[Handwritten right:]* MISSING FOR APROX. 60 YEARS

2. There is probable cause to believe the respondent is:

☒ Likely to cause serious harm to himself or herself because:
    See para. #1      *[handwritten: < May 10th?]*

*[Handwritten:]* For such matters, we do not barge Explain nor excuse!

☐ Likely to cause serious harm to others because:

*[Handwritten:]* I emailed Conocophillip (meaning We Know Phillips's drilling and Mining Compa NOTE: Drilling Mining = Natural + Unnatural disasters as explained to

☒ Gravely disabled because:
    See para. #1.

**ORDER**

It is ordered that the *Petition for Order Authorizing Hospitalization for Evaluation* is GRANTED. It is also ORDERED that:

*[Handwritten:]* Oxford Univ and Univ London in 1972.) We do not tete a tete"

1. The Department of Health and Social Services or its designee, or current caregiver shall arrange for immediate delivery of the respondent to the following evaluation facility for examination and evaluation of the respondent's mental and physical condition:

☐ Alaska Psychiatric Institute    ☐ PeaceHealth Ketchikan Medical Center
☒ Bartlett Regional Hospital    ☐ Yukon-Kuskokwim Delta Reg. Hospital
☐ Fairbanks Memorial Hospital    ☐ Other

[AS 47.30.700; AS 47.30.710; AS 47.30.870; and AS 47.30.915(5)]

*[Handwritten:]* And as stated by Hitler, British Empire will not exist keep doing me! I must be ... on of my

WHAT TO SAID OFFENDERS ARE DOING,
Ionising Radiation — Results from detonation of nuclear (fusion) or
thermonuclear (fusion) device — Radiation disposal device (RDD)
) or dirty bomb including ASBESTOS.
They were using explosive materials such as Ammonium nitrate ($NH_4NO_3$, high-grade explosives
Amatol 80/20 ($NH_4NO_3$ + TNT), Ammonal + TNT + aluminum),
ANFO ($NH_4NO_3$ + fuel Oil), RDX (Cyclotrimethylenetrinitramine),
TNT (Trinitrotoluene), Nitroglycerin (the explosive component in
dynamite), PETN (Pentaerythritol tetranitrate), Composition B (TNT + RDX)
Composition C-4 (RDX + Plasticizer), Picric acid.

1) Low-grade explosives include: Nitrocellulose, Smokeless gunpowder.
Black Powder, Most solid rocket fuels, Pipe bombs and Fireworks.
3) Use of (a) high biological agents + Agents and Toxins: Anthrax,
botulism, Plague, smallpox, tularemia, VHF for Viral Hemoragic fever,
Lassa fever, New World VHFs, other hemorrhagic fever like Congo
and Rift Valley, Ebola and Marburg diseases, OMSK and
Kya Sanur Forest disease from Flavividae virus.

(b) Second grade highest Priorities are: Brucellosis, Epsilontoxin,
food poisoning from Shigella or Salmonella or E. coli. O157:H7
glanders, Melioidosis, Psittacosis, Q fever, Ricin toxin, Enterotoxin
B of Staphylococcus, typhus fever, viral encephalitides, Vibrio
cholerae, C. parvum and equine encephalitides — Waterborne
(c) 3rd highest priority: Nipah virus, hantavirus, SARS coronavirus, Severe acute Respiratory Syndrome
and influenza virus causing Pandemic influenza and
other agents associated with emerging infectious diseases.
Am
(d) Biological Agents are aswell used as Weapons and as #3 above!
BWConference @ Bar Examiner #8411-0501, of legal #8-51-01-01, 2190-021, 6b,
Indexing #M09-6045-06-001, DOJ #5694-60-601, HUD #1981-0-355-565-01;
MDCl #X38, 3-22-66 or 1966, Canada M00050616, My Patent numbers
& President Archive
& President Number #3736.
Your Unfortunate Naturals and
Proclaimed Original beings, especially
those of excess created by their mother nards and
fathernoids for Wars that never existed but their slaughtering
and inheriting others with those manlike/humanlikes
that they created → have always followed me around
and are doing the above stated everywhere I go
and everywhere I live. They are doing so to most
And they have always been victimizing a lot to
death as they inherit all I do have an Pin like
electronic electrode right above my left ear that
connect to my Broca — Kasokov Wanike aphasic — receptive
conductive region of my brain that they implanted for
Intellectual Steal — thought Broadcasting — Death — Inheritance
and they as always inherited me alive. Same is true to
most of you. I developed the technology in 1977 → See Federal
court district → Eastern Case: 209-cv-01977-PH-PS. I had Deaf, Dumb
developed

