# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| FESTUS O. OHAN | ) | |
| *Plaintiff* | ) | Civil Action No.   3:22-cv-00212-RRB |
| v. | ) | |
| | ) | |
| ABN AMRO, LEE BACA, | ) | |
| JACKIE LACEY | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed with prejudice.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: March 15, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*