21

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 30 2023

RECEIVED

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 13 2023

FILED ____
DOCKETED ____ DATE ____ INITIAL

**Form 1A**

**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

~~FSH PS~~ ~~2:09-CV-0977~~

United States District Court for the 3:22-CV-00212-RRB
District of ALASKA ~~AND OF THE NEW JERSEY~~
Docket Number ~~MX 371~~ ~~3:22-CV-00207-SLG~~

A.B., Plaintiff
FESTUS O. OHAN
v.
~~FONTOURA ET AL~~
ABN AMRO et al
C.D., Defendant

Notice of Appeal

FESTUS O. OHAN (name all parties taking the appeal)[1] appeal to the United States Court of Appeals for the ~~ALASKA~~ D.C. Circuit from the final judgment entered on 3/14/23 (state the date the judgment was entered).

(s) FESTUS O. OHAN PROSE
*Attorney for* PRO SE
*Address:* 1280 E. 17th AVENUE, UNIT 121
ANCHORAGE, AK 99501

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

[1] See Rule 3(c) for permissible ways of identifying appellants.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 30 2023

RECEIVED

United States District Court for the ____________
District of ALASKA

| | |
|---|---|
| In re<br>____________,<br>Debtor<br>FESTUS O. OHAN,<br>Plaintiff<br>v.<br>~~FONTOURA ET AL~~<br>ABN AMRO et al<br>Defendant | File No. ~~3:22-CV-00207-SLG, ALASKA-PS~~<br>~~NEW JERSEY CASE NO. 2:09-CV-01979-FSH,~~<br>CASE NO. 3:22-00212-RRB |

Notice of Appeal to United States Court of Appeals for the 9th Circuit

FESTUS O. OHAN, the plaintiff [or defendant or other party] appeals to the United States Court of Appeals for the DC Circuit from the final judgment [or order or decree] of the district court for the district of ALASKA [or bankruptcy appellate panel of the _______ circuit], entered in this case on 3/14/2023 [here describe the judgment, order, or decree] DISMISSAL WITH PREJUDICE

The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated MAY 23, 2023
Signed [signature] PRO SE
*Attorney for Appellant*
Address: 1280 E. 17TH AVENUE, UNIT 121, ANCHORAGE, ALASKA 99501.

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

STILL AT DENIAL: GLOBAL

REMEMBER, SUPREME COURT CONCLUSIONS OF FALL 1981 — "IF SO, THE HUMAN RACE WILL NOT EXIST" — AT THE END OF ALL HEARINGS AND SECONDARY TO MY COURT REPORT AND FILLINGS OF FALL 1979 AND ~~FALL~~ SUMMER 1981. YOU SAID GIVE US LIBERTY OR GIVE US DEATH. YOU CHOOSE DEATH AND WARS. THESE REPORTS ARE UPDATES AND YOU HAVE DECIDED! YOU STILL HAVE 6 MONTHS TO VANQUISH THE WORLD W/O LEAVING DANGERS BEHIND.

LIBERTY TO DO WHAT? DEFINITELY NOT WHAT YOU ARE DOING!

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FESTUS O. OHAN,<br><br>Plaintiff,<br><br>v. | |
| ARMANDO FONTURA, PAULA DOW, CHARLES RETTIG, | Case No. 3:22-cv-00207-RRB |
| ABN AMRO, LEE BACA, JACKIE LACEY, | Case No. 3:22-cv-00212-RRB |
| U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF HEALTH, U.S. DEPARTMENT OF TREASURY, U.S. DEPARTMENT OF STATE, U.S. CONGRESS, | Case No. 3:22-cv-00221-RRB |
| NORTH ATLANTIC TREATY ORGANIZATION, STATES OF THE UNITED STATES, UNITED NATIONS, THE EUROPEAN UNION, and THE UNITED KINGDOM,<br><br>Defendants. | Case No. 3:22-cv-00226-RRB |

**ORDER OF DISMISSAL**

Before the Court are the four above-captioned civil actions brought by self-represented litigant Festus O. Ohan ("Plaintiff"). Plaintiff filed applications to

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## MOTION AND DECLARATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

District → **Case Number:** 3:22-CV-00212-RRB

**Short Case Caption:** OHAN Vs. ABN AMRO

**Filer Name:**

**Instructions:** If you would like to have the court consider waiving the docketing fee for your petition for review or notice of appeal, please complete and file this form within 14 days after the date of docketing of your case.

Complete all questions; if the answer to a question is 0, write in that response. In answering, identify only gross amounts (i.e., amounts before any deductions for taxes or otherwise). If you need more space to answer a question or to explain your answer, attach additional pages as needed. Failure to fully answer the questions may result in a denial of the motion.

