UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FESTUS OKWUDILI OHAN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> ABN AMRO; LEE BACA; JACKIE LACEY, <br><br> Defendants - Appellees. | No. 23-35471 <br><br> D.C. No. 3:22-cv-00212-RRB <br> U.S. District Court for Alaska, Anchorage <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., September 11, 2023**  Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT