**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FESTUS OKWUDILI OHAN, | No. 23-35471 |
| Plaintiff-Appellant, | D.C. No. 3:22-cv-00212-RRB<br>District of Alaska,<br>Anchorage |
| v. | |
| ABN AMRO; et al., | ORDER |
| Defendants-Appellees. | |

Before: TALLMAN, N.R. SMITH, and COLLINS, Circuit Judges.

A review of the record reflects that the notice of appeal was received by the Court of Appeals for the District of Columbia Circuit on May 30, 2023, resubmitted to this court on July 13, 2023, and transmitted to the district court for filing. This court lacks jurisdiction over this appeal because the notice of appeal was not filed within 30 days after the district court's judgment entered on March 15, 2023. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(d) (notice of appeal mistakenly submitted to the court of appeals considered filed in the district court on the date received by court of appeals); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

OSA103