Festus Ohan
1280 E 17: Ave
Apt: 121
Anchorage, AK 99501
OFFENDER
USED: LIVED IN #1119 + 221 upstairs

 MINISTERIO
DEL INTERIOR

 DIRECCIÓN GENERAL
DE LA POLICÍA Y DE LA
GUARDIA CIVIL

*Comisaría de Algeciras*

*Centro de Internamiento
de Extranjeros*

*Expediente número :*   **17887**

## CERTIFICADO ACREDITATIVO DE PERMANENCIA EN EL CENTRO DE INTERNAMIENTO

### (Artículo 39 de la Orden Ministerial)

D. NICOLAS RUIZ SANCHEZ, Director del Centro de Internamiento de Extranjeros de Algeciras, CERTIFICA: Que el extranjero que se relaciona, ha permanecido en este Centro entre las fechas indicadas a disposición del Juzgado de Instrucción, por haberlo ordenado dicha Autoridad Judicial.

*Nombre y apellidos :*   FESTUS OKWUDILI OHANU

*Fecha de entrada :* 19/05/2010     *fecha de salida :* 02/07/2010

*Juzgado de Instrucción :*  ALGECIRAS-JUZ. INST. 4

Y para que conste firmo el presente, en Algeciras, 02 de julio de 2010

*El Director del C.I.E.*

*P.D.*

1471 W. 26TH AVENUE
ANCHORAGE, AK 99503, 3603908921

GENOA HEALTHCARE·00146
4020 FOREST SHELLE, SUITE 5
ANCHORAGE, AK 99508-1421
P (907) 891-7975  F (907) 331-3147

Caution: Federal or State law prohibits the transfer of this drug to any person other than the patient for whom prescribed.

| RX | Drug Name | LM | Drug Description | Qty | Ref | Instructions | Prescriber | | |
|---|---|---|---|---|---|---|---|---|---|
| 58426 | Risperidone 3mg tab | MF | film coated, yellow, round - x 77 - | 56 | 2 | 2 tabs by mouth every night at bed | ROLLINS, MARIA | 0 | 0 |
| C58427 | Lorazepam 1mg tab | LP | white, scored, round - cap 906 - 1 | 28 | 2 | 1 tab by mouth every night at bed | ROLLINS, MARIA | 0 | 0 |
| 59663 | Metformin 1000mg tab | HP | film coated, white, scored oval - h 104 | 56 | 5 | 1 tab by mouth 2x/day | HILL, BRYANT, ELIZABETH | 1 | 0 |
| 59664 | Gabapentin 300mg cap | AL | yellow, oblong - 215 - | 84 | 2 | 1 cap by mouth in the am 1 cap at noon & 1 cap at night for foot pain | CAMARENA, NOELLE | 1 | 1 |

| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge h B |
|---|---|---|---|
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS healthcare **Evening** | OHAN, FESTUS ge B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge h B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge in B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |
| OHAN, FESTUS genOa healthcare **Morning** | OHAN, FESTUS genOa healthcare **Noon** | OHAN, FESTUS genOa healthcare **Evening** | OHAN, FESTUS ge in B |
| 1-Metformin 1000mg tab 1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab 1-Lorazepam 1mg tab 1-Gabapentin 300mg cap |

THE 2 "EUREKA I'VE FOUND IT" ARE SANTO DOMINGO AND CALIFORNIA.



*Secretaría de Estado de Salud Pública y Asistencia Social*
Dirección Provincial de Salud Duarte • Tel. 588-2587 / 588-5056
San Francisco de Macorís, Rep. Dom.
"AÑO DE LUCHA POR LA REDUCCIÓN DE LA MORTALIDAD INFANTIL Y MATERNA".