## DECLARATION

I hereby move for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submit the following declaration in support thereof:

I, FESTUS O. OHAN, am the Petitioner / Appellant in the above-entitled case, and I declare that I am unable to pay the docketing fee for my petition / appeal. The issues I intend to present for the court's review are as follows:

Paid $505 docketing fee but need help for appointed Counsel fee. Thanks!

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| **Income Source** | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 1,000 | $ | $ Ø | $ |
| Self-Employment | $ Ø | $ | $ Ø | $ |
| Income from real property (such as rental income) | $ Ø | $ | $ Ø | $ |
| Interest and Dividends | $ Ø | $ UNMARRIED | $ Ø | $ UNMARRIED |
| Gifts | $ Ø | $ | $ Ø | $ |
| Alimony | $ Ø | $ | $ Ø | $ |
| Child Support | $ Ø | $ | $ Ø | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 674 | $ | $ 674 | $ |
| Disability (such as social security, insurance payments) | $ Ø | $ | $ Ø | $ |
| Unemployment Payments | $ Ø | $ | $ Ø | $ |
| Public-Assistance (such as welfare) | $ 250 | $ | $ 250 | $ |
| Other (specify) | $ | $ | $ | $ |
| **TOTAL MONTHLY INCOME:** | $ 1,924 | $ | $ 924 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

2. *List your employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| ANCHORAGE SCHOOL DISTRICT | 5530 E. NORTHERN LIGHTS BLVD ANCHORAGE AK 99504 | From 2022<br>To PRESENT | $ 1,000<br>AS NEEDED DAY TO DAY SUBTEACHER $150/DAY. |
| | | From<br>To | $ |
| | N/A | From<br>To | $ |
| | | From<br>To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
*(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |
| | | From<br>To | $ |

4. *How much cash do you and your spouse have?* $ 1,200

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| WELLS FARGO BANK | CHECKINGS | $ 1,300 | $ N/A |
| " | SAVINGS | $ 307 | $ |
| " | CREDIT CARD | $ -2,700 | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| NONE Ø | $ Ø | NONE | $ Ø |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| CHRYSLER 2001 | PT CRUISER | TITLE NUMBER 4301971 | $ 300.00 |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A | | | $ |

5

| Other Assets | Value |
| --- | --- |
| THERAPEUTIC COMMEMORATIVE COINS. MUST HOLD FOR SOME PERIOD TO BE VALUABLE | $ 1,250 |
| N/A | $ |
| | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| NONE | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
| --- | --- | --- |
| NONE | | |
| | | |
| | | |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4** 5 *Rev. 12/01/2018*

6

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. ~~Adjust~~ any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 338 | $ |
| - Are real estate taxes included? ☐ Yes ☒ No | | |
| - Is property insurance included? ☒ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Ø | $ |
| Home maintenance (repairs and upkeep) | $ Ø | $ |
| Food | $ 280 | $ |
| Clothing | $ 50 | $ |
| Laundry and dry-cleaning | $ 10 | $ |
| Medical and dental expenses | $ 50 | $ |
| Transportation (not including motor vehicle payments) | $ 500 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ Ø | $ |
| - Life | $ Ø | $ |
| - Health | $ Ø | $ |
| - Motor Vehicle | $ 100 | $ |
| - Other MISCLANEOUS | $ 200+ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| | You | Spouse |
|---|---|---|
| Installment payments | | |
| - Motor Vehicle | $ Ø | $ |
| - Credit Card (name) VISA WELLS FARGO | $ 100 | $ |
| - Department Store (name) | $ Ø | $ |
| Alimony, maintenance, and support paid to others | $ Ø | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) COURT FILINGS/EXPENSES | $ 200 | $ |
| Other (specify) | $ | $ |
| TOTAL MONTHLY EXPENSES | $ 1,278 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ☒ Yes ◯ No

If Yes, describe on an attached sheet. $384/MONTH SOCIAL SECURITY PENSION TO KICK IN.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ☒ Yes ◯ No

If Yes, how much? $ 200/MONTH

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

ANCHORAGE SCHOOL DISTRICT IS CLOSED FOR SUMMER.

12. *State the city and state of your legal residence.*

City ANCHORAGE State ALASKA

Your daytime phone number (ex., 415-355-8000) (360) 390-8921

Your age 67 YEARS AND 2½ MONTHS Your years of schooling MAXIMUM — ~~THE~~ ALWAYS WORLDS BEST.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US

TO: U.S. DISTRICT COURT OF
FOR 9th CIRCUIT
P.O. BOX 193939
CA 94119-393