C E R T I F I C A C I O N

QUIEN SUSCRIBE : DR. LUIS ADOLFO DOMINGUEZ GARCIA, DIRECTOR PROVINCIAL DE SALUD, PROVINCIA DUARTE, CERTIFICO: QUE DR. FESTUS OKNUKILI GABRIEL OHAN

CEDULA DE IDENTIDAD PERSONAL NO. PASAPORTE NO. 032367836

REALIZO SU PASANTIA MEDICA EN CLINICA RURAL EL FIRME

DIRECCION PROVINCIAL DE SALUD DUARTE.

DESDE : 3/4/96                           HASTA: 17/6/99

SE EXPIDE LA PRESENTE CERTIFICACION A SOLICITUD DE LA PARTE INTERESADA, PARA LOS FINES QUE LES FUEREN DE LUGAR, HOY DIA 17 DEL MES DE JUNIO

DEL AÑO 1999 EN LA CIUDAD Y MUNICIPIO DE SAN FRANCIS CO DE MACORIS, PROVINCIA DUARTE, REPUBLICA DOMINICANA.

DR. LUIS ADOLFO DOMINGUEZ GARCIA
DIRECTOR PROVINCIAL DE SALUD

LADG/jcp.

## Fwd: Festus Ohan letter

From: festus ohan <festusokwudiliohan@gmail.com>
Sent: Mon, Jun 27, 2022 at 12:04 pm
To: The Printer

FESTUS O. OHAN MD, JD, etc
1280 E. 17ᵗ AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US
EMAIL: FESTUSOKWUDILIOHAN
GMAIL.COM

*The Smoking Gun*

---------- Forwarded message ----------
From: festus ohan <festusokwudiliohan@gmail.com>
Date: Thu, Jun 16, 2022, 11:36 AM
Subject: Re: Festus Ohan letter
To: <scores@nbme.org>
Cc: <swilliams@nbme.org>, The Printer <theprinter@theprinter.org>, <officedepot@printme.com>

On Wed, Jun 15, 2022, 4:07 AM scores@nbme.org <scores@nbme.org> wrote:

HI Suzanne,

He's back!!! I am sharing this letter, same story as before, because it was addressed to legal team. We continue to log anything he sends against his salesforce account. We do not reply. *You do not want to the consequence!*

*Cease and desist from blocking my mail.*

Frank

*They are offsetting my mails and mails to their Legal Team+++++! Director Frank Corbi is incharge!! He has been avoiding me all along and told me not to communicate w/ NBME!!*

ref:_00D46pfBg._5004w2GWD4G:ref *They offset my mails, this on to their legal Team! I cannot loose a Cent. I own future & futuristics to my Patents & Copyrights*

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments. *I work alone as always! Perpetrators have never worked, they are not working and they will never work for me! All my activities are Crimi, I Worked for at least 14 years and then never received a cent eventhough I owned all Patents and Copyrights of my work! Kindly interrogate (1) ECFMG file manager William Kelley (2) National Board of Medical Examiners Director Frank Corbi MBA (3) AAMC ie Association of American Medical Colleges staff Kondiaronk (4) Federation of States Medical Board Manager Deborah Cusson. All stolen will and must be squized out of them and the FBI Profiled Nigerian Government mafia et also >>>>100% and appropriate Penalties towards death for they have killed me over 1000 times and inherited me alive! I have absolutely no families and friends in this world!!*

NBME

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

*[Handwritten annotations across top:]*

MCDCNR 56,322/66, Canada MDOOOO6

— at 56 Zones — file # 3 @ Presidential A Cir VE #3736 1966

My NBME# is 353365
DPO# 1981-0-353-365-001

— Conference of Judicial Examiners # M09-904576-001 IOWA
— Conference of Bar examiners #114445 California as local W# LAB/14445, — DOJ#569460-001
— Conference of Legal Examiners #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-001 local NH
— ETC

November 1, 2018

RE: USMLE 03383387

Dear Mr. Ohan,

Thank you for contacting the National Board of Medical Examiners.

We received your request to provide your Medical Sciences Knowledge Profile (MSKP) scores taken in 1980. This was a program of the Association of American Medical Colleges (AAMC) for its member schools. The NBME developed the examination for the AAMC.

Please be advised that you need to contact the AAMC in order to get an MSKP transcript. Contact information for the AAMC can be found on their website, www.aamc.org.

*[Handwritten note in right margin:]* Contacted them on several occasions yet to no avail !! Worked as an Examiner

Therefore, I am returning your original request including the money order.

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

February 13, 2019

RE: USMLE 03383387

Dear Mr. Ohan,

I received your correspondence dated February 4, 2019 requesting transcripts of NBME Parts administrations. There is no record of NBME Parts examinations for you as I referenced in my previous email response to you dated January 22, 2019.

In the documentation you provided, you included your complete transcripts as reported. We have provided all documentation that is available, and no further responses regarding this matter will be furnished.

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management

*He is avoiding me just like ~t
his counter part— William Kelley sincum̄ 198:
of the ECFMG and Deborah
Cusson of Federation of States
medical Board (FSMB) KBanderus
of AAMC! Investigate them!! They
will and must testify*

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT    Anchorage

Festus O. Ohan
_____, Plaintiff(s)

CHIEF OF LEGAL STAFF, GREG SCHMIDT OF US DL EDUCATION
_____, Defendant(s)    Case No: 3AN-21-____ SC

## COMPLAINT

Plaintiff ☐ is a corporation that has paid its taxes due the state and filed its required reports.
☒ is not a corporation. *Just for short only (for Deficeng Judgement in 9 Trillions! )* DEBTS ARE IN 9 TRILLIONS > 15 ZEROS!
                                                                    SS# 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
                                                                        *omb por comm*

Defendant owes Plaintiff $    10,000.00    plus interest and court costs because: WAS CASHING
OUT MY+ FAMILY FINANCIAL INTERESTS ESP. CHEQUES AS ALWAYS. FSA + AMERICAN BOARD OF
INTERNAL MEDICINE OMBUDSMAN NUMBER 2502445 OF 2016. GARNISHED MY CHEQUES
IRS OF 1993 FOR OVER $7,000+ STIMULUS CHEQUE OF $1200 IN 2004 + ++ PAIN INTELLECTUAL STEAS

which occurred at or near   Anchorage   , Alaska, on or about DECEMBER 31st 2020
PLEASE KINDLY MOVE/VACATE/VANQUISH EVERY ONE NOW W/in 72 Hours !
Plaintiff ☒ has ☐ has not asked Defendant in writing to pay what Defendant owes.

Plaintiff requests small claims procedure and gives up the right to a jury trial, formal procedure, and to collect more than $10,000 in principal amount (unless the court decides to apply the formal Rules of Civil Procedure). This action is filed at a court that will not cause unnecessary expense or inconvenience to Defendant and is the court nearest to:
[*Check all boxes that apply.*]

☐  the residence or place of employment of Defendant.

☒  where Defendant caused personal injury to Plaintiff or damage to Plaintiff's property.

☒  where Defendant does or solicits business.

| Festus O. Ohan | *(signature)* | 7-9-21 |
|---|---|---|
| Print Name (and Title, if applicable) | Signature | Date |
| 1280 E 17th Ave #121 | Anchorage | AK | 99501 |
| Mailing Address | City | State | ZIP |
| 360-390-8921 | festusokwudiliohan@gmail.com | | |
| Phone | Email* | | |

*☐ I agree to receive court case documents at the email address above instead of by regular U.S. mail.

NOTE: If you have documents that support your claim (for example: promissory notes, checks, receipts, bills, credit card agreement), attach them to this Complaint.

Read the *Small Claims Handbook* (form SC-100) for instructions on filling out, filing, and serving this document. You can get a copy of the handbook online or from your local court clerk.
All small claims court forms are available at http://courts.alaska.gov/shc/sc/index.htm.

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT __ANCHORAGE__

FESTUS O. OHAN
_____, Plaintiff(s)
VS.
2 am   DR. TAMIKA LEDBETTER et al
_____ Defendant(s)   Case No: 3AN-21-00715SC (ANCHOWA), LEGAL 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-001 (NH)

DOJ #56 9460-001, JUDICIAL M09-G04586-001
3AR#114445 CCA   **REQUEST FOR** NON-DISMISSAL OF CASE → PROSECUTE CASE
LA131144445),DPO#1981-0-353-365-001 ETC

I, FESTUS O. OHAN, ☒ Plaintiff ☐ Defendant request that:
_Presumed_   Complainant
i) STOP STEALING FROM Labor and Workforce Account (2) Offsetting my mails
esp. using migrants from lower 48 states (3) Stop using Felons + Felon friendly
groups on me (4) Stop being used for abominable acts. (5) Paying me at
minimum Wages ($150 for 8hrs) Eventhough School materials are mine (copyrights)
Because:

THEY ARE CASHING OUT MY FINANCIAL INSTRUMENTS Esp "CHECKS". THEY KEEP
ME HOMELESS AND PENNYLESS as always. THEY HAVE NEVER WORKED, THEY ARE NOT
WORKING AND THEY WILL NEVER WORK AT LEAST NOT NEARLY MY DIRECTION.
STOP USING ME FOR YOUR multitude for I do not have families here on Earth.
THEY USE IMPLANTS FOR HERITAGE/ACQUISITIONS/Damages @ Earth [1] OWNER/SOLE
                                                          OPERATOR OF
July 1st 2022   _signature_   FESTUS O. OHAN & CONSULTANT
                                                          CONSORTIUM
Date   Signature   Printed Name (and Title, if applicable) Num Corps
Address: 1280 E. 17th AVE, #121, ANCHORAGE, AK 99501
(360)390-8921
Daytime Phone (907) 310-1866   Email: FESTUSDKWUDILIOHAN@GMAIL.com

_[Serve a copy of this form on every other party and fill out the certificate of service in the text box below.]_

☒ I am filing this through the court's TrueFiling program and will fill out the Certificate of Service there.
☒ I certify that on July 1st 22 at 12 N _[date/time]_ I gave a copy of this form to _[list name(s)]_
DR. TAMIKA LEDBETTER _____ by ☐ hand-delivery ☒ mail ☐ email
Signature: _signature_

**NOTICE TO OTHER PARTY: You have 10 days (13 days if mailed) from the date of service
to file a response to this request. You may use _Response to Request_ (form SC-27).**

**ORDER**

☐ Request GRANTED.   ☐ Request DENIED.

_____   _____
Date   Judicial Officer

_____
Type or Print Name

I certify that on_____ a copy of this order was sent to:
☐ Plaintiff/Attorney ☐ Defendant/Attorney ☐ Other: _____
Clerk: ___

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ~~THIRD~~

FILED
THIRD DISTRICT
2020 NOV 17 AM 10: 40
BY_____
DEPUTY CLERK

FESTUS O. OHAN
_____
_____ Plaintiff(s).

vs.

IRS - BOBBI S. MARTIN
_____
_____ Defendant(s).

CASE NO._____ SC

**COMPLAINT**

Plaintiff ☐ is a corporation that has paid its taxes due the state and filed its required reports.

☒ is not a corporation.

*Just a start*
*only. Deficiency*
*ou Judgement th>>*
*trillions $$.*

Defendant is indebted to the plaintiff in the principal amount of $ 10,000

plus interest and court costs as a result of GARNISHMENTS RESULTING IN FINANCIAL INJURIES. RETURN OF ALL GARNISHED MONIES (+). I WAS FINED FOR BEING SELF EMPLOYED IN 2008 AND CREDIT FOR DEPENDED CHILD WITHELD. FINED IN 2017 FOR SIDE ~~NOTED~~ ON MY 1040 FORM.

which occurred at or near ANCHORAGE , Alaska, on

or about MARCH 2017 AND OCTOBER 28, 2020
(month/day/year)

Plaintiff has demanded relief from the defendant, but defendant has failed to comply. Plaintiff requests small claims procedure, gives up the right to a jury trial and formal procedure in this case, and waives all of this claim which exceeds $10,000. If the court enters an order applying the formal Rules of Civil Procedure rather than the Small Claims Rules to this action, this waiver will be null and void. This action is filed at a court which will not cause unnecessary expense or inconvenience to the defendant and is the court nearest to: (Check applicable boxes.)

☐ the residence or place of employment of defendant.

☐ where personal injury or property damage occurred.

☒ where the defendant does or solicits business.

FESTUS O. OHAN
Print Name and Title (if applicable)

NOV. 16th, 2020
Date

Plaintiff (Signature) ANCHORAGE, AK 99503

1491 W. 26th Ave, #5
Mailing Address   City   State   ZIP

New Address:
280 E. 17 Ave, #121,
Anch., AK 99501, USA

(360) 390-8921
Home Phone       Work Phone

Instructions Case 3:22-cv-00212-RRB Document 12 Filed 02/22/23 Page 17 of 23 notes. checks, receipts, bills), you must also attach a copy of each document for each defendant.

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT __ANCHORAGE__

__FESTUS O. OHAN__
_____, Plaintiff(s)

I am    VS.

I am    MICHELLE JOHNSON ~~et al~~, Defendant(s) Case No: __IOWA__ 3AN-21-0071 SG
DOJ# 56946O-OOI, JUDICIAL MO9-GO458-OOI (ABOVE), LEGAL 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-OOI
Dcal NJH, BAR 114445, **REQUEST FOR** NON-DISMISSAL OF CASE → PROSECUTE CASE
Dcal CA, (LAB114445), DPD 1981-0-353-365-OOI ETC     —Complainant
INSTITUTION I, FESTUS O. OHAN     ☒ Plaintiff ☐ Defendant request that:

DEFENDANT AND U.S. PAY AND REFUND ALL MONIES TO ME-STOP CO-HESING
ON INJURING, damaging, denaturing, keeping homeless+Penniless. The dia a
frivolous AUDIT ON ME IN 2009 AND TAXING ME ON Rental Properties that
WERE/WAS NOT REGISTERED TO ME-RUINED ME FOR DECADES+GARNISHING my $1
Because: I AM TAX EXEMPTED AND THEY ARE CASHING OUT MY
FINANCIAL INSTUMENTS, OFFSETTING my MAILS WHEREVER THAT I
GO AND DOING "HOME INVASION BURGLARIES" ON ME WHILE THEY HUNT ME
ON THE STREETS AFTER KEEPING ME HOMELESS. THEY ASSIGN DOMICILIARY
IMPLANTS —OTHERS IN my Home AND DO POISON ME'AS ALWAYS!THEY HAVE
BEEN >>VERY BUSSY ON ME!                           OWNER OF
JULY 1st, 2022 _____[signature]_____  FESTUS O. OHAN CONSULTANT/OWNER
Date              Signature         Printed Name (and Title, if applicable) Corp+H

Address: 1280 E. 17th AVENUE, #121, ANCHORAGE, AK 99501
3(9)390-8921 Daytime Phone (907)310-18 1866 Email: FESTUSOKWUDILIOHAN@GMAIL.COM

_[Serve a copy of this form on every other party and fill out the certificate of service in the text box below.]_

☒ I am filing this through the court's TrueFiling program and will fill out the Certificate of Service there.
I certify that on _JULY 1st 22_ at _12 N_ _[date/time]_ I gave a copy of this form to _[list name(s)]_
MICHELLE JOHNSON _____ by ☐ hand-delivery ☒ mail ☐ email
Signature: __[signature]__

**\*\*NOTICE TO OTHER PARTY: You have 10 days (13 days if mailed) from the date of service
to file a response to this request. You may use _Response to Request_ (form SC-27).\*\***

### ORDER

☐ Request GRANTED.          ☐ Request DENIED.

_____     _____

_____     _____

_____
Date                                  Judicial Officer

_____
                                      Type or Print Name

I certify that on_____ a copy of this order was sent to:
☐ Plaintiff/Attorney ☐ Defendant/Attorney ☐ Other: _____
Clerk: _____  Case 3:22-cv-00212-RRB   Document 12   Filed 02/22/23   Page 18 of 23

SC-26 (8/21)(cs)

Flag As Inaccurate **LIKELY CRIMINAL RECORD MATCHES**  Rate Social Profiles        Share This Report

Match Rating Based On:     First Name     Middle Name     Last Name
                           DOB            Age

First and Last Name                       Offense

# Festus Okwudili Ohan                    Jul. 25, 2017

                                          Source

                                          **Courts Of Limited Jurisdiction Criminal Index (Washington)**

Charge/Offense                            MINIMIZE DETAILS ∧

**Criminal Trespass - 2nd Degree**

Source                                    Courts Of Limited Jurisdiction Criminal Index

Source State                              Washington

**Personal Details**

First Name                                Festus Okwudili Ohan

Middle Name                               Okwudili

Last Name                                 Ohan

Gender                                    Male

Age                                       63

Date of Birth                             September 20, 1955

Sex Offender                              No

Share Report

Jump to Top

**Jul. 25, 2017 - Offense - Criminal Trespass - 2nd Degree**

Flag As Inaccurate  Offense Date  Rate Social Profiles Jul. 25, 2017  Share This Report

| | |
|---|---|
| Charges Filed Date | Jul. 25, 2017 |
| Crime Location | Whatcom, Washington |
| Offense Code | 9A.52.080<br>Lookup Code |
| Offense Description | Criminal Trespass - 2nd Degree |
| Counts | 1 |
| Case Type | Criminal Non-traffic |
| Case Number | 7Z0709090 |
| Court Name | Whatcom County District Court |
| Plea | Not Guilty |
| Disposition | Dismissed Without Prejudice |
| Disposition Date | Aug. 15, 2017 |
| Lea Code | Wcs |
| Case Lea | Whatcom County Sheriff; Reason<br>Dismissed: State's Mtn - Othr |

*Handwritten note:* VIN Vehicle Identification Number + GMC or General Motor Corp, Detroit, Michig...

We uncovered **4** possible criminal records, that match Festus's First, Middle and Last names, but may not match Date of birth

SHOW POSSIBLE MATCHES

| First Name | Middle Name | Last Name | DOB |
|---|---|---|---|

Jump to Top

Flag As Inaccurate    Standard Industrial    00000000
                      Classification Code    Rate Social Profiles        Share This Report

Address            9135a Reseda Blvd # 148, Northridge,
                   CA 91324-3051

Address Type       Mailing

State              CA

Incorporation State    CA

Incorporation Date     Feb. 4, 2003

Filing Number          #C2496532

Filing Office DUNS     #361536006
Number

Filing Date            Feb. 4, 2003

Filing Office Name     Business Programs Division

Filing Office Address  1500 11th St Fl 3, Sacramento, CA
                       95814-5701

Registration Type      Corporation

Securities And         Suspended
Exchange Commission
Status

Tax Board Status       Delinquent

Tax Board Status Date  Sep. 1, 2006

Verification Date      Sep. 30, 2012

Received Date          Oct. 2, 2012

File Date              Oct. 16, 2012

Share
Report

Jump to
Top

*Genetic testing:

Although in event that I die, My Estate at 100% goes to my biological Parents and I never had parents since childhood. All I had were my biological parents that were and still away from me. In event that any of them happened to have a child or children outside their marriage, that child or children will not have nor inherit anything from my Estate. My Estate can only be enjoyed and or inherited from them by the child or children that they both have in common — their biological child or children only. Jesse ~

February 4th, 2023  7:37pm

Createds and then creators and in any life/live to come can not be my family members and thus, no inheritance. I am not atruistic nor do I have wrong to make up for, no gains to what is being passed. My family line cannot be tinted with createds blood. No Kell, Lewis, Duffy etc in their blood. No prohibited antigens. "Puritans" — to remain pure as much as possible. Pure means of 100% Natural with 100% Natural gametes to create pure only — if Pregnancy is excess or assisted and the product of the conception is not, regarded as excess. Wealth passing through parents from grandparents do not go through "Excess". For they receive only portion what parents themselves produced that must be shared with other siblings. Usually, more than 3 offspring is considered "excess". Except for so called Statutory Rape after the approval of parents, biologicial ie planned pregnancy,



# UNITED STATES POSTAL SERVICE ®

# PRIORITY ® MAIL

RECEIVED

FEB 22 2023

Clerk, U.S. District Court
Fairbanks, AK

## LAT RATE ENVELOPE
E RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

RACKED ■ INSURED

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



| US POSTAGE PAID ■ |
| --- |
| 02/20/2023 |
| From 99503 |
| Zone 3 |

Pitney Bowes
ZoomPrice
Flat Rate Envelope

029VW000231Q004
30102025600

## USPS PRIORITY MAIL ®

Expected Delivery Date: 02/23/2023

0005

Festus Ohan
Consultant Consortium Corporation
1280 E. 17th Avenue, Unit 121
Anchorage AK 99501 – 6840

C053

CLERK OF COURT
U.S. COURT, DISTRICT OF ALASKA
101 12TH AVE, RM 332
FEDERAL BLDG, U.S. COURTHOUSE
FAIRBANKS AK 99701 – 6237

### USPS TRACKING #

9405 5091 0937 5000 9368 36

# VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE